

| Ira S. Nesenoff | Barbara H. Trapasso | Kara L. Gorycki |
| Andrew T. Miltenberg | Adrienne D. Levy | Susan E. Stark |
| Stuart Bernstein | Regina M. Federico | Julie A. Sacks |
| | Ben Goldstein | *Senior Litigation Counsel* |
| Tara J. Davis | Amy Zamir | |
| Gabrielle M. Vinci | Kristen Mohr | Marybeth Sydor |
| Christine Brown | Helen Setton | *Title IX Consultant* |
| | Jordan Tuchman | |

ATTORNEYS AT LAW

nmllplaw.com

> Plaintiff shall file his Amended Complaint by May 17, 2024. The parties shall submit a proposed briefing schedule on Defendants' anticipated motion to dismiss by May 24, 2024.
>
> Date: 04/30/2024
> New York, NY
>
> SO ORDERED
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

April 30, 2024

**VIA CM/ECF**

Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

   Re: <u>***Kamran Khodakhah v. Montefiore Health System et al***</u>
      **Case No.: 1:24-cv-00839-LAK-RFT**

Dear Judge Tarnofsky,

  We write on behalf of the parties in furtherance of the Court's April 3, 2024, Directive (ECF #31) concerning Plaintiff's intention to file an Amended Complaint. Following the parties' meet and confer on April 25th and again on April 29th, Plaintiff wishes to file an Amended Complaint. Plaintiff proposes filing his Amended Complaint on/before May 17, 2024. The parties further request the opportunity to submit a proposed briefing schedule following the filing of Plaintiff's Amended Complaint.

           Respectfully submitted,
           NESENOFF & MILTENBERG, LLP

           */s/ Stuart Bernstein*
           Stuart Bernstein