# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL   929.294.2536
DIRECT EMAIL  gtenzer@kaplanhecker.com

---

> Application granted insofar as Plaintiff has until July 24, 2024 to file an amended complaint and the parties have until July 31, 2024 to submit a proposed briefing schedule on an anticipated motion to dismiss. The parties shall, by July 10, 2024, provide a joint update on the status but not the substance of their settlement efforts.
>
> Date 6/13/24
> New York, NY
>
> SO ORDERED
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

---

**BY ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

Re:   *Khodakhah v. Montefiore Health System, Inc.*,
      No. 1:24-cv-00839 (LAK) (RFT) (S.D.N.Y.)

Dear Judge Tarnofsky:

    We write on behalf of the parties in the above-captioned matter, pursuant to this Court's Individual Rule I.E, to respectfully request that the Court adjourn Plaintiff's June 17, 2024 deadline for filing an amended complaint and the parties' June 24, 2024 deadline to submit a proposed briefing schedule, *see* ECF 36, so that the parties can attempt to resolve this matter through mediation. The parties apologize for the late timing of this request, as they only just came to an agreement on engaging a private mediator. Of course, the parties will inform the Court once a date for the mediation has been set, and will report to the Court promptly on its outcome.

    This is the second request for an extension of Plaintiff's deadline to file his amended complaint. Plaintiff previously requested and was granted a 30-day extension. All parties join in this request.

                                              Respectfully submitted,

                                              *[signature]*

                                              Gabrielle E. Tenzer

cc:  Counsel for All Parties