# Hecker Fink LLP

350 FIFTH AVENUE | 63 RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL     929.294.2536
DIRECT EMAIL    gtenzer@heckerfink.com

July 10, 2024

**BY ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re: *Khodakhah v. Montefiore Health System, Inc.*,
         No. 1:24-cv-00839 (LAK) (RFT) (S.D.N.Y.)

Dear Judge Tarnofsky:

  We write on behalf of the parties in the above-captioned action to provide an update on the status of mediation, pursuant to this Court's June 13, 2024 Order, *see* ECF 41, and also to respectfully request an adjournment of Plaintiff's July 24, 2024 deadline for filing an amended complaint and the parties' July 31, 2024 deadline for submitting a proposed briefing schedule, *see id.*

  By way of update, Plaintiff and Defendant Albert Einstein College of Medicine have engaged a private mediator and are scheduled to mediate this dispute on July 23, 2024, with the goal of reaching a resolution with respect to all parties.

  In light of the parties' July 23 mediation, and pursuant to this Court's Individual Rule I.E, the parties respectfully request that the Court extend Plaintiff's July 24, 2024 deadline for filing an amended complaint and the parties' July 31, 2024 deadline for submitting a proposed briefing schedule by an additional 30 days. *See* ECF 41. This is the third request for an extension of Plaintiff's deadline to file his amended complaint. Plaintiff previously requested and was granted a 30-day extension, and the parties jointly requested and were granted an additional extension in light of the parties' anticipated mediation. All parties join in this request.

                Respectfully submitted,

                Gabrielle E. Tenzer

cc:  Counsel for All Parties