UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMRAN KHODAKHAH,<br><br>                Plaintiff,<br><br>     -against-<br><br>MONTEFIORE HEALTH SYSTEM, INC., et, al.,<br><br>                Defendants. | Civil Action No. 24-00839 |

## MOTION TO WITHDRAW APPEARANCE BY SARAH MAC DOUGALL

Upon the accompanying affirmation of Sarah Mac Dougall, the undersigned respectfully moves this Court to withdraw the appearance of Sarah Mac Dougall on behalf of Defendant Gordon Tomaselli.

Dated: August 19, 2024
New York, New York

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

By:    /s/
       Sarah Mac Dougall
600 Fifth Avenue 10th Fl
New York, New York 10020
(212) 763-5000

*Attorney for Defendant Gordon Tomaselli*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMRAN KHODAKHAH,<br><br>                    Plaintiff,<br><br>   -against-<br><br>MONTEFIORE HEALTH SYSTEM, INC., et al.,<br><br>                    Defendants. | Civil Action No. 24-00839 |

## AFFIRMATION OF SARAH MAC DOUGALL
## IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

SARAH MAC DOUGALL, an attorney duly admitted to practice before this Court, affirms the following to be true under penalty of perjury:

1. I am an associate with law firm Emery Celli Brinckerhoff Abady Ward & Maazel LLP ("ECBAWM"), attorneys for Defendant Gordon Tomaselli.

2. I am one of the attorneys of record for Defendant Gordon Tomaselli in this action.

3. As of August 20, 2024, I am leaving my employment with ECBAWM.

4. Andrew G. Celli, Jr. is also an attorney of record for Defendant Gordon Tomaselli, and ECBAWM continues to represent Mr. Tomaselli in this action.

5. I respectfully request the Court grant the motion to withdraw my appearance for Defendant Gordon Tomaselli in this action.

Dated: August 19, 2024
        New York, New York

                                                                /s/
                                                    Sarah Mac Dougall