**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAMRAN KHODAKHAH,<br><br>        *Plaintiff*,<br><br>   v.<br><br>MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., ALBERT EINSTEIN COLLEGE OF MEDICINE, GORDAN TOMASELLI, PABLO CASTILLO, BRYEN JORDAN, and JOHN-JANE DOES 1-10,<br><br>        *Defendants*. | No. 1:24-cv-00839-LAK-RFT |

**NOTICE OF DEFENDANTS MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., ALBERT EINSTEIN COLLEGE OF MEDICINE, PABLO CASTILLO, AND BRYEN JORDAN'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants Montefiore Medicine Academic Health System, Inc. ("Montefiore"), Albert Einstein College of Medicine ("Einstein"), Dr. Pablo Castillo, and Dr. Bryen Jordan's Motion to Dismiss the First Amended Complaint, the Declaration of Gabrielle E. Tenzer, and the exhibits attached thereto, Defendants Montefiore, Einstein, and Drs. Castillo and Jordan, by and through their counsel, will move this Court, before the Honorable Robyn. F. Tarnofsky, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the First Amended Complaint as against Defendants Montefiore, Einstein, and Drs. Castillo and Jordan with prejudice.

Respectfully submitted,

Dated:    November 15, 2024          By:

Gabrielle E. Tenzer
Anna Collins Peterson
Hecker Fink LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
gtenzer@heckerfink.com
apeterson@heckerfink.com

Roberta A. Kaplan
Michele C. Materni
Kaplan Martin LLP
156 West 56th Street, Suite 207
New York, NY 10019
Tel: (212) 316-9500
rkaplan@kaplanmartin.com
mmaterni@kaplanmartin.com

*Counsel for Defendants Montefiore
Medicine Academic Health System, Inc.,
Albert Einstein College of Medicine, Pablo
Castillo, and Bryen Jordan*

2