# Hecker Fink LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL    (212) 763-0883
DIRECT EMAIL   gtenzer@heckerfink.com

February 12, 2025

**BY CM/ECF**

The Honorable Robyn F. Tarnofsky
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 9B
New York, New York 10007-132

        Re:    *Khodakhah v. Montefiore Medicine Academic Health System, Inc., et al.*, No. 1:24-cv-00839-LAK-RFT

Dear Judge Tarnofsky:

      On behalf of Defendants Montefiore Medicine Academic Health System, Inc., Albert Einstein College of Medicine, Gordon Tomaselli, Pablo Castillo, and Bryen Jordan in the above-referenced matter and pursuant to Section III(F) of Your Honor's Individual Practices in Civil Cases, we respectfully request oral argument on Defendants' motions to dismiss Plaintiff's First Amended Complaint ("FAC"). *See* ECF Nos. 53, 56. Although Defendants believe the grounds for dismissal of the FAC are clear, Defendants would welcome the opportunity to answer any questions the Court may have.

                                                       Respectfully submitted,

                                                         Gabrielle E. Tenzer

                                                         *Counsel for Defendants Montefiore*
                                                         *Medicine Academic Health System, Inc.,*
                                                         *Albert Einstein College of Medicine,*
                                                         *Pablo Castillo, and Bryen Jordan*

cc: All Counsel of Record