

| | Ira S. Nesenoff<br>Andrew T. Miltenberg<br>Stuart Bernstein<br>─────────────<br>Tara J. Davis<br>Gabrielle M. Vinci<br>Christine Brown | Barbara H. Trapasso<br>Adrienne D. Levy<br>Regina M. Federico<br>Ben Goldstein<br>Amy Zamir<br>Kristen Mohr<br>Helen Setton<br>Jordan Tuchman | Kara L. Gorycki<br>Susan E. Stark<br>Julie A. Sacks<br>*Senior Litigation Counsel*<br><br>Marybeth Sydor<br>*Title IX Consultant* |
|---|---|---|---|

**ATTORNEYS AT LAW**
─────────────
**nmllplaw.com**

March 14, 2025

**VIA CM/ECF**
Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Kamran Khodakhah v. Montefiore Health System et al*
    **Case No.: 1:24-cv-00839-LAK-RFT**

Dear Judge Tarnofsky,

Please be advised that the undersigned represents the Plaintiff in the above-referenced matter. We write, pursuant to Section I(E) of Your Honor's Individual Practices in Civil Cases, to respectfully request that the Court adjourn oral argument, currently scheduled for April 2, 2025, as a result of Plaintiff's counsel's previously scheduled travel plans. In speaking with counsel for the parties, we are available, subject to Your Honor's availability, for oral argument on April 22, 23, 24 or 25, 2025. This is the first request for an adjournment of oral argument and all parties consent to this request.

Respectfully submitted,
NESENOFF & MILTENBERG, LLP

*/s/ Stuart Bernstein*
Stuart Bernstein