

| Ira S. Nesenoff | Barbara H. Trapasso | Kara L. Gorycki |
| Andrew T. Miltenberg | Adrienne D. Levy | Susan E. Stark |
| Stuart Bernstein | Regina M. Federico | Julie A. Sacks |
| | Ben Goldstein | *Senior Litigation Counsel* |
| Tara J. Davis | Amy Zamir | |
| Gabrielle M. Vinci | Kristen Mohr | Marybeth Sydor |
| Christine Brown | Helen Setton | *Title IX Consultant* |
| | Jordan Tuchman | |

**ATTORNEYS AT LAW**

nmllplaw.com

> Application granted. The oral argument scheduled for April 2, 2025 is rescheduled to April 22, 2025 at 10:00 AM in Courtroom 9B at 500 Pearl Street, New York, NY.
>
> Date: 3/20/2025
> New York, NY
>
> SO ORDERED
>
> /s/ Robyn Tarnofsky
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

**VIA CM/ECF**

Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>*Kamran Khodakhah v. Montefiore Health System et al*</u>
            Case No.: 1:24-cv-00839-LAK-RFT

Dear Judge Tarnofsky,

    Please be advised that the undersigned represents the Plaintiff in the above-referenced matter. We write, pursuant to Section I(E) of Your Honor's Individual Practices in Civil Cases, to respectfully request that the Court adjourn oral argument, currently scheduled for April 2, 2025, as a result of Plaintiff's counsel's previously scheduled travel plans. In speaking with counsel for the parties, we are available, subject to Your Honor's availability, for oral argument on April 22, 23, 24 or 25, 2025. This is the first request for an adjournment of oral argument and all parties consent to this request.

                                                        Respectfully submitted,
                                                        NESENOFF & MILTENBERG, LLP

                                                        */s/ Stuart Bernstein*
                                                        Stuart Bernstein

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188

4 Palo Alto Square | 3000 El Camino Real | Suite 200 | Palo Alto, CA | 94306 | T: 650.209.7400