

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

May 1, 2025

**BY ECF**

Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Khodakhah v. Montefiore Health System, Inc.*,
              No. 1:24-cv-00839-LAK

Dear Judge Tarnofsky:

      We write on behalf of Defendant Einstein College of Medicine and Plaintiff Kamran Khodakhah in furtherance of the Court's Order dated April 28, 2025 (ECF #70) that the parties inform the Court whether they believe that Court-facilitated discussions would be productive at this time.

      In accordance with that Order, the parties have conferred and determined that they would like to accept the Court's offer to facilitate a mediation between Defendant Einstein and Plaintiff Khodakhah before a Magistrate Judge of the Southern District of New York, in an effort to resolve all the claims in the above-captioned action.[1]  Given that Your Honor has reviewed the extensive briefing in connection with Defendants' Motions to Dismiss (ECF # 53, 54, 55, 56, 57, 58, 59, 60, 63, 64) and recently conducted oral argument, the parties request that the mediation be assigned to a different S.D.N.Y Magistrate Judge.

---

[1] Since any resolution of this case would necessarily involve a release for all the defendants, including Dean Tomaselli and the other individual defendants, we do not believe that Mr. Tomaselli's lawyers need to be involved in a future mediation, at least at the outset.

Respectfully submitted,

Roberta A. Kaplan

cc: Counsel for All Parties

**FOIL CONFIDENTIAL TREATMENT REQUESTED**
**PRODUCED PURSUANT TO SUBPOENA**