# Emery Celli Brinckerhoff Abady Ward & Maazel LLP

Jonathan S. Abady
Matthew D. Brinckerhoff
Andrew G. Celli, Jr.
Richard D. Emery
Debra L. Greenberger
Diane L. Houk
Daniel J. Kornstein
Julia P. Kuan
Hal R. Lieberman
Ilann M. Maazel
Katherine Rosenfeld
Zoe Salzman
Sam Shapiro
Earl S. Ward
O. Andrew F. Wilson

Attorneys At Law
One Rockefeller Plaza
8th Floor
New York, New York  10020

Tel: (212) 763-5000
Fax: (212) 763-5001
www.ecbawm.com

Daniel M. Eisenberg
Vasudha Talla

Eric Abrams
Nick Bourland
Hannah Brudney
Sara Luz Estela
Bianca Herlitz-Ferguson
Laura S. Kokotailo
Sonya Levitova
Hafsa S. Mansoor
Sana Mayat
Vivake Prasad
Max Selver
Emily K. Wanger
Rachael Wyant
Sydney Zazzaro

May 1, 2025

**By ECF**

Judge Robyn F. Tarnofsky
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 9B
New York, NY 10007-1312

   Re: *Khodakhah v. Montefiore Health System, Inc. et al*, 24 Civ. 839 (LAK)(RFT)

Dear Judge Tarnofsky:

  We are counsel to Defendant Dr. Gordon Tomaselli in the above captioned matter, writing pursuant to the Court's April 28, 2025 Order. *See* ECF No. 70. Counsel for Dr. Tomaselli agree that settlement discussions would be productive at this time and write to express our consent to the proposal set forth in the letter submitted by counsel for Defendant Einstein College of Medicine. *See* ECF No. 71.

               Respectfully submitted,

               /s/
               Sara Luz Estela

c. All counsel, *by ECF*