

| | | |
|---|---|---|
| Ira S. Nesenoff | Barbara H. Trapasso | Marybeth Sydor |
| Andrew T. Miltenberg | Kristen E. Mohr | *Title IX Consultant* |
| Stuart Bernstein | Helen J. Setton | |
| Tara J. Davis | Rodman W. Streicher | Felice Duffy |
| Gabrielle M. Vinci | Adrienne D. Levy | *Of Counsel* |
| Kara L. Gorycki | Regina M. Federico | |
| | Nicole E. Hoehle | |
| | Kimberly S. Courtney | |
| | *Senior Litigation Counsel* | |

ATTORNEYS AT LAW
_____
**nmllplaw.com**

July 18, 2025

<u>VIA CM/ECF</u>
Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

   Re: <u>***Kamran Khodakhah v. Montefiore Health System et al***</u>
      **Case No.: 1:24-cv-00839-LAK-RFT**

Dear Judge Tarnofsky,

 We write on behalf of Plaintiff Kamran Khodakhah and Defendant Einstein College of Medicine in furtherance of the Court's Order dated May 2, 2025 (ECF #74) requiring the Parties to provide an update on the status, but not the substance, of their settlement talks within one week after a mediation is held. While the parties did not participate in another formal mediation, they did engage in additional settlement discussions but unfortunately were still unable to resolve the matter at this time.

            Respectfully submitted,
            NESENOFF & MILTENBERG, LLP

            <u>*/s/ Stuart Bernstein*</u>
            Stuart Bernstein, Esq.
            Andrew Miltenebrg, Esq.

cc: Counsel for All Parties