UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMRAN KHODAKHAH,<br><br>                *Plaintiff*,<br><br>  v.<br><br>MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., ALBERT EINSTEIN COLLEGE OF MEDICINE, GORDAN TOMASELLI, PABLO CASTILLO, BRYEN JORDAN, and JOHN-JANE DOES 1-10,<br><br>                *Defendants*. | No. 1:24-cv-00839-LAK-RFT |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Christopher K. Connolly, a member of this Court in good standing, respectfully requests that the Clerk of the Court enter his appearance on behalf of Defendants Montefiore Medicine Academic Health System, Inc., Albert Einstein College of Medicine, Pablo Castillo, and Bryen Jordan in the above-captioned action.

Dated: August 14, 2025
       New York, New York

Respectfully submitted,

_____
Christopher K. Connolly
KAPLAN MARTIN LLP
1133 Avenue of the Americas | Suite 1500
New York, New York 10036
Telephone: (212) 316-9500
cconnolly@kaplanmartin.com

*Counsel for Defendants Montefiore Medicine Academic Health System, Inc., Albert Einstein College of Medicine, Pablo Castillo, and Bryen Jordan*