

| | | |
|---|---|---|
| Ira S. Nesenoff | Barbara H. Trapasso | Adrienne D. Levy |
| Andrew T. Miltenberg | Kristen E. Mohr | Regina M. Federico |
| Stuart Bernstein | Helen J. Setton | Kimberly S. Courtney |
| _____ | Rodman W. Streicher | *Senior Litigation Counsel* |
| Tara J. Davis | | |
| Gabrielle M. Vinci | | Marybeth Sydor |
| Kara L. Gorycki | | *Title IX Consultant* |

ATTORNEYS AT LAW
_____
**nmllplaw.com**

September 18, 2025

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Room 21B
New York, NY 10007

> Application **GRANTED**. This matter is referred to me for General Pretrial and Dispositive motions. This application, to extend the deadline by which Plaintiff may file a proposed amended complaint, redlined version, and accompanying memorandum, falls within the scope of reference. Plaintiff's deadline is extended until **October 22, 2025**.
>
> The Clerk of Court is respectfully requested to terminate ECF 89.
>
> Dated: September 22, 2025
> New York, NY
>
> SO ORDERED
> /s/ Robyn F. Tarnofsky
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Re:   *Khodakhah v. Montefiore Medicine Academic Health System, Inc., et al.,*
       *Index No. 1:24-cv-00839-LAK-RFT*

To the Honorable Judge Kaplan:

    Plaintiff's counsel writes with consent of all parties in connection with the October 1, 2025 deadline with respect to Your Honor's Memorandum and Order filed via ECF (#88) on September 16, 2025.

    Plaintiff, requests that the October 1, 2025 deadline for filing "(1) a clean copy of the proposed amended complaint, (2) a redlined version of the proposed amended complaint showing all changes from the first amended complaint, and (3) a memorandum addressing why the amendments would not be futile" be adjourned to October 22, 2025. Plaintiff's counsel makes this request based on upcoming religious observance of the Jewish holidays, out of town court hearings, and existing court deadlines in other active cases.

    Pursuant to Your Honor's Individual Rules of Practice, Motion Rules and Procedures, Page 3, *Adjournments/Extensions*, we enclose a stipulation signed by all of the parties memorializing that extension (Exhibit 1).

                                                        Very truly yours,

                                                         **NESENOFF & MILTENBERG, LLP**

                                                         By: */s/ Stuart Bernstein*
                                                               Stuart Bernstein, Esq.