

| Ira S. Nesenoff | Barbara H. Trapasso | Adrienne D. Levy |
| Andrew T. Miltenberg | Kristen E. Mohr | Regina M. Federico |
| Stuart Bernstein | Helen J. Setton | Kimberly S. Courtney |
| _____ | Rodman W. Streicher | *Senior Litigation Counsel* |
| Tara J. Davis | Kirsten E. Roy | |
| Gabrielle M. Vinci | | Marybeth Sydor |
| Kara L. Gorycki | | *Title IX Consultant* |

ATTORNEYS AT LAW
_____
nmllplaw.com

October 20, 2025

**VIA ECF**
The Honorable Robyn F. Tarnofsky
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

> Application GRANTED. Plaintiff's deadline to file a proposed amended complaint, redlined version, and accompanying memorandum is extended until **October 24, 2025.**
>
> The Clerk of Court is respectfully requested to terminate ECF 91.
>
> Dated: October 21, 2025
> New York, NY
>
> SO ORDERED
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Re:   *Khodakhah v. Montefiore Medicine Academic Health System, Inc., et al.,*
       *Index No. 1:24-cv-00839-LAK-RFT*

To the Honorable Judge Tarnofsky:

 Please be advised, the undersigned is counsel to Plaintiff Kamran Khodakhah ("Plaintiff") in the above-captioned matter. I write with consent of all parties to respectfully request a brief extension of time for Plaintiff to file his anticipated motion for leave to amend, which deadline is currently October 22, 2025. This is Plaintiff's second request to extend the motion deadline. Plaintiff's first motion was submitted to Honorable Judge Lewis A. Kaplan and thereafter referred to Your Honor for its determination. Pursuant to Your Honor's decision (ECF No. 90), and Judge Kaplan's referral of this matter to Your Honor for all General Pretrial and Dispositive motion practices, Plaintiff respectfully submits this request directly to Your Honor.

 Plaintiff requests that the October 22, 2025 deadline for filing "(1) a clean copy of the proposed amended complaint, (2) a redlined version of the proposed amended complaint showing all changes from the first amended complaint, and (3) a memorandum addressing why the amendments would not be futile" be adjourned to October 24, 2025.

 Plaintiff's counsel makes this request based on counsel's unanticipated travel out of state this week to attend hearings in Virginia and North Carolina, which were previously scheduled to occur prior to the current deadline, as well as Plaintiff's travel out of the country which has limited counsel's opportunity to confer with Plaintiff regarding the proposed amendments to Plaintiff's pleading. Pursuant to Your Honor's Individual Rules of Practice, Motion Rules and Procedures, Page 3, *Adjournments/Extensions*, we enclose a stipulation signed by all of the parties memorializing the proposed and consented to extension.



**October 20, 2025**
**Page 2 of 2**

Very truly yours,

**NESENOFF & MILTENBERG, LLP**

By: */s/ Gabrielle Vinci*
    Gabrielle Vinci, Esq.

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188

218 North Lee Street | 3rd Floor | Alexandria, VA | T: 202.850.0123