**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KAMRAN KHODAKHAH,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MONTEFIORE HEALTH SYSTEM, INC., MONTEFIORE MEDICAL CENTER, MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., ALBERT EINSTEIN COLLEGE OF MEDICINE, GORDON TOMASELLI, PABLO CASTILLO, BRYEN JORDAN, and JOHN and JANE DOES 1-10,**<br><br>*Defendants.* | Civil Action No. 1:24-cv-00839 |

**NOTICE OF MOTION FOR LEAVE TO AMEND**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated October 24, 2025, the Affirmation of Stuart Bernstein, Esq., dated October 24, 2025, and the exhibits attached thereto, Plaintiff Kamran Khodakhah will move this Court, before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United Staes Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be set at the convenience of the Court, for an Order

granting Plaintiff leave to file a second Amended Complaint, pursuant to Federal Rule of Civil

Procedure 15.

**Dated: October 24, 2025**

**Respectfully submitted,**

**NESENOFF & MILTENBERG, LLP**
*Attorneys for Plaintiff Kamran Khodakhah*

**By: /s/ *Stuart Bernstein***
**Andrew T. Miltenberg, Esq.**
**Stuart Bernstein, Esq.**
**Gabrielle Vinci, Esq.**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
**amiltenberg@nmllplaw.com**
**sberbstein@nmllplaw.com**
**gvinci@nmllplaw.com**