UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMRAN KHODAKHAH,<br><br>                Plaintiff,<br><br>-against-<br><br>MONTEFIORE HEALTH SYSTEM, INC.,<br><br>                Defendants. | 24-CV-839 (LAK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff filed a Motion for Leave to File a Second Amended Complaint. (ECF 93.)

Defendants' opposition to Plaintiff's motion is due by **November 10, 2025**, and Plaintiff's reply in further support is due by **November 21, 2025.**

DATED:    October 27, 2025
                New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge