

K a p l a n
M a r t i n

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

October 30, 2025

> The Einstein Defendants' request for an extension of time (ECF 99) is GRANTED. Defendants shall have until **December 8, 2025** to oppose the motion to amend, and Plaintiff shall have until **December 19, 2025** to respond to Defendants' oppositions. I do not anticipate granting further extensions absent very good cause shown.
>
> The Clerk of Court is respectfully requested to terminate ECF 99.
>
> Dated: October 31, 2025
> New York, NY
>
> SO ORDERED
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

**BY ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Khodakhah v. Montefiore Medicine Academic Health System, Inc., et al.*, No. 1:24-cv-00839-LAK-RFT

Dear Judge Tarnofsky:

    On behalf of Defendants Montefiore Medicine Academic Health System, Inc., Einstein College of Medicine, Pablo Castillo, and Bryen Jordan (together, the "Einstein Defendants"), we write to request a four-week extension of our time to oppose Plaintiff's motion for leave to amend the complaint until December 8, 2025, the same extension requested by Defendant Dr. Gordon Tomaselli. ECF No. 97, 98.

    Currently, our deadline to oppose Plaintiff's motion for leave to amend the complaint is November 10, 2025. Earlier today, Your Honor granted Dr. Tomaselli's motion for a four-week extension to oppose Plaintiff's motion for leave to amend (ECF No. 98), and while that request was made on our behalf as well, we apologize for not including our own reasons for seeking the extension. Like Dr. Tomaselli, we make this request in light of conflicts in counsels' schedules, including but not limited to a mediation, deposition, and United States Supreme Court brief, as well as the upcoming holidays. This is our first request for an extension of this deadline. Plaintiff consents to our request.[1]

---

[1] Plaintiff previously requested two extensions of time to file his motion, both of which were granted. ECF Nos. 93-95.

We apologize again for the oversight and thank the Court for its consideration of our request.

Respectfully submitted,

Roberta A. Kaplan

Cc: Counsel of record (by ECF)