UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMRAN KHODAKHAH, <br><br> Plaintiff, <br><br> -against- <br><br> MONTEFIORE HEALTH SYSTEM, INC., <br><br> Defendants. | 24-CV-839 (LAK) (RFT) <br><br> **INITIAL CASE MANAGEMENT** <br> **CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic Initial Case Management Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on, **December 3, 2025 at 10:30 AM**. Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 447 249 87#.**

The parties are directed to consult my Individual Rules of Practice, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

**Rule 26(f) Conference.** Counsel for the parties are directed to confer at least 21 days before the Initial Case Management Conference to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties shall comply with their Rule 26(a) initial disclosure obligations no later than 14 days after the parties' Rule 26(f) conference. The parties will be required to discuss at the Rule 26(f) conference the subjects set forth in Rules 16(b) and 16(c) of the Federal Rules of Civil Procedure. A list of the Rule 26(f) discussion topics is available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

**Proposed Scheduling Order.** The parties are directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at

https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and to file it on the docket by **November 26, 2025**. In the event that the parties disagree about the dates or other terms of the proposed scheduling order, they shall file on the docket a joint letter briefly explaining the dispute(s) and competing proposal(s) by **November 26, 2025**.

DATED:    November 3, 2025
          New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge