UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------:

KAMRAN KHODAKHAH,                    : Case No.: 24-CV-0839

                Plaintiff, :

   v.                               :

MONTEFIORE HEALTH SYSTEM, INC.:

et al.,                              : New York, New York

          Defendants.: February 9, 2026

------------------------------:

TRANSCRIPT OF STATUS CONFERENCE HEARING

BEFORE THE HONORABLE ROBYN F. TARNOFSKY

UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For Plaintiff:          NESENOFF & MILTENBERG, LLP
                        BY:  Gabrielle Vinci, Esq.
                             Stuart Bernstein, Esq.
                        363 Seventh Avenue - 5th Floor
                        New York, New York 10001

For Defendant:          KAPLAN MARTIN LLP
                        BY:  Roberta A. Kaplan, Esq.
                        1133 Avenue of the Americas
                        New York, New York 10036

For Defendant:          HECKER FINK, LLP
                        BY: Gabrielle Tenzer, Esq.
                            Anna Collins Peterson, Esq.
                        350 Fifth Avenue
                        New York, New York 10018


Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

AMM TRANSCRIPTION SERVICE  -  631.334.1445

THE DEPUTY CLERK:  This is a recorded conference.  Judge Tarnofsky is presiding over 24-cv-0839; Khodakhah v. Montefiore Health Systems, Inc.

Please state your name for the record, starting with counsel for plaintiff.

MS. VINCI:  Good afternoon.  This is Gabrielle Vinci, joined by Stuart Bernstein, from Nesenoff & Miltenberg.

Hello, everyone.

THE COURT:  Good afternoon.

MS. KAPLAN:  For defendant Einstein and related defendants, it's Robbie Kaplan from Kaplan Martin.  And I think Gabrielle is also on the phone.

Go ahead, Gab.  Sorry.

MS. TENZER:  Yes.  This is Gabrielle Tenzer, and I'm joined by Anna Collins Peterson from Hecker Fink.

THE COURT:  Good afternoon, everyone. Thanks for being here.

We're here to check in on discovery.  I guess the last time we spoke, I said that I would issue the order, which I did, stating that there would be up to five depositions per party before February 2nd, and that we could talk further when we

met today about where to go from here.  I guess I will hear first from plaintiff.

MS. VINCI:  Thank you, your Honor.

So the parties have engaged in written discovery.  They've served demands and responses to those demands.  My understanding is that both sides, while they've made their initial production of documents, do intend to continue to produce more documents on a rolling basis, including e-discovery.  So we have not yet reached the point, I believe, of being able to proceed to depositions.

One issue also affecting that, that counsel are continuing to meet and confer over, is production of the investigative report for the investigation at issue.

Defendants have taken the position that the report is privileged, although are open to a limited waiver of that privilege.  We have taken the position that we don't understand what their claim for privilege is.  I don't really know what the basis for the claim is.

We're continuing to meet and confer, but, really, until we see the report, it's difficult for plaintiff to be in a position to know who in total would be relevant to depose.

AMM TRANSCRIPTION SERVICE  -  631.334.1445

THE COURT:  Okay.

Would defendants like to add anything?

MS. KAPLAN:  Speaking -- Gabrielle and Anna know more about the details of discovery, but that's generally my understanding, and that we fully intend to work something out with plaintiffs about how to get them the information in the report.  No question about that.

THE COURT:  Okay.  Well, I guess, then, my question is, is there anything that I need to do right now, or should we just set another check-in date for a couple months down the road?

MS. VINCI:  From plaintiff's perspective, your Honor, I don't believe there is anything requiring your assistance at this time, and we think another status conference for a few months out would be great.

MS. KAPLAN:  Could I ask one -- I don't disagree with that, your Honor, but can I ask one question?

THE COURT:  Sure.

MS. KAPLAN:  So, earlier in the case, there had been some talk of trying to do a settlement before a magistrate judge.

THE COURT:  Uh-huh.

MS. KAPLAN:  And, understandably, counsel for plaintiffs -- I understand why -- would prefer to do this -- I'm sorry, I've got a frog in my throat.

THE COURT:  That's fine.

MS. KAPLAN:  -- would prefer to do it with a different magistrate judge.

And as I recall, I had something in my head about us asking Judge Kaplan to do that.  Is that correct?  Is that what we decided to do?

THE COURT:  So I don't have the authority to request that another magistrate judge take this on for good or for ill, and I think there are arguments on both sides.  When you're referred a matter for all purposes, as a magistrate judge in this district, you don't have the ability to ask another magistrate judge to take it on.

Could Judge Kaplan send it to somebody else for that purpose?  I imagine he could, and I don't think he'd mind being asked.  So that request, though, would have to come from the parties.

MS. KAPLAN:  Thank you, your Honor.  That answers my question completely, and thank you so much.

THE COURT:  Uh-huh.

Is there anything else, then, that we should talk about?

MS. VINCI:  Nothing for plaintiff, your Honor.

MS. KAPLAN:  Not for --

THE COURT:  Okay.  Then --

MS. KAPLAN:  Nothing either for defendants, your Honor.

THE COURT:  Great.

Then I guess what I would say is that, given the extension of time on the objections to my second report and recommendation, it probably makes sense to have the next conversation toward the end of March.

Does that sound all right?

MS. VINCI:  That works for plaintiff.

MS. KAPLAN:  Fine with us, your Honor.

THE COURT:  Okay.  Then my court deputy will issue an order with a date in the end of March. And I can let Judge Kaplan know that the parties may be asking for a referral to another magistrate judge for settlement purposes.

Anything else?

MS. KAPLAN:  Not on our end, your Honor. Thank you so much.

MS. VINCI:  No, your Honor.  Thank you.

THE COURT:  Okay.  Thanks.  Take care.
Bye.

0o0

AMM TRANSCRIPTION SERVICE  -  631.334.1445

C E R T I F I C A T E

I, Adrienne M. Mignano, certify that the foregoing transcript of proceedings in the case of Khodakhah v. Montefiore Health System, Inc. et al., Docket #24CV0839 was prepared using digital transcription software and is a true and accurate record of the proceedings.

Signature *Adrienne M. Mignano*  _____

ADRIENNE M. MIGNANO, RPR

Date:       February 12, 2026