UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMRAN KHODAKHAH,

                    Plaintiff,

      -against-

MONTEFIORE HEALTH SYSTEM, INC.,

                  Defendants.

24-CV-839 (LAK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on April 1, 2026:

1. By **April10, 2026**, Plaintiff shall file a letter indicating whether Court-facilitated settlement talks would be productive at this time.

2. Initial expert disclosures shall be due by **June 15, 2026**; rebuttal expert disclosures shall be due by **July 15, 2026**; and all expert depositions shall be complete by **August 15, 2026**.

3. The parties shall file a joint update on the status of discovery and on the status but not the substance of any settlement talks on the first business day of each month, beginning on **May 1, 2026**, and continuing through the close of all discovery. If the parties have not engaged in facilitated settlement talks by **June 15, 2026** with a private mediator, member of the Court's mediation panel, or magistrate judge, I expect to refer this matter to Court-annexed mediation, to take place in **July 2026**; if such mediation is unsuccessful, I anticipate arranging for a settlement talks before a magistrate judge, to take place in **August 2026.**

4.  Dispositive motions and Daubert motions, if any, shall be due by **September 3, 2026**, with oppositions due by **September 18, 2026**, and replies due by **September 25, 2026**.

5.  As indicated in Judge Kaplan's order at ECF 125, the parties shall file a joint pretrial order in the form annexed to Judge Kaplan's individual practices on or before **October 1, 2026**.

DATED:        April 1, 2026
              New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge