

**NESENOFF & MILTENBERG**

New York | Boston

ATTORNEYS AT LAW

**nmllplaw.com**

Ira S. Nesenoff
Andrew T. Miltenberg
Stuart Bernstein
_____

Tara J. Davis
Gabrielle M. Vinci
Kara L. Gorycki

Barbara H. Trapasso
Kristen E. Mohr
Helen J. Setton
Rodman W. Streicher
Kirsten E. Roy
Nataniel E. Arabov

Adrienne D. Levy
Regina M. Federico
Kimberly S. Courtney
*Senior Litigation Counsel*

Marybeth Sydor
*Title IX Consultant*

April 10, 2026

**VIA ELECTRONIC FILING**
Hon. Magistrate Judge Robyn F. Tarnofsky
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 9B
New York, New York 10007

> **Re:** ***Khodakhah v. Montefiore Health System, Inc. et. al.***
> **Civil Action No.: 1:24-cv-00839**
> **Plaintiff's Position on Court-Facilitated Settlement Discussions**

Your Honor:

The undersigned is counsel to Plaintiff Dr. Kamran Khodakhah ("Plaintiff") in the above-referenced matter. Pursuant to Your Honor's April 1, 2026 Order (ECF # 128), Plaintiff respectfully advises the Court that at this time, Plaintiff does not believe Court-facilitated settlement discussions would be productive at this time given the current status of discovery.

Counsel remain available should Your Honor have any questions or concerns. Thank you.

> **Very truly yours,**
>
> **NESENOFF & MILTENBERG, LLP**
>
> By: *s/ Gabrielle Vinci*
>
> **Andrew T. Miltenberg, Esq.**
> **Stuart Bernstein, Esq.**
> **Gabrielle M. Vinci, Esq.**