

**NESENOFF & MILTENBERG**

New York | Boston

ATTORNEYS AT LAW

**nmllplaw.com**

Ira S. Nesenoff
Andrew T. Miltenberg
Stuart Bernstein
_____
Tara J. Davis
Gabrielle M. Vinci
Kara L. Gorycki

Barbara H. Trapasso
Kristen E. Mohr
Helen J. Setton
Rodman W. Streicher
Kirsten E. Roy
Nataniel E. Arabov

Adrienne D. Levy
Regina M. Federico
Kimberly S. Courtney
*Senior Litigation Counsel*

Marybeth Sydor
*Title IX Consultant*

May 1, 2026

<u>**VIA ELECTRONIC FILING**</u>
Hon. Magistrate Judge Robyn F. Tarnofsky
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 9B
New York, New York 10007

      **Re:**    ***Khodakhah v. Montefiore Health System, Inc. et. al.***
              **Civil Action No.: 1:24-cv-00839**
              <u>**Joint Status Letter**</u>

Your Honor:

The undersigned is counsel to Plaintiff Dr. Kamran Khodakhah ("Plaintiff") in the above-referenced matter. Pursuant to Your Honor's April 1, 2026 Order (ECF # 128), Plaintiff, on behalf of all parties, writes to advise the Court of the current status of discovery and settlement discussions in this matter.

Pursuant to the Scheduling Order entered December 3, 2025, the parties served their respective requests for production and have served responses thereto, including productions made by Defendants on April 14, 2026, and April 27, 2026, and a production made by Plaintiff on April 21, 2026. The parties have also provided privilege logs concerning their productions to date and are continuing to discuss ongoing issues regarding document production. In addition, Plaintiff served his first set of interrogatories upon Defendants on December 15, 2025 and received responses thereto. Defendants served their first set of interrogatories and requests for admissions upon Plaintiff's counsel on April 29, 2026. Plaintiff shall serve responses to Defendants' demands on or before May 29, 2026. Plaintiff further anticipates commencing depositions in this matter in mid-May.

Since the April 1, 2026 status conference, the parties have not engaged in any further settlement discussions. Plaintiff maintains that further discovery is needed before engaging in any fruitful discussions regarding resolution.



Counsel remain available should Your Honor have any questions or concerns. Thank you.

> **Very truly yours,**
>
> **NESENOFF & MILTENBERG, LLP**
>
> **By:** s/ *Gabrielle Vinci*
>
> **Andrew T. Miltenberg, Esq.**
> **Stuart Bernstein, Esq.**
> **Gabrielle M. Vinci, Esq.**

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188