

| Ira S. Nesenoff | Barbara H. Trapasso | Adrienne D. Levy |
| Andrew T. Miltenberg | Kristen E. Mohr | Regina M. Federico |
| Stuart Bernstein | Helen J. Setton | Kimberly S. Courtney |
| | Rodman W. Streicher | *Senior Litigation Counsel* |
| Tara J. Davis | Kirsten E. Roy | |
| Gabrielle M. Vinci | Nataniel E. Arabov | Marybeth Sydor |
| Kara L. Gorycki | | *Title IX Consultant* |

**ATTORNEYS AT LAW**

**nmllplaw.com**

June 1, 2026

<u>**VIA ELECTRONIC FILING**</u>
Hon. Magistrate Judge Robyn F. Tarnofsky
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 9B
New York, New York 10007

   **Re:**  ***Khodakhah v. Montefiore Health System, Inc. et. al.***
       **Civil Action No.: 1:24-cv-00839**
       <u>**Joint Status Letter**</u>

Your Honor:

   The undersigned is counsel to Plaintiff Dr. Kamran Khodakhah ("Plaintiff") in the above-referenced matter. Pursuant to Your Honor's April 1, 2026 Order (ECF # 128), Plaintiff, on behalf of all parties, writes to advise the Court of the current status of discovery and settlement discussions in this matter.

   Pursuant to the Scheduling Order entered December 3, 2025, the parties served their respective requests for production and have served responses thereto, including productions made by Defendants on April 14, 2026, and April 27, 2026, and a production made by Plaintiff on April 21, 2026. The parties have also provided privilege logs concerning their productions to date and are continuing to discuss ongoing issues regarding document production. In addition, Plaintiff served his first set of interrogatories upon Defendants on December 15, 2025 and received responses thereto. Defendants served their first set of interrogatories and requests for admissions upon Plaintiff's counsel on April 29, 2026. Pursuant to counsel's agreement, Plaintiff shall serve responses to Defendants' demands on or before June 12, 2026. On May 4, 2026, following further discussions among the parties, Defendants reproduced the Chair Investigation Report and related exhibits, changing the designation of those materials under the Confidentiality Stipulation and Protective Order (ECF 114) from Highly Confidential-Attorneys' Eyes Only to Confidential.

   Plaintiff further anticipates commencing depositions in this matter in mid-June. Defendants note that the Court's Case Management Plan (ECF 104) set May 29, 2026, as the deadline for fact discovery. Judge Kaplan's March 4, 2026 Memorandum and Order directed the parties to complete

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188



all discovery by September 1, 2026 (ECF 125). During the status conference on April 1, 2026, the Court directed the parties to serve their expert reports by June 15, 2026, Tr. 14:24-15:2, and advised the parties that "that gives you two and a half months to get done whatever . . . fact discovery needs to be done in advance of disclosing your expert reports," *id.* 25:20-23.

Since the April 1, 2026 status conference, the parties have not engaged in any further settlement discussions. Plaintiff maintains that further discovery is needed before engaging in any fruitful discussions regarding resolution.

Counsel remain available should Your Honor have any questions or concerns. Thank you.

**Very truly yours,**

**NESENOFF & MILTENBERG, LLP**

By: *s/ Gabrielle Vinci*

**Andrew T. Miltenberg, Esq.**
**Stuart Bernstein, Esq.**
**Gabrielle M. Vinci, Esq.**