UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kamran Khodakhah, | 24-CV-00839 (LAK) (RFT) |
| Plaintiff, | |
| -against- | **ORDER** |
| Montefiore Health System, Inc., et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. By **June 23, 2026**, the parties shall confer and file a joint letter on the docket listing two dates before **July 31, 2026** when all parties are available to participate in a mediation conference.

The parties are to provide an update on the status but not the substance of their settlement talks within one week after the mediation is held.

The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

DATED:  June 16, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge