

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

June 18, 2026

**BY ECF**

The Honorable Robyn F. Tarnofsky
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Re:    *Khodakhah v. Montefiore Medicine Academic Health System, Inc.,
> et al.*, No. 1:24-cv-00839-LAK-RFT

Dear Judge Tarnofsky:

Defendants Montefiore Medicine Academic Health System, Inc., and Albert Einstein College of Medicine (collectively, "Einstein") write in response to the Court's order dated June 16, 2026, referring this matter to the Court-annexed Mediation Program and directing the parties to file a joint letter by June 23, 2026 "listing two dates before July 31, 2026 when all parties are available to participate in a mediation conference." ECF 138.

Respectfully, and with Plaintiff's consent, we request a one-week extension of the parties' deadline to file their joint letter, to June 30, 2026. Defendants believe this case should settle and are eager to participate in mediation in July as ordered by the Court. We seek this brief extension, however, because our principal client contact, Einstein's Senior Counsel, underwent a medical procedure yesterday and will be unavailable to coordinate her availability to participate in the mediation until after the current June 23 deadline. We therefore require additional time to provide Plaintiff's counsel, and ultimately the Court, with proposed dates for the mediation conference.

Respectfully submitted,

Roberta A. Kaplan

Application GRANTED. The parties' deadline to file their joint letter listing two dates before July 31, 2026 when all parties are available to participate in a mediation conference is extended until **June 30, 2026.** The Clerk of Court is respectfully requested to terminate ECF 139.

cc: Counsel of record (by ECF)

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Dated:  June 18, 2026
New York, NY