

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

June 30, 2026

**BY ECF**

The Honorable Robyn F. Tarnofsky
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> *Re:*   *Khodakhah v. Montefiore Medicine Academic Health System, Inc.,*
> *et al.*, No. 1:24-cv-00839-LAK-RFT

Dear Judge Tarnofsky:

Defendants Montefiore Medicine Academic Health System, Inc., and Albert Einstein College of Medicine write respectfully on behalf of the parties to the above-referenced matter in accordance with the Court's order dated June 16, 2026, which directed the parties to file a joint letter "listing two dates before July 31, 2026 when all parties are available to participate in a mediation conference."  ECF 138.

The parties have conferred and have determined that they are available to attend a mediation conference in person on **Tuesday, July 21** and **Wednesday, July 22**.  We thank the Court for its consideration of this letter.

Respectfully submitted,

Roberta A. Kaplan

cc: Counsel of record (by ECF)