**Kaplan Martin**

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

July 1, 2026

**BY ECF**

The Honorable Robyn F. Tarnofsky
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> *Re:*    *Khodakhah v. Montefiore Medicine Academic Health System, Inc., et al.*,
> No. 1:24-cv-00839-LAK-RFT

Dear Judge Tarnofsky:

We represent Defendants Montefiore Medicine Academic Health System, Inc., and Albert Einstein College of Medicine (together, "Einstein") in the above-referenced matter.  We write on behalf of the parties pursuant to the Court's order dated April 1, 2026 (ECF 128), which directed the parties to "file a joint update on the status of discovery and on the status but not the substance of any settlement talks on the first business day of each month, beginning on May 1, 2026, and continuing through the close of all discovery."

**<u>Status of Discovery</u>**

Since the parties' last joint status report, filed on June 1, 2026 (ECF 134), the parties have engaged in the following discovery:

- On June 15, 2026, Einstein made a supplemental production of native versions of certain documents previously produced to Plaintiff.

- On June 22, 2026, Plaintiff served his responses and objections to Einstein's first set of requests for admissions.

- On June 23, 2026, Plaintiff served his responses and objections to Einstein's first set of interrogatories.

- On June 29, 2026, Plaintiff served his expert report.

**Status of Settlement Talks**

In prior joint status letters, Plaintiff has informed the Court that he believes "further discovery is needed before engaging in any fruitful discussions regarding resolution." (ECF 133, 134). As a result, the parties have not engaged in any further settlement discussions.

By order dated June 16, 2026 (ECF 138), the Court referred this matter to the Court-annexed Mediation Program, and by joint letter dated June 30, 2026 (ECF 141), the parties provided dates on which they are available to participate in a mediation conference.

\* \* \*

In accordance with the Court's April 1 order, the parties plan to submit their next joint status report on August 3, 2026.

Respectfully submitted,

Roberta A. Kaplan

cc: Counsel of record (by ECF)

2