

**NESENOFF & MILTENBERG**

New York | Boston

Ira S. Nesenoff
Andrew T. Miltenberg
Stuart Bernstein
_____
Tara J. Davis
Gabrielle M. Vinci
Kara L. Gorycki

Barbara H. Trapasso
Kristen E. Mohr
Helen J. Setton
Kirsten E. Roy
Brittany E. Bard
Lauren G. Hutchison

Adrienne D. Levy
Regina M. Federico
Kimberly S. Courtney
*Senior Litigation Counsel*

Marybeth Sydor
*Title IX Consultant*

ATTORNEYS AT LAW
_____
**nmllplaw.com**

August 3, 2026

**<u>VIA ELECTRONIC FILING</u>**
Hon. Magistrate Judge Robyn F. Tarnofsky
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 9B
New York, New York 10007

> **Re:** ***Khodakhah v. Montefiore Health System, Inc. et. al.***
> **Civil Action No.: 1:24-cv-00839**
> **<u>Joint Status Letter</u>**

Your Honor:

The undersigned is counsel to Plaintiff Dr. Kamran Khodakhah ("Plaintiff") in the above-referenced matter. Pursuant to Your Honor's April 1, 2026 Order (ECF # 128), Plaintiff, on behalf of all parties, writes to advise the Court of the current status of discovery and settlement discussions in this matter.

As noted in the Parties' prior status letters, the parties have served and exchanged responses to requests for production. The parties have also provided privilege logs concerning their productions to date and are continuing to discuss ongoing issues regarding document production. In addition, Plaintiff served his first set of interrogatories upon Defendants on December 15, 2025 and received responses thereto. Defendants served their first set of interrogatories and requests for admissions upon Plaintiff's counsel on April 29, 2026. Pursuant to the Parties' agreements, Plaintiff served responses to Defendants' demands on June 22nd and 23rd, respectively.

On June 29, 2026, Plaintiff served his expert disclosure. On July 21, 2026, Defendants' counsel sent Plaintiff's counsel a deficiency notice regarding Plaintiff's expert disclosure and Plaintiff's response to Defendants' December 15, 2025 request for the production of documents.

On July 29, 2026, Defendants served their expert disclosure on Plaintiff's counsel subject to reserving all rights relating to the deficiencies in Plaintiff's expert disclosure and document productions identified in Defendants' July 21 deficiency notice, which Defendants followed up on by email on July 28 and July 31, 2026. On July 31, Defendants' counsel asked the undersigned for their availability to meet and confer regarding Defendants' July 21 deficiency notice, as required

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188

## NESENOFF & MILTENBERG

New York | Boston

pursuant to Your Honor's Individual Practice Rule III.B.  In the event the parties are unable to schedule a telephonic meet and confer by the close of business on August 5, 2026, Defendants intend to promptly move this Court for all appropriate relief.

On August 2 and 3, 2026, Defendants served a second set of requests for admission as well as an additional deficiency notice related to Plaintiff's June 22 and June 23 discovery responses to Defendants' First Set of Requests for Admission and First Set of Interrogatories. Plaintiff's counsel is in the process of responding to Defendants' various requests and notices.

To date, no depositions have been completed. The depositions of witness Yvonne Ramirez and Plaintiff have been scheduled for August 25 and 26, respectively. On July 14, 2026, Plaintiff requested the availability for deposition of witness Ed Burns but has not responded to Defendants' counsel's subsequent communications concerning the procedures for that deposition, including whether it can be conducted via written examination.  On July 21, 2026, Defendants' counsel noticed the deposition of Plaintiff's expert, Dr. Marc Janoson, for August 13.  Plaintiff is in the process of confirming this date with Dr. Janoson; Defendants note that they have now requested confirmation on two occasions and that, absent prompt confirmation of the August 13 deposition, the parties will need to meet and confer regarding a joint request to extend the deadline for completing expert depositions by one week.

With respect to settlement, the Partes are scheduled to appear for an in person court ordered mediation before Jennifer Lupo on August 12, 2026.

Counsel remain available should Your Honor have any questions or concerns. Thank you.

**Very truly yours,**

**NESENOFF & MILTENBERG, LLP**

By: s/ *Gabrielle Vinci*

**Andrew T. Miltenberg, Esq.**
**Stuart Bernstein, Esq.**
**Gabrielle M. Vinci, Esq.**

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188