August 28, 2026

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

*Re:* *Khodakhah v. Montefiore Medicine Academic Health System, Inc., et al.*, No. 1:24-cv-00839-LAK-RFT

Dear Judge Tarnofsky:

The parties in the above-captioned action write to jointly request a brief extension of the upcoming deadlines in the Court's March 4, 2026 Memorandum and Order, ECF 125, and the Court's April 1, 2026 Order, ECF 128, including the dates for the completion of all discovery, the briefing of any dispositive and *Daubert* motions, and the filing of a joint pretrial order. This is the parties' first request for an extension of these deadlines.

Although discovery in this case is currently scheduled to be completed on September 1, 2026, ECF 125 at 2, there are still depositions that Plaintiff wishes to take that have yet to be scheduled.

On July 14, 2026, Plaintiff served a notice of deposition for Dr. Edward Burns, a non-party former Einstein employee who was identified in both Plaintiff's and Defendants' Rule 26 Initial Disclosures on December 12, 2025, the latter of which listed Defendants' counsel as the contact for Dr. Burns. Defendants' counsel promptly advised that Dr. Burns suffers from a medical condition that would make participation in a traditional live deposition particularly difficult and burdensome and proposed proceeding by written questions.

During an August 5, 2026 meet and confer, Plaintiff's counsel advised that Plaintiff was not amenable to taking Dr. Burns's deposition by written questions and was instead seeking a live deposition, which they reiterated in an email on August 18. That same day, Defendants' counsel advised that a subpoena for Dr. Burns's deposition would be required given that he is a non-party. Plaintiff served a subpoena on August 21. Since then, Einstein has been working to facilitate Dr. Burns's deposition, and the parties have agreed to appropriate accommodations in light of his medical condition. Although Dr. Burns is not available to sit for a deposition before the discovery cut off on September 1, he and counsel for the parties are available for his virtual deposition on the afternoon of September 10.

On August 24, 2026, Plaintiff served a subpoena for the September 1 deposition of Mr. Eric Prusan, a former employee of T&M USA, LLC and the investigator who conducted the Chair Investigation at issue in this case. Mr. Prusan was also identified in Plaintiff's Rule 26 Initial Disclosures on December 12, 2025. After serving the subpoena, Plaintiff's counsel first advised Defendants' counsel that Plaintiff's counsel had been in discussions with Mr. Prusan since July and had been waiting for Mr. Prusan's availability prior to serving the subpoena. Although Defendants believe that Plaintiff waited until far too late to notice Mr. Prusan's deposition (a mere six business days before the close of discovery), to the extent the schedule is being extended, Defendants do not oppose Mr. Prusan's deposition proceeding on the afternoon of September 9. Defendants note, however, that their position remains that Mr. Prusan conducted a privileged

investigation at the direction of counsel; discussions between the parties concerning privilege and confidentiality issues implicated by Mr. Prusan's deposition are ongoing.

Since dispositive motions and *Daubert* motions cannot be filed until all discovery is completed in the case, the parties request that if the Court agrees to extend the deadline for the completion of discovery to accommodate these two depositions on September 9 and 10, the Court also extend the briefing deadlines and deadline to file a joint pretrial order as follows:

| **Event** | **Current Deadline** | **Revised Deadline** |
|---|---|---|
| Completion of All Discovery | September 1, 2026 | September 10, 2026 |
| Dispositive and *Daubert* Motions | September 3, 2026 | September 18, 2026 |
| Oppositions to Motions | September 18, 2026 | October 2, 2026 |
| Reply Briefs | September 25, 2026 | October 9, 2026 |
| Joint Pretrial Order | October 1, 2026 | October 15, 2026 |

The parties have agreed that no additional depositions will be noticed if the deadline for the completion of discovery is extended.

As we believe the Court is aware, we also note that the parties are continuing to mediate with Ms. Jennifer Lupo.

Respectfully submitted,

[signature]
Gabrielle E. Tenzer
Anna Collins Peterson
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
gtenzer@heckerfink.com
apeterson@heckerfink.com

Roberta A. Kaplan
Christopher K. Connolly
KAPLAN MARTIN LLP
1133 Avenue of the Americas
Suite 1500
New York, NY 10036
Tel: (212) 316-9500
rkaplan@kaplanmartin.com
cconnolly@kaplanmartin.com

*Counsel for Defendants Montefiore Medicine Academic Health System, Inc. and Albert Einstein College of Medicine*

/s/ *Stuart Bernstein*
Stuart Bernstein
Andrew T. Miltenberg
Gabrielle Vinci
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Tel: (212) 736-4500
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
gvinci@nmllplaw.com

*Counsel for Plaintiff Kamran Khodakhah*