UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMRAN KHODAKHAH,

Plaintiff,

-against-

MONTEFIORE HEALTH SYSTEM, INC.,

Defendants.

24-CV-839 (LAK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The joint letter-motion for an extension of time (ECF 144) is GRANTED IN PART AND DENIED IN PART. The deadline for completing discovery is extended until **September 10, 2026**, solely for the purpose of completing the two depositions referenced in this letter-motion. The deadline for the parties to file dispositive and Daubert motions is extended until **September 11, 2026**; the deadline for oppositions is extended until **September 23, 2026**; the deadline for replies is extended until **October 1, 2026**; and the deadline for filing a joint pretrial order in the form available on Judge Lewis A. Kaplan's individual practices remains **October 1, 2026**.

Additionally, on June 16, 2026, I ordered the parties to file a joint letter on the docket, providing an update on the status but not the substance of their settlement talks within one week after mediation is held. (ECF 138.) Mediation was held on August 11, 2026, but as of this date, the parties have not filed a joint letter. Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint letter until **September 1, 2026.**

The Clerk of Court is respectfully requested to terminate ECF 144.

DATED: August 28, 2026
New York, New York

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE