NESENOFF & MILTENBERG
New York | Boston

ATTORNEYS AT LAW
nmllplaw.com

Ira S. Nesenoff
Andrew T. Miltenberg
Stuart Bernstein

Tara J. Davis
Gabrielle M. Vinci
Kara L. Gorycki

Barbara H. Trapasso
Kristen E. Mohr
Helen J. Setton
Rodman W. Streicher
Kirsten E. Roy
Nataniel E. Arabov

Adrienne D. Levy
Regina M. Federico
Kimberly S. Courtney
*Senior Litigation Counsel*

Marybeth Sydor
*Title IX Consultant*

August 31, 2026

**VIA ELECTRONIC FILING**
Hon. Magistrate Judge Robyn F. Tarnofsky
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 9B
New York, New York 10007

**Re:** ***Khodakhah v. Montefiore Health System, Inc. et. al.***
**Civil Action No.: 1:24-cv-00839**

Your Honor:

The undersigned is counsel to Plaintiff Dr. Kamran Khodakhah ("Plaintiff") in the above-referenced matter. Pursuant to Your Honor's August 28, 2026 order (ECF 145), we write, together with counsel for Defendants, to advise the Court of the status of settlement discussions in this matter.

Preliminarily, counsels from all parties apologize to the Court for missing Your Honor's initial deadline to file the instant report. This was an inadvertent oversight and will not occur again.

The parties participated in a court ordered mediation on August 12, 2026. The case was not resolved at mediation. However, the parties are continuing to discuss and work with the mediator to negotiate a possible resolution.

Counsel remain available should Your Honor have any questions or concerns. Thank you.

**Very truly yours,**

**NESENOFF & MILTENBERG, LLP**

**By:** s/ Gabrielle Vinci
**Andrew T. Miltenberg, Esq.**
**Stuart Bernstein, Esq.**
**Gabrielle M. Vinci, Esq.**