UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMRAN KHODAKHAH,

Plaintiff,

-against-

MONTEFIORE HEALTH SYSTEM, INC.,

Defendants.

24-CV-839 (LAK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before me is a motion for extension of time (ECF 148). The motion is GRANTED IN PART. I would not have expected the final two depositions to have a significant impact on the summary judgment motion briefing, such that the briefing could not be finalized before the beginning of the Rosh Hashanah holiday; nor would I have thought that the rough transcripts would be insufficient for that briefing. Nevertheless, to avoid any disruption to the religious observance of counsel and parties, the schedule is amended as requested, with dispositive and Daubert motions being due by **September 18, 2026**; oppositions being due **October 2, 2026**; and replies being due **October 9, 2026**. The joint pretrial order remains due on **October 1, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 148.

DATED: September 1, 2026
New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge