**NESENOFF & MILTENBERG**
New York | Boston

ATTORNEYS AT LAW

**nmllplaw.com**

Ira S. Nesenoff
Andrew T. Miltenberg
Stuart Bernstein

Tara J. Davis
Gabrielle M. Vinci
Kara L. Gorycki

Barbara H. Trapasso
Kristen E. Mohr
Helen J. Setton
Rodman W. Streicher
Kirsten E. Roy
Brittany E. Bard
Lauren G. Hutchison

Adrienne D. Levy
Regina M. Federico
Kimberly S. Courtney
*Senior Litigation Counsel*

Marybeth Sydor
*Title IX Consultant*

September 1, 2026

**VIA ELECTRONIC FILING**
Hon. Magistrate Judge Robyn F. Tarnofsky
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 9B
New York, New York 10007

**Re:** ***Khodakhah v. Montefiore Health System, Inc. et. al.***
**Civil Action No.: 1:24-cv-00839**
**Joint Status Letter**

Your Honor:

The undersigned is counsel to Plaintiff Dr. Kamran Khodakhah ("Plaintiff") in the above-referenced matter. Pursuant to Your Honor's April 1, 2026 Order (ECF # 128), Plaintiff, on behalf of all parties, writes to advise the Court of the current status of discovery and settlement discussions in this matter.

As set forth in the Parties' August 31, 2026 joint letter (ECF 146), the parties participated in a court ordered mediation session on August 12, 2026. The parties were unable to reach a resolution at meditation but continue to work with the mediator to continue negotiations in their continued effort to reach an amicable resolution in this matter. As ordered by the Court (ECF 147), the parties shall file a status report on the parties' settlement discussions on or before September 14, 2026.

With respect to the status of discovery, Defendants served a second set of requests for admission on August 2, 2026. Plaintiff shall timely serve responses thereto on September 1, 2026. Furthermore, pursuant to the Court's August 28, 2026 Order (ECF 145), the parties are scheduled to and shall complete the depositions of Eric Prusan and Dr. Edward Burns on September 9th and 10th, respectively. Furthermore, due to a scheduling conflict, the parties agreed to adjourn and hold Plaintiff's deposition on September 3, 2026, and are prepared to move forward with Plaintiff's deposition on that date.

On September 1, 2026, Plaintiff filed a letter motion requesting an informal conference with the Court regarding an ongoing and unresolved dispute related to the subpoenaed deposition of Dr. Gordon Tomaselli (ECF 149). Dr. Tomaselli's counsel has been served a copy of Plaintiff's letter motion and appended exhibits via email on September 1, 2026.

Counsel remain available should Your Honor have any questions or concerns. Thank you.

**Very truly yours,**

**NESENOFF & MILTENBERG, LLP**

**By:** s/ Gabrielle Vinci

**Andrew T. Miltenberg, Esq.**
**Stuart Bernstein, Esq.**
**Gabrielle M. Vinci, Esq.**

CC: All Counsel (Via Email)