UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMRAN KHODAKHAH,

Plaintiff,

-against-

MONTEFIORE HEALTH SYSTEM, INC.,

Defendants.

24-CV-839 (LAK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is a request for a discovery conference (ECF 149). The Court is surprised Plaintiff waited this long to seek a deposition of Dr. Tomaselli. The Court is even more surprised that Plaintiff did not ask Defendants to mention this dispute in Defendants' motion for an extension of the deadline for filing dispositive and Daubert motions (ECF 148). There is currently no pending motion involving non-party Dr. Tomaselli, and so he is not presently before the Court. Nevertheless, the Court will hold a conference on **September 4, 2026 at 3:30 PM.**

Plaintiff is directed to provide Dr. Tomaselli's counsel with a copy of this Order by email and to file proof of such service on the docket; Dr. Tomaselli's counsel is requested to attend the conference. Plaintiff and counsel for Dr. Tomaselli (if present) should be prepared to discuss Plaintiff's letter at ECF 149. Counsel are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 319 860 94#.**

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

DATED: September 1, 2026
New York, New York