**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

KAMRAN KHODAKHAH,

Plaintiff,

-vs-

MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., ALBERT EINSTEIN COLLEGE OF MEDICINE, GORDAN TOMASELLI, PABLO CASTILLO, BRYEN JORDAN, and JOHN-JANE DOES 1-10,

Defendants.

X

---------------------------------------------------------------

No.: 1:24-cv-00839- LAK-RFT

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2026, I served a copy of Honorable Magistrate Judge Tarnofsky's September 1, 2026 Order (ECF 152) via e-mail to the following counsel for non-party witness Dr. Gordon Tomaselli:

**Sara Luz Estela**
**Sestela@ecbawm.com**

**Debbie Greenberger**
**dgreenberger@ecbawm.com**

**Andrew Celli**
**acelli@ecbawm.com**

*/s/ Gabrielle Vinci*
Gabrielle Vinci, Esq.

Encs.

| | |
|---|---|
| **From:** | Gabrielle Vinci |
| **To:** | Sara Estela |
| **Cc:** | Debbie Greenberger; Andrew G. Celli |
| **Subject:** | RE: Activity in Case 1:24-cv-00839-LAK-RFT Khodakhah v. Montefiore Health System, Inc. et al Order |
| **Date:** | Tuesday, September 1, 2026 4:38:00 PM |
| **Attachments:** | 152 - Order Setting Conference re- Tomaselli deposition and letter motion for conference.pdf<br>152 - Order Setting Conference re- Tomaselli deposition and letter motion for conference(2).pdf |

Please see attached for a corrected copy of the Order.

**From:** Gabrielle Vinci <GVinci@nmllplaw.com>
**Sent:** Tuesday, September 1, 2026 4:34 PM
**To:** Sara Estela <sestela@ecbawm.com>
**Cc:** Debbie Greenberger <dgreenberger@ecbawm.com>; Andrew G. Celli <acelli@ecbawm.com>
**Subject:** FW: Activity in Case 1:24-cv-00839-LAK-RFT Khodakhah v. Montefiore Health System, Inc. et al Order

Good afternoon, Sara,

Below and attached please find a copy of Magistrate Judge Tarnofsky's order regarding our letter motion for a conference. Judge Tarnofsky has set a telephonic conference to discuss our letter and the discovery dispute regarding Dr. Tomaselli's deposition for September 4, 2026 at 3:30pm. The dial in information is contained in the order itself.

Thank you,
Gabrielle

NESENOFF & MILTENBERG
New York | Boston

**Gabrielle Vinci, Partner**
363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
212.736.4500 • 212.736.2260 fax
Vcard • nmllplaw.com

Chambers RANKED IN USA 2026 Nesenoff & Miltenberg, LLP

Chambers SPOTLIGHT NY 2026 Nesenoff & Miltenberg, LLP

Chambers SPOTLIGHT MA 2026 Nesenoff & Miltenberg, LLP

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Tuesday, September 1, 2026 4:22 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:24-cv-00839-LAK-RFT Khodakhah v. Montefiore Health System, Inc. et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.**

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 9/1/2026 at 4:22 PM EDT and filed on 9/1/2026

**Case Name:** Khodakhah v. Montefiore Health System, Inc. et al
**Case Number:** 1:24-cv-00839-LAK-RFT
**Filer:**
**Document Number:** 152

**Docket Text:**
**ORDER: Pending before the Court is a request for a discovery conference (ECF 149). The Court is surprised Plaintiff waited this long to seek a deposition of Dr. Tomaselli. The Court is even more surprised that Plaintiff did not ask Defendants to mention this dispute in Defendants' motion for an extension of the deadline for filing dispositive and Daubert motions (ECF 148). There is currently no pending motion involving non-party Dr. Tomaselli, and so he is not presently before the Court. Nevertheless, the Court will hold a conference on September 4, 2026 at 3:30 PM. Plaintiff is directed to provide Dr. Tomaselli's**

**counsel with a copy of this Order by email and to file proof of such service on the docket; Dr. Tomaselli's counsel is requested to attend the conference. Plaintiff and counsel for Dr. Tomaselli (if present) should be prepared to discuss Plaintiffs letter at ECF 149. Counsel are directed to call my conference line at the scheduled time by dialing (646) 453-4442, Access Code: 319 860 94#. SO ORDERED. (Telephone Conference set for 9/4/2026 at 03:30 PM before Magistrate Judge Robyn F. Tarnofsky.) (Signed by Magistrate Judge Robyn F. Tarnofsky on 9/1/2026) (jca)**

**1:24-cv-00839-LAK-RFT Notice has been electronically mailed to:**

Roberta Ann Kaplan rkaplan@kaplanmartin.com, docketing@kaplanmartin.com, mcrema@kaplanmartin.com

Andrew Todd Miltenberg amiltenberg@nmllplaw.com, blever@nmllplaw.com, jjampolsky@nmllplaw.com, lcannon@nmllplaw.com, mbehrens@nmllplaw.com

Andrew G. Celli acelli@ecbawm.com, aboham@ecbawm.com, docketing@ecbawm.com, eshaffer@ecbawm.com

Stuart Bernstein sbernstein@nmllplaw.com, blever@nmllplaw.com, brosenberg@nmllplaw.com, jjampolsky@nmllplaw.com, lcannon@nmllplaw.com, mbehrens@nmllplaw.com

Gabrielle Tenzer gtenzer@heckerfink.com, docketing@heckerfink.com, mcallaway@heckerfink.com

Debra Lea Greenberger dgreenberger@ecbawm.com, docketing@ecbawm.com, mvelez@ecbawm.com

Christopher Kendrick Connolly cconnolly@kaplanmartin.com, CaseView.ECF@usdoj.gov, usanys.ecf@usdoj.gov

Gabrielle Vinci gvinci@nmllplaw.com, blever@nmllplaw.com, jjampolsky@nmllplaw.com, lcannon@nmllplaw.com, mbehrens@nmllplaw.com

Sara Luz Estela sestela@ecbawm.com, docketing@ecbawm.com, pperez@ecbawm.com

Anna Collins Peterson apeterson@heckerfink.com

**1:24-cv-00839-LAK-RFT Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=9/1/2026] [FileNumber=35334531-0
] [2ce9ce644df711d236968293c07a31f9783330cceaef2dd3d1106a6cde106b6a8f7
773a7adb035b1d6a8309e425379d6af0cdc2807a880f65db5a0f0d2f2e378]]

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:24-cv-00839-LAK-RFT Khodakhah v. Montefiore Health System, Inc. et al Order
**Date:** Tuesday, September 1, 2026 4:24:59 PM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.**

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 9/1/2026 at 4:22 PM EDT and filed on 9/1/2026
**Case Name:** Khodakhah v. Montefiore Health System, Inc. et al
**Case Number:** 1:24-cv-00839-LAK-RFT
**Filer:**
**Document Number:** 152

**Docket Text:**
**ORDER: Pending before the Court is a request for a discovery conference (ECF 149). The Court is surprised Plaintiff waited this long to seek a deposition of Dr. Tomaselli. The Court is even more surprised that Plaintiff did not ask Defendants to mention this dispute in Defendants' motion for an extension of the deadline for filing dispositive and Daubert motions (ECF 148). There is currently no pending motion involving non-party Dr. Tomaselli, and so he is not presently before the Court. Nevertheless, the Court will hold a conference on September 4, 2026 at 3:30 PM. Plaintiff is directed to provide Dr. Tomaselli's counsel with a copy of this Order by email and to file proof of such service on the docket; Dr. Tomaselli's counsel is requested to attend the conference. Plaintiff and counsel for Dr. Tomaselli (if present) should be prepared to discuss Plaintiffs letter at ECF 149. Counsel are directed to call my conference line at the scheduled time by dialing (646) 453-4442, Access Code: 319 860 94#. SO ORDERED. (Telephone Conference set for 9/4/2026 at 03:30 PM before Magistrate Judge Robyn F. Tarnofsky.) (Signed by Magistrate Judge Robyn F. Tarnofsky on 9/1/2026) (jca)**

**1:24-cv-00839-LAK-RFT Notice has been electronically mailed to:**

Roberta Ann Kaplan rkaplan@kaplanmartin.com, docketing@kaplanmartin.com, mcrema@kaplanmartin.com

Andrew Todd Miltenberg amiltenberg@nmllplaw.com, blever@nmllplaw.com, jjampolsky@nmllplaw.com, lcannon@nmllplaw.com, mbehrens@nmllplaw.com

Andrew G. Celli acelli@ecbawm.com, aboham@ecbawm.com, docketing@ecbawm.com,

eshaffer@ecbawm.com

Stuart Bernstein sbernstein@nmllplaw.com, blever@nmllplaw.com, brosenberg@nmllplaw.com, jjampolsky@nmllplaw.com, lcannon@nmllplaw.com, mbehrens@nmllplaw.com

Gabrielle Tenzer gtenzer@heckerfink.com, docketing@heckerfink.com, mcallaway@heckerfink.com

Debra Lea Greenberger dgreenberger@ecbawm.com, docketing@ecbawm.com, mvelez@ecbawm.com

Christopher Kendrick Connolly cconnolly@kaplanmartin.com, CaseView.ECF@usdoj.gov, usanys.ecf@usdoj.gov

Gabrielle Vinci gvinci@nmllplaw.com, blever@nmllplaw.com, jjampolsky@nmllplaw.com, lcannon@nmllplaw.com, mbehrens@nmllplaw.com

Sara Luz Estela sestela@ecbawm.com, docketing@ecbawm.com, pperez@ecbawm.com

Anna Collins Peterson apeterson@heckerfink.com

**1:24-cv-00839-LAK-RFT Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=9/1/2026] [FileNumber=35334531-0
] [2ce9ce644df711d236968293c07a31f9783330cceaef2dd3d1106a6cde106b6a8f7
773a7adb035b1d6a8309e425379d6af0cdc2807a880f65db5a0f0d2f2e378]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMRAN KHODAKHAH,

Plaintiff,

-against-

MONTEFIORE HEALTH SYSTEM, INC.,

Defendants.

24-CV-839 (LAK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is a request for a discovery conference (ECF 149). The Court is surprised Plaintiff waited this long to seek a deposition of Dr. Tomaselli. The Court is even more surprised that Plaintiff did not ask Defendants to mention this dispute in Defendants' motion for an extension of the deadline for filing dispositive and Daubert motions (ECF 148). There is currently no pending motion involving non-party Dr. Tomaselli, and so he is not presently before the Court. Nevertheless, the Court will hold a conference on **September 4, 2026 at 3:30 PM.**

Plaintiff is directed to provide Dr. Tomaselli's counsel with a copy of this Order by email and to file proof of such service on the docket; Dr. Tomaselli's counsel is requested to attend the conference. Plaintiff and counsel for Dr. Tomaselli (if present) should be prepared to discuss Plaintiff's letter at ECF 149. Counsel are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 319 860 94#.**

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

DATED: September 1, 2026
New York, New York