**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAMRAN KHODAKHAH, *Plaintiff*, v. MONTEFIORE HEALTH SYSTEM, INC., et al., *Defendants*. | No. 24 Civ. 839 (LAK) (RFT) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Christopher R. Le Coney, a member of this Court in good standing, respectfully requests that the Clerk of the Court enter his appearance on behalf of Defendants Montefiore Medicine Academic Health System, Inc., and Albert Einstein College of Medicine in the above-captioned action.

Dated: September 4, 2026
New York, New York

Respectfully submitted,

*/s/ Christopher R. Le Coney*
Christopher R. Le Coney
KAPLAN MARTIN LLP
1133 Avenue of the Americas
New York, New York 10036
Tel.: (212) 316-9500
cleconey@kaplanmartin.com

*Counsel for Defendants Montefiore Medicine Academic Health System, Inc., and Albert Einstein College of Medicine*