UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMRAN KHODAKHAH,<br>*Plaintiff*,<br>v.<br>MONTEFIORE HEALTH SYSTEM, INC., et al.,<br>*Defendants*. | No. 24 Civ. 839 (LAK) (RFT) |

**MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that I, Christopher K. Connolly, hereby move this Court, pursuant to Local Civil Rule 1.4, to withdraw as counsel for Defendants Montefiore Medicine Academic Health System, Inc., and Albert Einstein College of Medicine. I further request that the Clerk of the Court remove my name from the ECF filing notification list for this matter.

In support of this motion, I state as follows:

1. After September 4, 2026, I will no longer be affiliated with Kaplan Martin LLP.

2. Kaplan Martin LLP will continue to represent Defendants Montefiore Medicine Academic Health System, Inc., and Albert Einstein College of Medicine and will continue as attorneys of record for them after my withdrawal.

3. My withdrawal will not affect any current deadlines or cause any delay in this action.

4. I am not asserting a retaining or charging lien.

5. A copy of this motion has been served on Defendants Montefiore Medicine Academic Health System, Inc., and Albert Einstein College of Medicine by email and on all counsel of record via the Court's CM/ECF system.

Application GRANTED. The Clerk of Court is respectfully requested to terminate Christopher K. Connolly as counsel for Defendants Montefiore Medicine Academic Health System, Inc. and Albert Einstein College of Medicine. The Clerk of Court is respectfully requested to terminate ECF 156.

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Dated: September 4, 2026
New York, NY

Dated: September 4, 2026
New York, New York

Respectfully submitted,

*/s/ Christopher K. Connolly*
Christopher K. Connolly
KAPLAN MARTIN LLP
1133 Avenue of the Americas | Suite 1500
New York, New York 10036
Telephone: (212) 316-9500
cconnolly@kaplanmartin.com

*Counsel for Defendants Montefiore Medicine Academic Health System, Inc., and Albert Einstein College of Medicine*

**CERTIFICATE OF SERVICE**

I, Christopher K. Connolly, hereby certify that the foregoing Motion to Withdraw as Counsel was served on Defendants Montefiore Medicine Academic Health System, Inc., and Albert Einstein College of Medicine by email and on all counsel of record via this Court's CM/ECF system on September 4, 2026.

*/s/ Christopher K. Connolly*
Christopher K. Connolly