UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMRAN KHODAKHAH,

Plaintiff,

-against-

MONTEFIORE HEALTH SYSTEM, INC.,

Defendants.

24-CV-839 (LAK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on September 4, 2024:

1. By **September 8, 2026**, Plaintiff shall serve a deposition subpoena on Dr. Tomaselli. The deposition shall not last more than 3 hours on the record and shall take place remotely.
2. By **September 10, 2024**, counsel for Dr. Tomaselli shall file a letter on the docket confirming the date and time for Dr. Tomaselli's remote deposition; the deposition shall take place on or before **September 23, 2026**, and if possible, on or before **September 18, 2026**. The deadline for completing discovery is extended until **September 23, 2026**, solely for purposes of completing Dr. Tomaselli's deposition.
3. Once Dr. Tomaselli's counsel has confirmed the date and time of the deposition, I expect to issue a revised briefing schedule for Defendant's anticipated dispositive motion(s). The deadline for the parties to file their proposed joint pretrial order will remain **October 1, 2026**.

Dated: September 4, 2026
New York, New York

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE