EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
VASUDHA TALLA
EARL S. WARD
O. ANDREW F. WILSON

DANIEL M. EISENBERG

CLAIRE Z. ABBADI
ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
ALBERT HUBER*
LAURA S. KOKOTAILO
HAFSA S. MANSOOR
SANA MAYAT
ADAM NASSER
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

September 10, 2026

***By ECF***

Hon. Robyn F. Tarnofsky
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 9B
New York, NY 10007-1312

*Re:* *Khodakhah v. Albert Einstein College of Medicine et. al.*, 24 Civ. 839 (LAK)(RFT)

Dear Judge Tarnofsky:

We are writing on behalf of Dr. Gordon Tomaselli, in accordance with the Court's September 4, 2026 Order, ECF No. 158, to advise the Court that Dr. Gordon Tomaselli's remote, three-hour deposition has been scheduled for September 21, 2026 to begin at 5 p.m. Counsel did endeavor to schedule the deposition on or before September 18, 2026 as directed but it was not possible given various scheduling conflicts.

We thank the Court for its assistance in resolving these issues.

Respectfully submitted,

/s
Sara Luz Estela

c. All counsel of record, *by ECF*

* Albert Huber: admitted only in Florida.