September 14, 2026

**VIA ECF**

Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

*Re:* *Khodakhah v. Montefiore Medicine Academic Health System, Inc., et al.*, No. 24 Civ. 839 (LAK) (RFT)

Dear Judge Tarnofsky:

We write on behalf of the parties in the above-captioned action to provide an update on the status of the parties' settlement discussions, pursuant to the Court's August 31, 2026 Order. *See* ECF 147.

As the Court is aware, the parties participated in a mediation with the Court-appointed mediator on August 12, 2026. The parties were not able to reach a resolution at that time. However, counsel for both parties have had additional conversations with the mediator, including since the parties' August 31, 2026 letter to the Court, ECF 146, as part of the parties' continued effort to reach a resolution in this matter.

Counsel are available should Your Honor have any questions or requests for further information.

Respectfully submitted,

Gabrielle E. Tenzer
Anna Collins Peterson
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
gtenzer@heckerfink.com
apeterson@heckerfink.com

Roberta A. Kaplan
Christopher R. Le Coney
KAPLAN MARTIN LLP
1133 Avenue of the Americas, Suite 1500
New York, NY 10036
Tel: (212) 316-9500
rkaplan@kaplanmartin.com
cleconey@kaplanmartin.com

*Counsel for Defendants Montefiore Medicine Academic Health System, Inc. and Albert Einstein College of Medicine*

*/s/ Stuart Bernstein*
Stuart Bernstein
Andrew T. Miltenberg
Gabrielle Vinci
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Tel: (212) 736-4500
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
gvinci@nmllplaw.com

*Counsel for Plaintiff Kamran Khodakhah*