Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

gtenzer@heckerfink.com

September 14, 2026

**VIA ECF**

Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

*Re:* *Khodakhah v. Montefiore Medicine Academic Health System, Inc., et al.*, No. 24 Civ. 839 (LAK) (RFT)

Dear Judge Tarnofsky:

We write on behalf of Defendants in the above-captioned action, in light of the recent scheduling of Dr. Gordon Tomaselli's deposition to take place on September 21, 2026, *see* ECF 159, to request a short extension of the briefing deadlines for dispositive and *Daubert* motions. Plaintiff consents to this request. This is the parties' second request for an extension of these deadlines.

Pursuant to the Court's September 1, 2026 Order, ECF 150, dispositive and *Daubert* motions are currently due September 18, 2026; oppositions are due October 2, 2026; and replies are due October 9, 2026. Following a conference on September 4, 2026, the Court ordered the deposition of Dr. Tomaselli to occur on or before September 23, 2026, and expressed the expectation that the Court would "issue a revised briefing schedule for Defendant's anticipated dispositive motion(s)" "[o]nce Dr. Tomaselli's counsel has confirmed the date and time of the deposition." ECF 158. Counsel for Dr. Tomaselli has since notified the Court that the deposition is scheduled to proceed on September 21, 2026, beginning at 5PM. *See* ECF 159.

Given that Dr. Tomaselli's deposition is to take place after the currently scheduled deadline for filing dispositive and *Daubert* motions, Defendants respectfully request that the briefing schedule for those motions be revised as set out below, which revised schedule provides Defendants with two fewer business days following the final deposition in the case to file any motions, and the same number of business days for filing opposition and reply briefs:

- Dispositive and *Daubert* motions to be filed no later than September 25, 2026;
- Opposition briefs to be filed no later than October 9, 2026; and
- Reply briefs to be filed no later than October 19, 2026, in light of the federal holiday on October 12, 2026.

Respectfully submitted,

Gabrielle E. Tenzer

Application GRANTED. Dispositive and *Daubert* motions shall be filed by **September 25, 2026**, opposition briefs shall be filed by **October 9, 2026**, and reply briefs shall be filed by **October 19, 2026.** The Clerk of Court is respectfully requested to terminate ECF 161.

Dated: September 15, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE