UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMRAN KHODAKHAH,

Plaintiff,

-against-

MONTEFIORE HEALTH SYSTEM, INC.,

Defendants.

24-CV-839 (LAK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Motions in limine are due at the same time as the joint pretrial order on **October 1, 2026**. Oppositions to any motions in limine shall be filed by **October 21, 2026**, and replies in further support shall be due by **October 28, 2026**.

DATED: September 25, 2026
New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge