**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAMRAN KHODAKHAH,<br><br>*Plaintiff*,<br><br>v.<br><br>MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., et al.,<br><br>*Defendants*. | No. 1:24-cv-00839-LAK-RFT |

**NOTICE OF DEFENDANTS MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., AND ALBERT EINSTEIN COLLEGE OF MEDICINE'S MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants Montefiore Medicine Academic Health System, Inc., and Albert Einstein College of Medicine's (together, "Defendants'") Motion for Summary Judgment, the Declaration of Gabrielle E. Tenzer in Support of Defendants' Motion for Summary Judgment and the exhibits attached thereto, and the Rule 56.1 Statement of Undisputed Material Facts in Support of Defendants' Motion for Summary Judgment, Defendants, by and through their counsel, will move this Court, before the Honorable Robyn F. Tarnofsky, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting judgment to Defendants, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: September 25, 2026

By: ______________________________

Gabrielle E. Tenzer
Anna Collins Peterson
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
gtenzer@heckerfink.com
apeterson@heckerfink.com

Roberta A. Kaplan
Christopher R. Le Coney
Tasha N. Thompson
KAPLAN MARTIN LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 316-9500
rkaplan@kaplanmartin.com
cleconey@kaplanmartin.com
tthompson@kaplanmartin.com

*Counsel for Defendants Montefiore Medicine Academic Health System, Inc., and Albert Einstein College of Medicine*