**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KAMRAN KHODAKHAH,

*Plaintiff*,

v.

MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., ALBERT EINSTEIN COLLEGE OF MEDICINE,

*Defendants*.

No. 24 Civ. 839 (LAK) (RFT)

**NOTICE OF DEFENDANTS MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC. AND ALBERT EINSTEIN COLLEGE OF MEDICINE'S MOTION TO PRECLUDE PLAINTIFF'S PROFFERED EXPERT TESTIMONY OF DR. MARC JANOSON**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Preclude Plaintiff's Proffered Expert Testimony of Dr. Marc Janoson, the Declaration of Tasha N. Thompson and the exhibits attached thereto, Defendants Montefiore Medicine Academic Health System, Inc. ("Montefiore") and Albert Einstein College of Medicine ("Einstein") (together, "Defendants"), by and through their counsel, will move this Court, before the Honorable Robyn F. Tarnofsky, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rules 403 and 702 of the Federal Rules of Evidence and Rules 26(a)(2)(B) and 37(c)(1) of the Federal Rules of Civil Procedure precluding Plaintiff Kamran Khodakhah ("Plaintiff") from offering the proffered expert testimony and report of Dr. Marc Janoson in their entirety.

Dated: September 25, 2026
New York, New York

By: ______________________________

Roberta A. Kaplan
Christopher R. Le Coney
Tasha N. Thompson
KAPLAN MARTIN LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 316-9500
rkaplan@kaplanmartin.com
cleconey@kaplanmartin.com
tthompson@kaplanmartin.com

Gabrielle E. Tenzer
Anna Collins Peterson
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
gtenzer@heckerfink.com
apeterson@heckerfink.com

*Counsel for Defendants Montefiore Medicine Academic Health System, Inc. and Albert Einstein College of Medicine*