Y. RAMIREZ

any student at Einstein raise concerns that the allegations against Dr. Khodakhah were false?

A. No, not -- not to me, no.

Q. Do you know of such concerns being raised to anybody else?

A. No.

Q. Okay.

A. Except the investigator, I -- and I don't have -- I'm not privy to what people said to the investigator.

Q. Okay. Did you see a copy of Mr. Prusan's report after his investigation?

A. I saw a copy of the summary of his investigation. Not a detailed copy of the investigation.

(Whereupon, an Investigative Summary was marked as Exhibit 11 for identification as of this date by the reporter.)

CONTINUED EXAMINATION BY COUNSELOR VINCI:

Q. Ms. Ramirez, you've been handed



Y. RAMIREZ

what has been marked as Plaintiff's Exhibit 11. Please take your time, as much or as little as you need, to review and let me know when you're ready to proceed.

A. I recognize the report.

Q. Okay. Is this the summary report you just stated that you had seen from Mr. Prusan following his investigation?

A. Correct.

Q. When did you first see this report?

A. After July 4th of 2022 when he issued it.

Q. Do you recall, more specifically, other than after the date that it is dated?

A. I know it was after he had completed it. He did not do a draft for us. He wrote a final report.

Q. You had started to say you had saw the summary report, but not a detailed report?

A. Which was our agreement, he



Y. RAMIREZ

would not report on what was said to him directly or attribute that to any individual.

Q. So I guess that's -- that leads to my question. Are you aware of any other, just looking for yes or no, are you aware of any other report generated by Dr. Prusan regarding -- Mr. Prusan regarding his investigation other than the summary report that is Exhibit 11?

A. No, I'm not aware.

Q. Other than with counsel, did you discuss Mr. Prusan's report with anyone at Einstein?

A. I discussed it with counsel.

Q. Other than with counsel?

A. Dr. Burns. Probably Dr. Tomaselli at that point, but no one else.

Q. Okay. What did you and Dr. Burns discuss with respect to Mr. Prusan's report?

COUNSELOR TENZER: To be clear, if those conversations involved counsel, they would be privileged.



Y. RAMIREZ

THE WITNESS: They did.

CONTINUED EXAMINATION BY COUNSELOR VINCI:

Q. Okay. Did the conversations you had with Dr. Tomaselli involve counsel?

A. Yes.

Q. Okay. The summary report, if you'll agree with me, does not make any recommendations or suggestions for action against Dr. Khodakhah one way or the other, whether to take action or not; is that right?

A. Right. We didn't ask him to make recommendations.

Q. As a result of the investigation, though, Dr. Khodakhah was fired as chair of the department, correct?

A. I guess you would say that, yes.

Q. Who made the determination that that was the appropriate sanction following the investigation?

A. I think Dr. Tomaselli is the only one who can make that determination.

CONFIDENTIAL



Y. RAMIREZ

Q. Did you, again, outside of the presence or discussion with counsel, did you discuss potential sanctions against Dr. Khodakhah with Dr. Tomaselli before they were administered or issued?

A. I'm sure we did have discussions about the range of sanctions with Dr. Tomaselli, Dr. Burns and counsel.

Q. Okay. Again, only regarding discussions outside of counsel, was there any disagreement as to the appropriate action to take against Dr. Khodakhah following the investigation?

A. Did I disagree? Is that what you're asking me? Because I cannot speak for anyone else.

Q. Sure. Did you disagree?

A. I did not disagree.

Q. Do you know if Dr. Burns raised any disagreement to the decision to the actions taken against Dr. Khodakhah?

A. I don't recall.

COUNSELOR TENZER: Why don't we take a five-minute break? I think we



Y. RAMIREZ

might be able to wrap up.

(Whereupon, a brief recess was taken.)

CONTINUED EXAMINATION BY COUNSELOR VINCI:

Q. Welcome back, Ms. Ramirez. We just took a short break. I'll remind you that we are -- you are still under oath, okay?

A. Yes.

COUNSELOR VINCI: I'm going to have this marked please.

(Whereupon, Handwritten Notes were marked as Exhibit 12 for identification as of this date by the reporter.)

CONTINUED EXAMINATION BY COUNSELOR VINCI:

Q. Ms. Ramirez, you've just been handed what's been marked for identification as Exhibit 12. Please review the document. Let me know when you're ready. My first question will be do you recognize it?



Y. RAMIREZ

A. That's my handwriting and they are notes.

Q. Okay. Are these notes on a -- regarding a Zoom meeting or a call you had with [redacted]

A. Could have been Zoom. It was definitely a conversation.

Q. Okay. So I'll note at the top it says 8/16/22 --

A. Okay. There you go.

Q. Is this the -- what you testified before was the phone call with [redacted]

A. Yes.

Q. Okay. So going through your notes here and please let me know if I get anything wrong, you write "Concerned about being contacted by Bryen Jordan." What did [redacted] hare with you regarding her concerns about being contacted by Dr. Jordan?

A. I wish I took better notes. I'm not really sure when that happened, but she did report that she had been contacted



Y. RAMIREZ

by Dr. Jordan. She did report that she provided examples of inappropriate comments. She didn't want those examples included anywhere in -- in the report that I believed her to mean the report that Dr. -- Mr. Prusan was -- was preparing and, in fact, it's these notes that I shared with -- this note that I shared with Mr. Prusan to ask him to make sure that we honored her request to remove her name.

Q. But at this point, had you already seen Mr. Prusan's summary report?

A. Yeah. The date would have been consistent with my seeing the report in early July and she called me in mid-August.

Q. Okay. The next sort of bullet point down reads "hearsay - touch a woman's knee." Do you see that?

A. She had reported that she had heard that Dr. Khodakhah had touched a woman's knee.

Q. Did she use the word hearsay or is that a notation that you made or interpretation that you made yourself?

CONFIDENTIAL

Page 166

Y. RAMIREZ

A. She didn't say hearsay, I wrote that.

Q. Okay. If you look at the second page of your notes, appears to say "Bryen included comments in survey without [redacted] urvey." Did you mean without [redacted] onsent?

A. It was an anonymous survey, but I would expect that that's what she meant or what I meant when I wrote it down.

Q. Okay. During the investigation, did you become aware of students bringing their concerns about their safety around Dr. Khodakhah to either Dr. Jordan or Dr. Akabas?

A. No. I was not aware of students bringing concern from Dr. Jordan. I -- I don't think I had that conversation with Miles, Dr. Akabas at all with regard to the investigation.

Q. Did Dr. Khodakhah ever report to you that students were being told they were not safe to be around him?

A. No, not -- I don't think he

Page 167

Y. RAMIREZ

said anything like that to me. We had a few conversations during the period of the investigation. He did ask me at one point should he -- not so much should he be concerned, but, you know, he was concerned that he was being betrayed or portrayed, sorry, as someone who wasn't a good person, right? That he was, I mean, you know, I -- that he was concerned that he was being portrayed also as someone who had committed some sort of crime. I want to say he used the word rapist, but I may be mistaken about that. I'm not sure. I would not have written those. I don't think I'd write those conversations down.

Q. When did Dr. Khodakhah bring these concerns to you?

A. I think he contacted me at least -- at least twice. Twice. I don't recall any further contact from Dr. Khodakhah.

Q. And what, if anything, was your response to his concerns?

A. I, you know, I noted his

Page 168

Y. RAMIREZ

concern. I tried to say, you know, there's an investigation that's going on, he would have a chance -- I believe he had a chance to speak with Mr. Prusan directly.

Q. Did you ever take any steps to address the students in the Department of Neuroscience regarding safety to be around Dr. Khodakhah?

COUNSELOR TENZER: Objection. You can answer.

A. Dr. Kohn and I had a meeting with his lab late summer.

Q. What about prior to the late summer, so in the spring of 2022, did you have any or take any steps to address Dr. Khodakhah's concerns that he was being portrayed as an unsafe or a bad person at Einstein?

A. I am not sure what you're asking me. Would I investigate that, is that what you're asking me?

Q. Sure.

A. No, I did not investigate that. I believe what I was hearing from

Page 169

Y. RAMIREZ

Dr. Khodakhah was -- was a sentiment that he had, you know, been injured in -- in -- in this way, right? That people were perhaps saying things that were not true. But again, there was an investigation going on. I listened. I listen. I will say, you know, for the record, Dr. Khodakhah and I had been good colleagues for a long time and so I listened.

Q. Do you still consider you and Dr. Khodakhah good colleagues?

A. I think that's a hard question to answer.

Q. Did your relationship change after the investigations were started?

A. Of course.

Q. Do you still find -- maybe it's not easy, but -- but possible to work professionally along Dr. Khodakhah?

A. To work with him?

Q. Yes.

A. I -- I think so.

COUNSELOR VINCI: I don't have any more questions for you. Your

CONFIDENTIAL



Y. RAMIREZ

counsel might. I can't cut you loose yet, but --

COUNSELOR TENZER: Do you mind giving us a few minutes?

COUNSELOR VINCI: Of course.

(Whereupon, a brief recess was taken.)

COUNSELOR TENZER: Thanks very much. We don't have any questions for the Witness, but would like to designate the transcript confidential, which I think is sort of automatic under the protective order and that one portion highly confidential and we'll be back in touch in terms of any designations.

COUNSELOR VINCI: Sure.

THE COURT REPORTER: Counselor, Tenzer, still the rough draft and is the e-mail for you good to send it to?

COUNSELOR TENZER: Yes. That's good.

(Whereupon, at 3:27 P.M., the



Y. RAMIREZ

Examination of this witness was concluded.)



Y. RAMIREZ

D E C L A R A T I O N

I hereby certify that having been first duly sworn to testify to the truth, I gave the above testimony.

I FURTHER CERTIFY that the foregoing transcript is a true and correct transcript of the testimony given by me at the time and place specified hereinbefore.

__________________________

YVONNE RAMIREZ

Subscribed and sworn to before me this _____ day of ________________ 20___.

__________________________

NOTARY PUBLIC



Y. RAMIREZ

E X H I B I T S

PLAINTIFF EXHIBITS:


| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | PAGE |
|---|---|---|
| Exh 1 | E-mail Exchange with Attachment | 35 |
| Exh 2 | E-mail Communication with Attachment | 53 |
| Exh 3 | E-mail Communication | 77 |
| Exh 4 | Title IX Policy | 87 |
| Exh 5 | E-mail Communication and Attachment | 97 |
| Exh 6 | E-mail Communication | 115 |
| Exh 7 | Letter | 126 |
| Exh 8 | E-mail | 128 |
| Exh 9 | E-mail Communication | 129 |
| Exh 10 | E-mail Communication with Attachment | 154 |


(Index continued on following page.)

CONFIDENTIAL



Y. RAMIREZ

PLAINTIFF EXHIBITS:


| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | PAGE |
|---|---|---|
| Exh 11 | Investigative Summary | 158 |
| Exh 12 | Handwritten Notes | 163 |


(Exhibits retained by court reporter.)

I N D E X


| EXAMINATION BY | PAGE |
|---|---|
| COUNSELOR VINCI | 4 |


INFORMATION AND/OR DOCUMENTS REQUESTED

INFORMATION AND/OR DOCUMENTS PAGE

(None)

QUESTIONS MARKED FOR RULINGS

PAGE LINE QUESTION

(None)



Y. RAMIREZ

C E R T I F I C A T E

STATE OF NEW YORK )
: SS.:
COUNTY OF RICHMOND )

I, AMANDA LARREA, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 26th day of August 2026.



_______________________
AMANDA LARREA



ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Khodakhah, Kamron v. Montefiore Medicine Academic Health System, Inc., Et Al.
DATE OF DEPOSITION: 8/25/2026
WITNESSES' NAME: Yvonne Ramirez

| PAGE | LINE (S) | CHANGE | REASON |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

_______________________
Yvonne Ramirez

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF __________, 20__.

_______________ _______________
(NOTARY PUBLIC) MY COMMISSION EXPIRES:

**&**

**&** 2:4 3:17

**0**

**00839** 1:6

**1**

**1** 3:17 34:15 35:8,14,16 36:24 40:19,24 43:5 54:10,20 81:13 87:8 90:21,23 93:4 108:23 173:8
**1-10** 1:9
**10** 154:12,19 173:20
**10001** 2:6
**10036** 1:23
**10118** 2:11
**10461** 4:21
**10:09** 1:12
**10th** 126:22 128:8 135:21
**11** 158:20 159:3 160:11 174:6
**115** 173:16
**12** 163:15,22 174:7
**126** 173:17
**128** 173:18
**129** 173:19
**12:01** 79:4 80:19
**12th** 155:22 156:5
**1300** 4:20
**132** 58:24
**154** 173:21
**158** 174:6
**15th** 131:14,17 132:7
**163** 174:7
**16th** 1:22
**18th** 88:14,17 139:6
**195** 78:14
**1:24** 1:6
**1st** 116:22

**2**

**2** 54:8 58:19,22 173:10
**20** 172:19 176:22
**200** 132:20
**2008** 22:17,17 22:19
**2010** 16:9
**2015** 22:23
**2016** 17:25 18:7
**2018** 18:11 19:12,22 20:18 26:16
**2021** 28:9 61:25 62:2 71:2
**2022** 24:14,20 24:21,23 25:11 25:15,21,23 30:7 31:14,18 31:18,20 32:8 32:10,10 34:7 37:18 63:22 65:13 66:5 68:21 69:3 70:23 71:2 72:22 74:16 79:4 81:14 83:21 84:21 85:24 88:14,17 95:4 101:14 102:14 103:7 103:13 116:22 130:15 131:14 131:17 132:7 133:12 139:6 146:3 156:5,21 157:8,12,24 159:14 168:15
**2026** 1:11 175:20
**20th** 88:14
**22** 38:13
**24464** 175:22
**24th** 72:22 74:16 94:8
**25** 1:11 12:17 21:16 156:21
**25th** 63:21 79:4
**26th** 175:20
**27th** 81:14 83:19,20 94:9 95:4
**2nd** 61:2,4 77:9 77:10 94:7 106:16,25 111:3,4,6,7,15 112:12 113:18 116:23

**3**

**3** 39:4 77:17,19 78:2 94:23 154:24 173:12
**30** 3:16
**35** 173:9
**350** 2:11
**363** 2:5
**3:27** 170:25
**3rd** 107:13

**4**

**4** 74:2 87:10,12 87:19 88:20 89:12 90:22 173:13 174:15
**439** 35:18
**4th** 159:14

**5**

**5** 97:20,23 98:5 98:17 100:20 109:3 173:14
**53** 173:11
**5th** 2:5

**6**

**6** 115:9,15 173:16
**63rd** 2:11

**7**

**7** 1:22 126:10 126:16 173:17
**77** 173:12
**7th** 2:5

**8**

**8** 90:10 128:22 129:4 173:18
**8/16/22** 164:10
**8/25/2026** 176:3
**87** 173:13
**88** 16:20,20
**8th** 130:15 133:11

**9**

**9** 129:23 130:6 131:21 133:3 137:11,15 173:19
**97** 173:15
**9:52** 116:22

**a**

**a.m.** 1:12 79:4
**ability** 11:3,6 106:2 113:23 113:23 114:8
**able** 8:7 11:13 46:24 116:2 138:8 152:7 163:2
**above** 172:6
**abruptly** 39:24
**absolutely** 86:15
**academic** 1:7 2:9 5:4,15 17:14 50:14 176:2
**accepted** 23:2
**access** 136:23
**accident** 12:23
**accounts** 82:24
**accurate** 130:25 131:2
**acknowledged** 50:8 108:16
**acquisition** 23:8
**act** 18:2 19:14 20:9,12 28:23
**acted** 54:21
**acting** 19:23
**action** 5:3 6:3 84:16 120:14 161:10,12 162:13 175:16
**actions** 162:22
**active** 70:2
**actively** 70:3,17
**activities** 27:18 30:23,24
**actual** 45:5
**actually** 45:23 80:18 84:12 105:6 122:15 124:3 131:21 148:15 151:12
**adam** 70:6
**added** 18:24 59:23 60:3 131:5
**addition** 59:14
**additional** 55:22,24 56:18 85:10 86:7 97:11,14 116:3 117:3 118:15 143:2
**additionally** 95:23
**address** 4:19 96:2 168:7,16
**administer** 3:11
**administered** 100:15 103:23 162:6
**administration** 46:10,17
**administrative** 62:20 63:11 65:24 95:9
**administrator** 61:15,21 62:16
**administrators** 61:10,14
**advice** 30:17,24 53:2 135:2,6,8 135:8
**advise** 137:14 139:13 152:9
**advised** 52:18 86:21 104:6 134:22 135:16 137:11
**advises** 155:23
**advising** 8:3 125:16
**advisor** 29:2
**advocate** 66:20
**aecom130** 58:23
**aecom132** 61:7
**aecom193** 78:13
**aecom398** 35:17
**aecom436** 56:9
**aecom438** 91:3

**agenda** 53:3
**ago** 12:15,17 16:19
**agree** 47:7 54:18,25 55:6 59:11 66:10 78:24 90:5 91:10 112:20 132:17 133:9 161:9
**agreed** 3:5,20 47:22 52:12 111:11 112:24
**agreement** 128:5 159:25
**ahead** 80:6 116:16,17 144:11,12
**akabas** 71:9,10 166:16,20
**al** 176:2
**albert** 1:8,17 2:10,17 5:5,16
**alcohol** 11:10
[redacted]
**allegation** 86:6 110:10 149:24 151:4 152:8
**allegations** 54:20 84:20 91:11 92:3 93:16 94:3 105:25 112:23 125:22 152:11 153:4 158:3
**alleged** 55:2
**allow** 9:11
**alpert** 119:12 120:21,22 121:9 122:8
**amanda** 1:23 61:17,19 175:7 175:23
**ambitious** 132:8,17
**anne** 68:25 69:13,15,24
**annual** 19:8 87:5
**anonymous** 81:23 82:3,12 82:17 83:10 166:9
**anonymously** 92:12 105:7
**answer** 7:6,8 7:10 9:20 10:14 13:16 20:2 26:9 48:5 50:6 51:23 52:5,19 73:20 76:3 83:17,19 101:6 106:4 114:11 115:4 136:22 147:23 150:4 151:19 151:21 168:11 169:14
**answered** 105:13
**answering** 9:18
**answers** 9:10
**anti** 108:16
**anybody** 43:23 46:24 109:10 118:2,4,8 158:7
**anyone's** 149:17
**apart** 67:20
**apologies** 102:9
**apologize** 25:19 35:14 47:12 53:11
**appear** 37:11 40:2 57:3 111:18,22,25
**appeared** 39:23
**appears** 41:4 78:18,20 90:6 130:14,21 154:23 166:5
**appellate** 26:6
**applied** 18:22
**appoint** 132:15
**appointed** 67:22 68:4,7 133:17,18
**appointment** 69:7,9 71:20 122:21 127:4
**appreciate** 9:10
**apprise** 134:4
**appropriate** 47:23 150:6,9 150:11,18,21 151:2 161:22 162:12
**april** 120:19 131:14,17 132:7 137:18 138:15,16 157:8,12
**arbitration** 7:2 8:15 11:24
**area** 23:10 30:12,14 31:5
**arose** 137:16
**arrested** 11:16
**aside** 52:18
**asked** 7:23 25:20 35:2 47:12 101:25 137:2,10 138:2 140:15,15 152:7
**asking** 8:5 14:23 35:19 52:22 93:10 121:23 162:16 168:21,22
**asks** 10:2
**assess** 38:20 84:3

**assessment** 40:4 74:6 83:22 93:15
**assigned** 18:23
**assignment** 18:20 144:9
**assist** 20:5,17
**assistance** 154:21
**assistant** 63:11 63:12
**assistants** 62:20
**assisted** 20:3,7 20:21 26:2
**associate** 34:6
**assume** 37:20 37:23 46:21 127:8 149:3
**assuming** 19:17
**assure** 146:17
**attached** 38:17 104:17
**attachment** 35:7 41:2 53:16 55:25 56:2,4 97:22 154:11 173:9 173:11,15,21
**attachments** 54:19
**attainable** 132:7
**attended** 67:25
**attention** 141:20 144:5
**attire** 93:9,11
**attorney** 8:2 34:18
**attorneys** 2:4,9 14:18,21,22
**attract** 65:21
**attribute** 160:3
**august** 1:11 145:2 148:25 156:20,21 165:16 175:20
**auspices** 72:3
**authority** 28:16 29:7
**authorized** 3:11
**automatic** 170:14
[redacted]
**available** 55:17 86:22
**avenue** 2:5,11 4:20
**aware** 48:7,10 49:4,7,10 50:9 50:17 51:19 60:20 64:19 73:18 86:17 101:15,18 102:6,12,16,17 102:19 103:12 103:24 104:4 118:25 121:18 125:4,25 126:4 126:5 136:7 141:23 148:5 151:2 153:10 153:16,19 160:6,8,12 166:13,17

**b**

**b** 173:2
**bachelor's** 16:18,22
**back** 5:13 9:25 15:7 29:16 35:3 39:12,16 39:18 54:4 64:7 83:18 87:7 90:20 96:25 101:24 124:17 138:3 151:19,21 163:7 170:16
**bad** 168:18
**based** 43:10 54:22 55:3 83:24 88:7 93:8 94:20 117:20 147:16
**baseless** 112:5
**basically** 5:23 143:4
**basis** 144:16
**bates** 35:17 36:14 39:10 56:8 58:23 61:7 78:13 89:20 91:3
**becoming** 25:25 26:3
**begging** 118:16
**beginning** 34:17 57:16 78:10
**behalf** 5:2 121:22,22
**behavioral** 120:23,24
**belief** 66:25 112:5 135:15 137:15
**believe** 24:21 25:20,22 29:25 32:19 33:14 45:8 49:20,23 57:17 59:9 61:15,20 62:7 63:17 66:19 71:13 77:8 80:24 81:17,20 88:22,25 89:14 92:11 101:4

102:3 104:6 105:23 106:8 106:14 127:21 128:2,4 134:13 138:11 139:3 146:7 150:15 151:16,25 168:4,25
**believed** 83:12 155:17,20 165:6
**believing** 110:9
**benefits** 22:6,8 23:11 72:16
**bennett** 70:13 70:20 71:3,8
**bennett's** 71:4
**best** 12:18 79:25 85:4 145:20
**betrayed** 167:7
**better** 132:23 164:23
**beyond** 83:8
**bit** 52:17
**blank** 40:2
**block** 40:4
**blood** 175:16
**bottom** 38:17 68:19 78:20 99:5 115:25 155:16
**bragging** 93:6
**breach** 143:15
**break** 7:16,23 10:10,15 53:21 54:5 96:19 97:2,6 124:11 162:25 163:8
**breaks** 10:12
**brief** 7:18 53:24 96:21 124:14 163:3 170:7
**briefly** 4:25
**bring** 30:14 147:2,5 167:17
**bringing** 166:14,18
**broke** 54:7
**bronx** 4:20 65:20,21
**brought** 5:3,14 10:21 147:4,6
**bryen** 1:8 42:9 42:25 68:7 69:17 99:19 103:18,18 146:22 164:19 166:6
**budget** 66:17
**bullet** 165:17
**burns** 38:10,12 44:2,3 47:19 47:20,22 49:22 50:10 51:2,7 52:3,8 60:10 60:24 74:4 75:16,17,21 76:6,20 78:9 78:19 79:14,23 80:3,18,24 94:10 96:6,15 97:8 98:24 105:10 106:6 106:16 110:25 111:16 112:17 113:18,19 114:3 116:8,9 116:11,25 119:3 120:10 120:13 121:15 124:19 125:6 128:2 133:3,16 151:14 160:18 160:21 162:9 162:20
**business** 4:18 16:13,15,23 134:11

**c**

**c** 2:2 172:2 175:2,2
**calendar** 60:18
**call** 66:14 71:25 79:18 145:18 146:11 147:3,7 148:17 148:20 157:3 164:5,13
**called** 4:9 157:2 165:16
**candidates** 65:21
**capacity** 28:23
**car** 12:23
**case** 5:22 6:10 6:17,18,22 7:13,23,25 8:8 8:10,11,14 10:22 12:10,10 12:12,19,22 13:6,10,18,22 14:2,16 34:20 45:5 93:2 123:13 176:2
**castillo** 1:8 68:10,13 71:17 71:18 103:14
**categories** 14:9
**caveat** 10:13
**center** 31:8
**ceo** 135:24
**certain** 90:16 93:11
**certainly** 8:5 13:19 28:25 30:13,16 35:19 51:12 52:22 53:9 56:17 68:7 108:12,14 122:25 141:15
**certification** 3:8 17:5,8

**certifications** 17:3
**certify** 172:4,8 175:9,14
**chair** 45:10 64:5 68:5 101:4,8 114:2 114:5,8 120:22 127:3,5,7,12 128:17 129:12 161:18
**chair's** 67:24
**chance** 98:16 115:17 168:4,4
**change** 46:24 47:8,11 89:15 169:15 176:5
**changes** 29:23 30:4 89:10
**changing** 150:16
**chapter** 35:20
**characteristics** 33:18 55:8
**characterize** 58:2
**check** 36:8,10 60:12,17 63:24 64:8,10,11 66:3 72:20,23 107:6,14 140:25 141:9 142:25 143:6 143:20
**checked** 36:10 39:24
**checking** 36:13
**chelsea** 63:9,10 63:22 65:25
**chief** 22:20,21 28:3 50:12
**chose** 62:5
**chosen** 133:22
**chro** 27:23 28:2
**circumstances** 6:2 90:17 127:23 150:9
**civil** 1:20 12:4
**claim** 92:2
**claims** 6:3
**clarity** 58:5 145:19
**class** 92:11
**classes** 70:17 70:20
**clear** 9:9,15 52:21 92:18 108:19 112:23 114:14 160:23
**cleared** 111:10 114:15
**clerical** 65:25
**close** 70:23 125:7 149:3
**closed** 95:11
**coaching** 17:10
**coerced** 147:11
**colleagues** 30:9 169:9,12
**college** 1:8,17 2:10,17 5:16 18:17 25:8,14 27:19 38:15 63:2 92:12 111:17,20,24 112:22 113:4 134:10
**college's** 18:3 126:24
**come** 18:12 34:2 118:22 119:6 140:12 141:6,18,19 144:4
**comfortable** 98:8 140:23
**coming** 66:16 119:3,13 125:23 142:7
**commence** 22:15
**commenced** 139:19
**comment** 149:17
**commentary** 103:25
**commenting** 93:9
**comments** 38:18 55:7 57:3 86:14,18 104:19 105:4 109:9 146:19 147:13,18,20 147:25 148:9 149:18 153:24 154:3 155:24 155:25 165:4 166:6
**commission** 176:25
**committed** 30:19 167:11
**committee** 31:10 41:14,15 42:3,13,19,20 42:23 45:9 67:18,21,23 68:5,11,14,15 101:5,9
**committees** 30:10
**communicated** 140:10
**communication** 33:19 53:16 77:19 97:22 99:18 115:9 129:23 154:11 173:10,12,14 173:16,19,20
**company** 133:23

**compensation** 21:25 22:3,5 23:10 66:21
**complainant** 82:7 86:4 139:25 140:23 142:13
**complaint** 31:15 82:8,17 85:6,14 88:8 111:21 137:21 137:23,24 140:3,5,7 141:16
**complaints** 23:19,24 26:13 31:24 32:4,7 50:17,21,24 82:12,24 83:9 95:18,18,23 111:18 113:22 141:25
**complete** 9:19 40:5 131:13,23
**completed** 159:20
**completeness** 39:22
**completion** 132:24
**compliance** 23:9
**computerized** 15:10
**concept** 45:3
**concern** 33:7 47:21,25 49:4 49:8,11 51:4,6 51:9,11,13,16 51:20 52:2 54:13 59:14,15 60:7 61:6 64:22 66:25 68:18 73:3,13 77:15 78:22 80:5,21 81:16 95:24 113:13 113:22 125:10 137:7 141:15 146:8,12,21,22 150:13 166:18 168:2
**concerned** 33:20 84:8,13 105:8 123:2,5 132:25 141:14 164:18 167:6,6 167:10
**concerning** 43:8,11
**concerns** 32:11 32:16,19,24 33:5,11,24 44:11 45:6 52:9 60:23 73:7 74:4,9,12 74:15 75:4,11 75:24 76:17,24 77:5,14 83:10 84:3 85:15 96:4 110:5,9 110:22 111:19 111:25 112:5 114:7 117:16 132:12 136:19 144:14 149:12 149:22 153:3 153:13 155:10 156:22 157:8 158:2,6 164:21 166:14 167:18 167:24 168:17
**concluded** 171:3
**conclusion** 54:17 149:10
**condeleri** 24:20
**conduct** 22:13 24:4,7 90:11 90:17 112:22 114:25 117:23 124:7 137:9 144:10
**conducted** 24:15 25:24 41:14 42:5 43:18 44:5 47:15 57:19,20 57:20 58:6 86:10 94:22 97:12 100:9 105:7 111:11 114:18 134:20 136:14 139:14 139:15 145:24
**conducting** 20:7 57:15 135:3
**confident** 83:21
**confidential** 1:14 7:11 8:15 34:18,25 39:8 40:9,17 52:7 53:12 56:16 84:7 125:17 144:10 170:13 170:16
**confidentiality** 8:4 52:21 53:5 53:5 105:11
**confidentially** 108:14
**confirm** 39:10 39:25 58:11 152:7,13
**confirming** 40:15
**confusing** 123:23,24
**connect** 138:9
**connection** 5:22 6:16 7:25
**consent** 146:24 166:8
**consider** 81:24 114:4 118:17

169:11
**consideration** 65:22
**considered** 117:22
**consistent** 165:15
**constitute** 90:12,17
**constitutes** 90:8
**consultation** 131:19
**contact** 81:10 137:5 138:4,6 138:12 140:16 140:24 143:2 145:21 146:5,7 149:10 156:4 167:21
**contacted** 118:15 119:17 122:21 144:18 144:25 148:18 149:19 164:19 164:21,25 167:19
**contacting** 149:21
**content** 52:9 84:10
**continue** 99:9 113:24 114:8
**continued** 5:11 7:20 14:6 35:10 36:20 40:21 54:2 56:10 58:25 77:22 78:15 85:2 87:15 91:4 96:23 98:2,13 102:10 115:12 124:23 126:12 128:25 130:2 143:17 145:16 151:23 152:18 154:15 158:23 161:3 163:5,18 173:23
**continuing** 90:10 130:13
**contributed** 66:11
**conversation** 5:10 79:6,9,12 79:14 80:17 99:2 100:21 108:6 121:5 132:15 134:8 153:22 155:14 156:8,15,15 157:21 164:8 166:19
**conversations** 76:4 157:23 160:24 161:5
167:3,16
**coordinator** 18:4,10,13 19:4,11,15,15 19:24 20:4 26:3 85:11,14
**coordinators** 19:19
**copied** 59:10 135:20
**copies** 41:4
**copy** 3:14,17 40:8,19 59:12 59:15 131:21 138:23 139:2 158:13,16,17
**correct** 17:18 29:12,20 33:2 57:7,21 59:20 59:24 79:6 82:18 83:6 84:22 88:15 90:13 99:17 106:16,17 116:8 129:16 131:8,9 134:2 139:21,22 150:19,20 154:7 159:11 161:18 172:9
**correctly** 79:12
**correspond** 122:17
**corresponden...** 78:19 97:7
**counsel** 2:17 3:6,17 14:25 15:3 27:4,8 30:25 39:9,21 40:16 52:18,23 52:25 76:7,13 76:22 85:16,17 117:7,10 132:5 132:17 134:2 143:21,24,25 160:13,16,17 160:25 161:6 162:3,9,11 170:2
**counselor** 4:5 4:14 5:6,12 6:19,21,25 7:5 7:7,9,15,21 13:15 14:4,7 19:25 26:8 34:9,14 35:11 35:23,25 36:4 36:9,12,16,21 39:6,18 40:11 40:13,14,15,22 46:9 47:3 50:3 50:5 51:22 52:4 53:11,14 53:19,22 54:3 55:4,19 56:7 56:11 58:15,21 59:2 64:25

71:6 73:14,19 75:6,25 76:18 77:17,23 78:12 78:16 80:14 82:19 83:15 84:6,25 85:3 86:25 87:9,16 89:13 91:2,5 93:22 94:5 96:17,24 97:20 98:3,9,14 102:5,9,11 105:20 106:3 112:14 114:10 115:3,13 124:10,12,24 126:13 129:2 130:3 136:21 143:11,18 145:14,17 146:25 147:22 150:3,24 151:18,24 152:15,19 154:16 158:24 160:23 161:4 162:24 163:6 163:12,19 168:10 169:24 170:4,6,9,18,19 170:23 174:15
**county** 175:5
**course** 84:16 169:17 170:6
**courses** 19:2
**court** 1:2 3:13 4:2 8:12,24 10:2 11:21 12:13 170:19 174:9
**courtesy** 9:13
**covered** 151:10
**create** 89:11
**created** 43:20 65:4,5 67:4
**creating** 45:21
**creation** 100:19
**crime** 167:12
**critical** 102:18
**criticisms** 102:25 103:9
**criticize** 103:10
**criticized** 101:22
**crystal** 108:19
**current** 4:18
**currently** 10:25 17:17 25:9 28:4
**cut** 9:17 85:19 170:2
**cv** 1:6

**d**

**d** 3:2 172:2 174:12
**dana** 2:16
[redacted]
**data** 38:25 57:8 58:10,13
**date** 1:11 35:8 53:18 77:8,20 87:13 88:15 97:24 115:10 126:11 128:23 129:24 132:25 139:10 145:25 154:13 158:21 159:17 163:16 165:14 176:3
**dated** 126:21 130:15 159:18
**dates** 137:19
**day** 80:17,18 107:8 110:24 172:19 175:20 176:22
**days** 3:16 42:16 143:5
**dean** 25:7,14 25:20,22 28:18 34:6 38:14 48:23,25 50:11 74:4 101:23 124:22,25 125:5 127:22 128:3 136:2
**decide** 142:8,12
**decided** 76:11 94:21 139:23
**decision** 94:14 113:6 124:5,6 124:21 127:6,9 133:6,8,25 162:21
**default** 99:10
**defendant** 1:17 2:9 6:11 12:5 12:10,11
**defendants** 1:10
**deficits** 66:17
**defined** 93:17
**definitely** 164:8
**definition** 90:6 91:15
**definitively** 114:23
**degree** 15:21 15:22,25 16:5 16:6,11,12,13 16:15,23
**degrees** 16:22 16:25 17:15
**demanded** 114:16
**department** 30:21,22,23 32:17,20,21,22 32:25 33:6,14 33:22 38:22

45:10,13,15 48:12 61:23 62:14,25 63:4 63:15 65:15 66:7,22 71:5 71:13,19,23 72:8 92:10 99:11 100:16 102:23 113:5 120:3,23 128:15,19 129:10 130:22 137:4 141:14 145:8 161:18 168:7
**departmental** 61:21 67:10
**departments** 50:15 69:8
**departure** 61:9
**departures** 95:9
**depends** 91:19
**deposed** 6:4,14 6:17 7:24 8:9 8:18 11:19
**deposition** 3:8 3:9,14 5:22 8:21 10:7 11:14 12:25 13:13,25 14:20 15:5 34:13 39:16,20 121:13 176:3
**depositions** 6:9
**depth** 80:13
**describe** 23:5 30:7
**description** 90:7 173:7 174:5
**designate** 170:12
**designations** 170:17
**desire** 123:3
**detail** 50:9 81:4 98:7
**detailed** 158:17 159:23
**details** 83:18 120:11
**determination** 55:14 85:12 105:22 112:8 161:21,25
**determine** 29:8 48:17 55:16 56:15 75:3 86:13 134:18 140:19
**determined** 76:15 85:21 92:22 93:20 105:17 111:12 114:23,23
**develop** 100:23
**developed** 33:14 45:23 46:2
**developing** 101:2
**development** 31:11 46:16
**dictate** 134:19
**differences** 88:19 89:6
**different** 33:16 42:20 53:4 65:17 89:17 92:2 123:23
**difficult** 9:4,7 65:11 82:13,16 141:11
**difficulties** 65:14,17,18 66:12 67:2
**direct** 53:2 132:14
**directed** 71:24 72:2
**directives** 89:15
**directly** 81:7 82:5 125:5 127:14 160:3 168:5
**director** 22:6,7 27:9 71:15
**disabilities** 92:3
**disability** 72:10 72:14,19,22 91:7
**disagree** 113:6 114:3 162:15 162:18,19
**disagreed** 125:2
**disagreement** 162:12,21
**disclose** 7:10 52:6 76:4
**discomfort** 62:9
**discovery** 13:25
**discrimination** 88:7
**discuss** 44:14 44:19 47:19 51:3 52:3 77:5 80:2,10,25 85:14 110:5,9 110:13,20 113:11,17 116:25 117:7 122:18 123:7 160:14,21 162:4
**discussed** 44:22 52:9 69:16 75:17 76:22 80:4,7 81:4,8,9 108:14 110:24

111:2,8 113:21 116:13 150:10 157:25 160:16
**discussing** 48:24 80:16 125:9 136:25
**discussion** 14:24 30:15 36:19 39:15 41:21 52:14 53:6 71:7 73:22 75:20 79:22 80:22,23 84:17 94:9 103:18 104:16 104:22,23 105:15,19 106:24 108:11 117:6,20 120:8 123:24 125:12 131:18 132:4,6 135:6 156:10 162:3
**discussions** 31:9 47:24 52:7,23,25 63:18 72:15 73:11 76:8,13 80:10 84:9 117:10 118:4 127:10,16 132:5,10 136:4 136:8 142:17 157:4 162:8,11
**disseminated** 46:19
**distinguish** 9:7
**district** 1:2,2
**diversity** 30:12 30:19 31:5,12
**division** 34:6
**doc** 145:7
**document** 34:16,21,24 35:17,21,24 37:3,11 39:5 40:6,25 56:24 58:23 59:8,12 61:7 65:5 78:4 78:7,11,17 87:22,25 89:20 89:22 90:11 92:6,9 98:19 107:23 108:3 108:20 115:20 126:20 130:10 139:9 155:3 163:23
**documents** 10:21 12:24 13:5,8,9,12,18 13:20,21,24 14:10 15:7 60:21 136:24 174:18,19
**doing** 66:15 71:14
**doniger** 2:13
**dotted** 27:22
**double** 36:10
**dr** 5:2 6:2 10:22 14:17 25:10,12,17 28:11,13 29:12 31:4,14,17 32:8 34:23 37:12,24,25 38:8 39:12,19 40:8 41:22 42:10,14,18 43:15,22,25 44:2,3,15,18 45:9,17 46:3 47:19,20,22,23 48:2 49:22 50:10,18,25 51:2,3,7,8,11 51:16,20 52:3 52:8,13,15 54:21 55:21,23 56:19,20,24 59:12,18,22 60:2,5,10,15,24 60:25 61:16 62:10 63:7,10 63:19 64:4,15 64:18 66:5,8 66:20 67:4,20 69:2,4,10,17,20 69:21 70:10,13 70:20 71:3,3,4 71:8,9,10,17,18 71:21,22 72:6 72:7,9,14,16 73:11,12,23,24 75:13,16,17,21 76:6,10,14,20 77:5,12 78:9 78:19,22 79:14 79:23 80:3,18 80:24 81:6,8 81:10 84:11,17 86:16 91:11 93:5 94:6,10 94:11,13,17 96:5,6,10,10,13 96:15 97:8,9 97:10,18 98:24 99:3,5,22,25 100:2,19,21,25 101:16,16,19 101:19,22,22 101:25 102:2,7 102:7,13,13,17 102:18,20,21 102:25 103:2,8 103:9,10,11,14 103:14 104:6,9 104:12,24 105:5,6,10,14 105:19,24 106:6,6,7,15,16 107:3,25 108:22 109:2,8 109:12,13,21

109:22 110:6 110:20,25,25 111:8,16,16 112:17,21 113:13,17,18 113:19,23 114:3,6,12 115:6,22 116:8 116:9,11,15,19 116:21,25 117:20 118:11 118:23 119:3,4 119:7,11,11,12 119:15,24 120:2,10,10,13 120:15,18,21 120:22 121:8 121:15,19,20 122:4,5,6,8,9 122:11,18,18 122:19,23 123:2,20 124:19 125:6,9 125:10,11,12 125:13,15,16 125:20,21,23 125:25 126:5 126:22,22,24 127:2,7,9,11,12 127:20 128:2,8 128:16 129:11 130:24 133:16 134:7,8 135:12 135:16,17,19 135:20,21,22 135:24 136:2,4 136:8,9,10 138:7,11,12,14 138:17 139:13 139:20,21 140:5,9,11,17 140:19 141:2,5 141:9,10,12,13 141:16,18,19 141:22,23 142:3,9,10,11 142:18,19 144:19 145:18 145:21 147:10 147:14 148:13 148:15,21 149:11,22,24 151:13,14,25 152:2,12,22 153:4,12 154:23 155:8 155:21,22 156:4,6,9,11 158:3 160:9,18 160:18,21 161:6,11,17,24 162:5,5,9,9,13 162:20,22 164:6,14,20,21 165:2,7,21 166:15,16,16 166:18,20,22 167:17,22 168:9,12,17 169:2,8,12,20

**draft** 4:3,7 129:14,17 130:19,22 131:3 159:20 170:20

**drafted** 27:4 56:12,15,21,24 64:23 128:11 129:19 131:3

**drafting** 26:19 26:22,25 27:6 128:7

**drugs** 11:10

**duly** 4:10 172:5 175:11

**duties** 23:6

**e**

**e** 2:2,2,12 3:2,2 4:9,9 14:12,13 14:14 35:6 37:12,13,13,25 38:10,16 53:15 56:2 59:10,14 59:18,19 61:3 68:25,25 73:25 77:18 78:8,18 78:23 79:2,3 80:25 81:6,13 94:8 95:2,4 97:21 98:23 99:5 103:17 115:8,21,23,24 116:12 118:12 128:21 129:15 129:20,22 130:11,14 133:2,3 146:6 147:4,6,10 148:25,25 151:14 154:6,9 154:10,22 155:4,5,8,12,14 155:16,22 157:22 170:21 172:2 173:2,8 173:10,12,14 173:16,18,19 173:20 174:12 175:2,2

**earlier** 37:9 55:20 79:5,9 134:9,13 139:6 150:15

**early** 32:10 71:2 130:22 138:16,16 165:16

**earn** 16:4,8,14 16:17,21 17:2

**earned** 16:6,11

**eastridge** 24:11

**easy** 82:16 146:20 169:19

**ed** 38:10,12,14 51:14 52:8

60:13 79:5 81:14 116:2,8 116:9 119:17 127:17 130:12 133:2,15
**ed's** 125:6
**education** 15:20 41:15 67:18
**effect** 3:12,15 88:11
**efforts** 65:10
**eight** 143:5
**einstein** 1:8,17 2:10,17 5:5,16 5:18 15:4 17:18 18:14 19:3,20 20:22 21:2,5 22:25 23:3,5,20 25:6 26:11 27:6,12 27:14 29:5,9 29:20 31:6,16 38:15 62:6,24 63:14,15,17,22 64:16 66:14 68:22 70:3,17 70:20 74:19 75:23 84:21 117:24 118:4 118:22 120:6 125:18 126:3,7 129:10 134:15 134:24 136:2 136:18 152:21 153:3 158:2 160:15 168:19
**einstein's** 18:3 151:9
**either** 6:11 26:5 77:15 166:15
**electronically** 46:21
**else's** 101:12 121:22
**emeritus** 70:15
**employed** 17:17 22:11,25 29:19 68:22
**employee** 23:11 24:13,25 27:9 27:10
**employees** 23:21,25,25 29:5 31:2 66:6 70:2
**employer** 27:16
**employment** 20:25 22:16 23:3 62:6,23 62:25 63:13
**encourage** 138:4
**encouraged** 137:5
**ended** 39:24
**ends** 36:5
**endurance** 10:8
**enforcement** 46:7
**engage** 125:3
**engagement** 126:25
**engaging** 117:12
**entire** 21:17
**entirety** 108:3
**entities** 5:17
**entity** 27:15 131:7
**entries** 91:9 92:9
**entry** 93:5
**environment** 67:3
**eric** 136:14 140:13,14,20 142:17,23 145:24 153:10
**errata** 176:1
**esq** 2:6,12,13
**et** 176:2
**etgen** 68:25 69:13,15,24
**ethnicity** 55:9
**eventually** 138:8
**evidence** 143:9
**exact** 137:19 145:25
**exactly** 10:4 123:9 148:24
**examination** 1:16 4:13 5:11 7:20 14:6 35:10 36:20 40:21 54:2 56:10 58:25 77:22 78:15 85:2 87:15 91:4 96:23 98:2,13 102:10 115:12 124:23 126:12 128:25 130:2 143:17 145:16 151:23 152:18 154:15 158:23 161:3 163:5,18 171:2 174:14 175:10 175:12
**examined** 4:12
**example** 13:20 14:8 91:16
**examples** 55:2 90:11 165:3,4
**except** 3:21 158:10
**exception** 69:23
**exchange** 35:6 173:8
**exchanges** 14:12,13,14

**excuse** 20:11 26:21
**executive** 38:14 50:11 63:11
**exh** 173:8,10,12 173:13,14,16 173:17,18,19 173:20 174:6,7
**exhibit** 34:10 34:15 35:5,7 35:14,16 36:24 37:11 39:22 40:9,19,23,24 43:5 53:17 54:8,10,20 55:5 58:19,22 59:4 74:2 77:17,19 78:2 78:24 81:12 87:8,10,12,19 88:20 89:12 90:21,22,23 93:4 94:23 97:20,23 98:5 98:6,17 100:20 103:16 108:23 109:3 115:9,15 126:10,16 128:22 129:4,6 129:23 130:6 131:11,21 133:3 154:12 154:19 155:7 158:20 159:3 160:11 163:15 163:22 173:6,6 174:4,4
**exhibits** 39:4 173:4 174:2,9
**expect** 53:8 76:9 87:19 166:10
**experience** 19:23 26:4,7 30:20 45:14 82:5,23 141:12 141:19 142:10
**experienced** 61:9 86:23 142:2
**experiences** 33:16 83:11
**expires** 176:25
**explain** 28:20
**express** 113:22 122:5 123:3
**expressed** 32:19 121:19 125:10
**extent** 8:4 142:24
**external** 86:11 92:24 94:22 111:13 114:24 117:12 124:6 125:3 126:25 131:8 133:17 133:22
**eye** 54:15 55:12
**eyes** 34:18

**f**

**f** 3:2 175:2
**fact** 40:5 80:11 83:8 114:18 165:8
**facts** 6:2 74:5
**faculty** 30:15 31:24 32:13,19 33:8 42:2,7 45:11 64:23 65:5 68:6 69:5 69:6 70:11 84:14 95:25 118:15,21 119:2,6 126:2 137:3 141:13 152:21 153:3
**faculty's** 51:6
**fair** 54:23 58:9 58:16 70:18 123:4
**false** 158:4
**familiar** 8:19 29:11
**familiarize** 35:20 59:5 78:3 87:21
**far** 29:16 101:13
**february** 37:18 38:13 63:21 65:13 66:4 68:21 69:3 72:22 74:16 79:4 81:13 83:20 84:21 85:24 94:8,9 95:4 101:14 102:14 103:7 103:12
**federal** 1:20 89:2
**feedback** 30:17 49:16 95:24
**feel** 86:23
**feeling** 48:6
**felt** 42:3 140:23 146:19 152:22
**female** 93:9,10 93:10
**fifth** 2:11
**figure** 105:10
**file** 1:5 140:4
**filed** 6:22 8:12 8:15 12:13 82:13 140:2,7
**files** 13:2,4,5
**filing** 3:7
**fill** 46:20
**filled** 65:24
**final** 4:4,6,8 130:18 131:11 133:6,8 159:21
**finalize** 116:4 117:3,5 133:19

**finalized** 110:23
**find** 54:16 79:21 169:18
**finding** 114:18
**fine** 53:22 124:13
**finish** 9:11 35:4
**finished** 85:19
**fink** 2:8
**fired** 161:18
**first** 4:10 8:23 29:14 31:13 37:10 40:25 41:5 49:13,20 49:24 50:16 52:12 56:2 57:17 61:11 70:2,5 73:25 77:4 78:17 79:3,3 81:13 81:23 88:2 91:9 99:19,23 100:2,4 115:25 130:14 131:12 133:3,4 141:3 145:5 151:11 156:21 159:12 163:24 172:5
**firsthand** 82:24
**five** 6:8 11:19 53:20 56:3 162:25
**flip** 99:9
**floor** 1:22 2:5 2:11
**focus** 104:16
**focussed** 106:20
**folks** 72:16
**follow** 41:6,9 41:16,21 42:5 42:8,15 45:24 54:10 75:9,18 75:21
**followed** 75:4 75:14 76:16
**following** 38:2 40:2 41:11,13 136:17 145:23 159:9 161:22 162:14 173:23
**follows** 4:12
**force** 3:15
**foregoing** 172:8
**forgive** 134:12
**form** 3:21 106:4 142:2
**formal** 144:18
**formed** 135:15 144:15
**former** 153:2,7
**formulating** 45:17
**forth** 175:11
**forward** 52:11 76:9 81:9 119:13 130:18 142:7
**forwarded** 38:9 78:21 155:7
**forwarding** 37:13
**forwards** 38:2
**frank** 74:6
**freedman** 34:8 37:8,24,25 38:8 41:22 42:18 43:15,25 44:15 81:8 97:18 99:22 100:2 103:19 105:6 107:25 108:22 109:8
**freedman's** 37:12
**freeze** 66:18
**friction** 101:15 101:25 103:13
**front** 31:8 90:22
**full** 35:24 70:11 70:12 71:12,18 71:23 72:7 96:7 111:10
**function** 18:15 23:7
**funding** 66:6 66:11
**further** 3:20 77:13 151:12 167:21 172:8 175:14
**fuzzy** 137:18
**fyi** 135:5

**g**

**g** 68:25
**gabby** 124:8
**gabrielle** 2:6,12 4:24
**gag** 123:7
**gather** 85:9 86:7 92:7
**gathered** 77:13 143:10
**geared** 154:22
**gec** 41:16,19 42:19,23 44:18 44:23 45:7 46:13 67:16,17 99:16,20 100:3 100:19,23 101:3,9 103:22 104:5,13,17 106:20
**gender** 54:22 55:3,8 88:7 91:7 92:4 93:8
**general** 27:8 65:18,19 66:13 85:16 106:10 108:11 132:16

143:21
**generated** 160:8
**gesture** 9:6
**give** 9:9 74:5 88:22 105:14 105:18 112:3 138:25 140:14
**given** 11:20,23 136:23 172:10 175:13
**giving** 30:16,25 93:6 126:23 170:5
**gloria** 28:5
**go** 8:21 64:16 80:6 83:18 96:19 101:24 104:15 116:16 116:17 144:11 144:12 164:11
**goal** 131:12,16 131:23 132:6
**going** 8:19 15:7 34:10 35:4,12 37:19 40:7 49:22 76:2 94:25 110:21 113:2 133:13 134:19 143:7 163:12 164:16 168:3 169:6
**good** 4:22 30:16 33:17 96:18 120:3 167:8 169:9,12 170:21,24
**gordon** 1:8 25:16 48:19
**graduate** 34:6 38:6 41:15 45:14 67:17 145:7
**graduated** 145:9
**great** 65:19
**greater** 66:17
**grievance** 144:19
**ground** 8:21
**group** 46:14 70:2,5
**guarded** 139:17
**guess** 18:19 46:14 47:20 49:22,23 61:25 66:14 67:15 82:5 85:15 115:22 140:18 160:5 161:19

**h**

**h** 173:2
**h.c.** 2:16
**halfway** 90:2
**hall** 69:17
**hand** 35:12 40:7 58:18 175:20
**handed** 77:24 87:17 98:4 115:14 126:14 129:3 130:4 154:18 158:25 163:21
**handled** 33:22
**handles** 24:12
**handling** 131:7
**handwriting** 164:2
**handwritten** 15:9,12 163:14 174:7
**happen** 83:4
**happened** 82:2 151:3,5 164:24
**happening** 29:4 134:5,23
**happens** 132:16
**happy** 10:12
**harassment** 88:8 90:3,7,8 90:12 91:16 93:17 142:2
**hard** 10:4 36:15 65:20 169:13
**head** 9:6 30:21 30:22
**heading** 91:6
**health** 1:7 2:9 5:5,15 27:24 120:24 135:25 176:2
**hear** 9:22
**heard** 101:21 103:4 156:22 156:25 165:21
**hearing** 26:5 89:16 99:25 114:7 168:25
**hearsay** 81:25 165:18,23 166:2
**hebert** 69:21,22
**hecker** 2:8
**held** 1:21 5:10 17:23 18:6 21:2 36:19 39:15 61:19,20 68:11,14
**help** 45:11 104:18 129:17
**helped** 100:23 129:14,18
**hereinbefore** 172:11 175:11
**hereunto** 175:19
**hesitant** 139:16
**high** 104:19 105:3 106:21

**higher** 66:21
**highest** 15:19
**highly** 34:18,25 40:9,16 170:15
**hindered** 105:25
**hinge** 52:20
**hire** 92:24 124:6
**hiring** 66:15,19 93:7
**hmm** 9:9 37:16 57:22 90:4 130:17,20 155:18
**hold** 17:13 18:9 21:11,24 22:5 22:8,18 42:10 69:2,18 70:10 71:11
**honest** 109:4
**honestly** 69:14 119:5 129:21
**honored** 165:11
**hour** 110:2
**hr** 21:2 22:11 22:20,22 23:4 23:7 155:23
**huh** 9:8
**human** 17:21 21:13,18 22:9 27:18 28:3 30:25 74:3

**i**

**idea** 37:19
**identification** 35:8 53:17 58:20 77:20 87:13 97:24 98:6 115:10,16 126:10 128:23 129:5,24 154:13 158:21 163:16,22
**identified** 105:9 145:6
**identify** 37:5 82:9 88:4 98:21 126:19 146:21
**identifying** 8:8
**iii.c.2** 90:3
**imagine** 82:14
**immediate** 43:13
**immediately** 21:5,7 88:21
**impact** 8:4
**impacts** 11:3,6
**implicate** 55:17 74:17 82:17 93:16
**implicated** 55:13 83:14,23 84:4,20 93:21 94:4,15
**implicating** 54:14
**implored** 140:22
**important** 30:13 31:4,6 42:3,4 107:8,9 107:9 111:9
**impression** 62:19 85:16 93:7
**improving** 45:13
**inappropriate** 47:8,10 54:22 165:3
**inappropriately** 91:12,15,17,18
**include** 54:20
**included** 55:8,9 58:12 59:19 99:4 146:16,19 147:13,18,20 147:25 148:10 149:16,18 153:24 156:23 165:5 166:6
**includes** 23:8
**including** 58:24
**incorporates** 89:16
**independent** 18:17 27:14
**index** 173:23
**indicated** 37:9 55:20 73:17 141:11
**indirect** 83:11 127:15
**individual** 55:7 138:3,5,9,10 144:17,20,21 144:24 145:3 160:4
**individual's** 33:18
**individuals** 14:15 24:3,5 24:15 66:2 68:22 69:25 105:8 137:6 140:16 141:24 150:12
**influence** 11:9
**inform** 71:4
**information** 7:12 8:6 43:14 48:18 49:19 54:17 55:14,17 55:22,24 64:21 76:5 77:11,13 80:16,20 85:10 86:5,8 91:25 92:8 93:23,25 97:11 100:8 105:14,18 106:9,10

108:13 112:7 112:10 116:3 117:4 125:17 137:5 138:22 139:17 142:18 143:2,3,9 150:11 174:18 174:19
**informed** 94:14
**initial** 59:14 85:15
**initially** 155:17
**initiating** 85:25
**injured** 169:3
**innuendo** 93:13
**input** 94:20
**inquire** 86:16
**inquiries** 43:22 56:14,18 57:18 65:3 92:7 100:18 148:14 149:23
**insistent** 153:23
**instance** 140:20
**instances** 20:10 20:13,14,20
**institute** 72:2
**institution** 18:18
**instructed** 52:19
**instructing** 7:8
**insufficient** 55:13
**intake** 85:9
**intention** 114:14
**interactions** 32:18 33:11 70:25 139:20
**interested** 140:6 175:17
**internal** 117:23 118:6
**interpretation** 165:25
**interrupt** 9:17
**interviewed** 132:19
**investigate** 75:10,23 76:24 82:14,16 132:11 136:18 151:8 168:21 168:24
**investigated** 152:3 153:20
**investigating** 26:12 58:7,8 74:11 133:22
**investigation** 20:8,16 23:19 23:24 57:15 58:3 85:25 86:2 92:17,23 94:21 96:8 111:11 112:22 113:7,10,12 114:16,17,25 117:8,13,21,23 118:5,9,21 119:3,8,24 122:13 123:12 123:14,17,19 124:4,7 125:11 127:13 128:16 128:19 129:11 130:23 131:8 131:13,23 133:10,14 134:6,18 135:12,17 136:5,13 137:9 138:18,21 139:14,15,18 139:24 140:2,6 140:9 141:3,4 142:9,14,20,23 143:7,10,14,23 144:4,10,16 145:22,24 146:10 149:6 149:11 150:14 151:11 152:6 152:10,16 156:7,13 158:15,17,18 159:10 160:10 161:17,23 162:14 166:13 166:21 167:4 168:3 169:6
**investigations** 20:3,6,17,21 22:13 24:4,7 24:16 25:3,25 26:2 29:4,8 86:9 92:20 123:16,23 134:15,19,23 135:4 169:16
**investigative** 76:15 158:19 174:6
**investigator** 20:9,12 69:4 69:19,22 70:12 86:11 92:21,25 94:22 111:13 114:24 117:13 124:7 125:3 127:2 133:17 133:18 155:24 158:10,12
**investigators** 24:23 117:24
**invite** 35:3 39:12
**invites** 74:3
**involve** 161:6
**involved** 14:16 21:25 25:3 26:22,25 27:5 31:11 43:18

134:15,17 142:23,24 160:24
**involvement** 30:2 101:2
**involving** 93:2
**irrespective** 82:15
**issue** 35:15 39:21 54:13 64:17 84:12 137:11,16 140:21 144:5 153:17,20
**issued** 159:15 162:6
**issues** 30:19,25 33:21 53:9 62:8,13 63:6 101:18 102:7 102:12,16 103:13 108:8 108:15 113:13
**items** 54:24
**ix** 18:3,10,13 18:19 19:3,11 19:15,15,19,23 20:4 22:13 26:3,5,7,13 27:3,7 54:14 55:13,18 81:17 81:21 82:8,8 82:10,17,22 83:6,13,22 84:5,20,23 85:6,6,10,13,13 85:22,23 86:8 86:22 87:4,6 87:11 88:6,20 90:18 93:17,21 94:4,15 125:22 137:21 138:7 138:13 139:4,6 139:14,18 140:21 173:13

**j**

**jane** 1:9
**jennifer** 24:11
[redacted]
**job** 19:13 22:2 23:5 125:6,6
**john** 1:9 119:11 121:9
**jokes** 93:12
**jordan** 1:9 42:9 42:10,15 43:2 43:22 44:18 45:9,17 46:3 55:23 56:20,24 68:7 69:17 86:17 99:3,5 99:19,25 100:19,21 101:2,16,19 102:2,7 103:18 104:7 105:6 109:3 125:13 125:16,21,25 126:5 146:23 147:10 148:15 149:24 152:2 152:12 155:21 155:23 156:4,9 156:11 164:19 164:22 165:2 166:16,18
**judge** 3:13
**july** 148:22 149:7 159:14 165:16

**k**

**k** 145:15,15
**kamran** 1:3 2:5 2:15 29:13,15 30:6,12 34:12 39:15 40:18 60:14 71:4 81:16 103:21 104:4 122:13 122:14,18 123:6 133:14 134:6 136:5 145:22 153:4 155:4
**kamran's** 32:24
**kamron** 176:2
**kate** 2:13
[redacted]
**keen** 109:23
**kenny** 28:5,10 28:11,15 134:9 134:14
**khodakhah** 1:3 2:5,15 5:2 14:17 29:12 31:4,14,17 32:8 34:12,23 39:12,16,19 40:8,20 47:23 48:2 50:18,25 51:3,8,11 52:13,15 54:21 55:21 56:19 59:22 60:2,15 60:25 61:16 62:10 63:7,19 64:4,15,18 66:5,8,20 67:4 67:20 71:3