Page 110

TOMASELLI - CONFIDENTIAL
was managing it on a day-to-day level, but the T&M investigators and Eric Pruzan was the one who was actually managing it from the investigator's point of view.
Q. I appreciate the clarification.
Who would have been Mr. Pruzan's point of contact?
A. Yvonne Ramirez I believe was the point of contact.
Q. Do you see here on the first page of the report where it is labeled privileged and confidential?
A. Yes.
Q. It is your understanding that this report or this investigation was conducted pursuant to the college's attorney-client privilege, correct?
A. That's correct.
Q. You did not make any decisions, did you, regarding who would or would not receive a final copy of the report, did you?
A. That is correct.
Q. Dr. Tomaselli, your decision to

Page 111

TOMASELLI - CONFIDENTIAL
remove Dr. Khodakhah as chairman was not motivated by any animus towards him as a man, was it?
A. That's correct.
Q. And are you aware of anyone who harbored any bias towards Dr. Khodakhah as a man?
A. Not that I'm aware of.
MR. LE CONEY: No further questions from defendants.
MS. ESTELA: I just have a few questions.
EXAMINATION BY
MS. ESTELA:
Q. I want to show you, Dr. Tomaselli, or ask you to look at what Ms. Vinci showed you as Exhibit 9.
Do you remember looking at this exhibit?
A. Yes.
Q. Do you remember when you saw this for the first time?
A. I don't recall; throughout this investigation I've seen this now several

Page 112

TOMASELLI - CONFIDENTIAL
times, I've seen summaries of this on a couple of occasions, but I don't recall the first time I actually saw the original document, the original survey.
Q. And you just used the word investigation; did you mean --
A. I use investigation quite generically here; from the beginning of this process back in 2022 to now, over the course of these multiple encounters that I've had regarding the various investigations that have been part of all this.
Q. Understood.
I want to show you next Exhibit 13, if we can pull that one up, this is the followup survey results; do you remember Ms. Vinci showing you this exhibit?
A. Yes.
Q. Do you remember when specifically was the first time you saw this?
A. Again, I can't recall when the

Page 113

TOMASELLI - CONFIDENTIAL
first time I saw this was.
Again, I don't even know whether or not -- I'm just not sure when I saw the full report for the first time, but, again, excerpts of student comments were part of other documents that I've seen throughout the course of these investigations, but I don't remember when I saw this for the first time.
(Continued on next page.)

TOMASELLI - CONFIDENTIAL

Q. Thank you, nothing further.

MS. VINCI: No more questions.

(Time noted: 4:30 p.m.)

________________________
GORDON TOMASELLI

Subscribed and sworn to before me this day of , 2026.



C E R T I F I C A T I O N

I, Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and a Notary Public, do hereby certify that the foregoing witness, GORDON TOMASELLI, was duly sworn on the date indicated, and that the foregoing is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

JINEEN PAVESI, RPR, RMR, CRR



E X H I B I T S


| Plaintiff's EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 22 | Subpoena for Dr. Gordon Tomaselli | 7 |




LITIGATION SUPPORT INDEX

EXAMINATION BY:


Ms. Vinci: Page 4
Mr. Le Coney: Page 108
Ms. Estela: Page 111

ERRATA SHEET
Veritext/New York Reporting, LLC
1-800-727-6396
330 Old Country Road 1250 Broadway
Mineola, New York 11501 New York, New York

Name of Case: Khodakhah v. Montefiore
Date of Deposition: 9/21/26
Name of Deponent: Gordon Tomaselli

Page Line Change Reason
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______
_____ ____ __________________ ______

_____________________
(NAME OF WITNESS)

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____DAY OF _____, 20__.

________________ __________________
NOTARY PUBLIC COMMISSION EXPIRES

**&**

**&** 2:3,16

**0**

**00839** 1:4

**1**

**1-10** 1:14
**1-800-727-6...** 118:3
**10** 27:7,9,11,17 28:7 32:4 45:25 73:16 81:6 82:25
**10001** 2:4
**10020** 2:18
**10118** 2:7
**108** 117:6
**111** 117:7
**1133** 2:14
**11501** 118:4
**1250** 118:4
**13** 36:21,23 56:12,17,20 112:17
**15** 73:8
**16** 97:17 104:12
**17** 78:5,10,13
**18** 81:11,22 88:11,16,19,24 88:25
**19** 96:22 97:3,6 103:4,6,8,9
**1982** 14:11
**1:24** 1:4

**2**

**20** 37:2 118:22
**2018** 15:5,7,11 18:14 24:7,13 25:3
**2021** 24:7,13 25:3
**2022** 26:2 36:17 44:13 46:23 52:25 53:14 73:16 81:7 82:4,17 82:24,25 95:18 97:17 104:12 112:10
**2023** 15:5,11
**2026** 1:17 114:14
**21** 1:17 99:24 100:2,5 101:2 109:12
**22** 7:4,8 27:21 116:7
**24** 50:23
**24th** 44:13 46:22
**2:05** 1:18

**3**

**330** 118:4
**350** 2:7
**363** 2:3
**39** 59:12

**4**

**4** 117:5
**41** 59:13
**438** 59:14
**4:30** 114:4

**5**

**5108** 115:21
**5th** 2:3

**6**

**63rd** 2:7

**7**

**7** 116:7

**8**

**8** 82:4,17,24

**9**

**9** 50:14,15,20 54:6 58:10 111:18
**9/21/26** 118:6

**a**

**abady** 2:16
**ability** 98:18
**able** 7:12 11:19 12:4 27:16,18 81:17 95:14 103:7 107:25
**above** 70:6
**academic** 1:9 2:10 15:17 16:9 18:2 34:21 86:7
**access** 81:17
**accommodate** 11:13
**accordance** 75:24 76:19
**accurate** 97:20 115:12
**action** 5:2,17 13:10 101:25 115:16
**actions** 42:23
**activities** 18:3 19:13
**actual** 7:22
**actually** 6:5 7:21 16:18,21 20:8 24:18 31:16 33:2 37:20 38:5 43:6 51:16 67:21 68:24 80:24 91:9 101:10 110:4 112:4
**adam** 33:18 93:11
**addition** 60:13
**address** 10:16 31:12 32:5 39:12,17 50:5 70:14

**addressing** 41:3 89:7
**administered** 51:11 58:3,7
**admonitions** 91:11
**advancement** 34:22
**advice** 32:17,23 45:21
**advise** 52:23 95:22 96:3
**advised** 51:18 93:23 94:4
**aecom** 59:14
**afternoon** 4:23 5:11
**afternoon's** 5:5
**aggregate** 68:22
**ago** 5:22 89:23
**agree** 60:2,14 61:10 65:19
**agreed** 3:4,8,12
**agreement** 4:18
**akabas** 33:18
**albert** 1:11 2:8 2:23 5:3,6 14:7 14:24 15:8,9 15:23 16:3 41:10 86:5
**allegations** 45:16,18 46:8 46:10 48:9,12 59:23 60:15,25 64:16,16 68:10 69:5 71:5 72:22 104:22 109:3,7
**allege** 67:25
**alleged** 41:24 50:5 87:14,20 90:21
**allegedly** 41:9 41:17 63:25 64:25
**alleges** 63:11
**alleging** 26:12
**allow** 8:12,15 62:3
**alpert** 85:25 86:3,4,8,15
**american** 14:16 14:18
**americas** 2:14
**animus** 111:3
**anna** 2:12
**answer** 5:14 8:14 9:10,22 12:17 13:3,18 17:12 19:3,11 20:6,13 25:19 25:19 34:4 38:6
**answers** 8:12 8:22 9:3
**anybody** 10:8 43:23 75:8 83:13 109:25
**anyway** 43:20 58:19 75:6
**apeterson** 2:12
**apologize** 22:21 91:18
**apology** 68:2
**appeal** 107:18
**appear** 60:21 60:23
**appearance** 7:19
**appears** 73:14 78:21 89:4 97:15
**appendices** 100:15,16
**applicant** 17:4
**application** 17:16,17,21
**apply** 16:4,6
**applying** 16:14
**appointments** 35:22
**appreciate** 110:6
**argue** 47:8 54:3
**arrow** 27:24
**asked** 13:14 16:4,6 22:13 23:23 39:23 40:3,8 42:3,6 42:15 55:23 98:2
**asking** 5:13 8:11 12:23,24 45:2 65:19 74:10 85:2 90:4 91:24 101:20
**asserting** 32:15 45:21
**assessment** 70:23 72:9,17
**association** 14:16,18
**assume** 93:12
**attempted** 21:14
**attend** 11:12
**attendee** 36:12
**attention** 11:8 57:5 103:11 108:16
**attorney** 12:20 110:18
**attorneys** 2:4,8 2:18 3:5 4:25
**available** 7:7 50:20 55:21 56:17 73:6 81:16 88:16 97:3 100:2 103:6 109:14
**avenue** 2:3,7,14 107:18
**aviv** 84:16

**aware** 16:16 20:15 21:23 22:4 23:11 25:8,13 29:9 29:14,19 30:19 38:12,18 42:8 47:22 58:2 98:24 102:16 105:16,17 106:7,12 111:6 111:9

**b**

**b** 116:2
**back** 9:7 27:24 28:3,10 72:25 73:4 96:17 103:4 107:25 112:10
**bad** 68:22
**baltimore** 10:4
**bank** 50:15
**based** 13:3 49:16 50:6 59:25 60:6,16 62:15,21,22 63:2,5,17,21 64:17 66:2 68:19 82:21 102:8
**basically** 36:3
**basis** 38:10,22
**bates** 56:20 59:13
**beginning** 104:23 112:9
**behavior** 26:4 34:17 46:18 54:17 62:15 68:23 69:2 70:7 76:13
**behaviors** 49:8
**believe** 22:19 40:20 49:18,24 66:17 67:3,14 68:17 109:24 110:9
**bergman** 84:16 84:18,21 85:4 85:17
**beyond** 63:7
**bias** 111:7
**bit** 22:14
**blind** 91:7
**blue** 7:13
**board** 70:21
**body** 60:22,24
**bottom** 45:5 59:14 75:16 88:25
**bragged** 64:6
**break** 9:19,24 10:15 11:13 72:25 73:5 107:24
**breaks** 9:20
**brinckerhoff** 2:16
**bring** 28:3 56:12 78:4 81:10 88:11 96:22
**broadway** 118:4
**brought** 5:2 106:18
**bryen** 1:13 2:8 33:16 53:17 58:24
**bullying** 75:21 76:5
**burns** 29:23 30:3,3,20,25 31:5 33:3 40:3 40:9 42:2,5,8 42:15,18,24 43:9 45:3 48:4 48:6,11,16 74:4,8,16 80:10 81:24 101:16 102:3,5 102:12

**c**

**c** 2:2 115:2,2
**call** 103:11
**called** 35:4,5 70:10
**campus** 91:6
**case** 1:4 5:24 6:4,5,6,17 10:13 12:9 103:21 118:5
**castillo** 1:13 2:8 33:17 106:24 107:3
**caused** 35:6
**caveat** 9:21
**celli** 2:16
**center** 1:11 2:9
**certainly** 11:11 21:10 52:2 53:4 55:21 75:4 99:19 100:14
**certified** 1:24 4:19 115:8
**certify** 115:9,14
**cetera** 55:10 62:4
**cgoodwin** 2:11
**chain** 74:13
**chair** 18:14 21:15,20,24 24:9,15 25:10 26:4 39:23 40:13 42:25 43:11 63:11 65:22 69:5 73:17,22 74:18 78:25 79:9,16 80:7,19 81:4 82:12,18 86:4 87:5,12 88:3 91:14,23 92:2 92:5,18 93:8

93:13,19,22,23 94:7,12,17,19 94:21 95:7,15 95:24 96:12 100:24 101:9 102:9,14,21 107:9,10,15,20 108:6,8
**chair's** 108:21
**chairman** 39:8 46:19 49:8 54:18 111:2
**chairperson** 53:14 57:22
**chairs** 18:21 19:6,9,15 24:18
**chance** 28:15
**change** 118:7
**characterizati...** 64:24
**characterize** 19:24 63:16
**charges** 106:17
**chelsea** 2:25 7:2 27:8 50:12 56:11 81:9 88:10 96:6,10 96:16,21 99:23 103:3 109:11
**chloe** 2:11
**choice** 93:7
**choose** 38:5
**chose** 79:15
**christopher** 2:15
**circumstance** 21:4
**circumstances** 5:16
**claims** 5:17 12:8 13:9,10 26:16
**clarification** 110:6
**clarity** 67:6
**clear** 8:21,24 9:2 21:22 22:5 66:24 95:14 104:25
**clearly** 54:16 62:2
**cleconey** 2:15
**click** 28:2
**client** 12:20 110:18
**close** 11:6 26:21
**code** 41:10 69:7 69:19,21 76:3 76:12,14
**collected** 58:15 58:21
**college** 1:12 2:8 2:23 5:3,7,8 6:8 14:7,24 15:4,8,14,23 16:13 17:25 39:15 41:11,15 41:19 52:20 77:8,12,19 83:23 84:12,20 84:22 85:20 86:5 98:3,12 99:2 109:25
**college's** 75:20 86:9 103:23 110:17
**collins** 2:12
**come** 10:14 16:2 21:13 24:20 25:6 35:14 45:9 57:5 72:25 91:25 94:5 103:20
**comes** 11:11
**comfortable** 61:22 100:8
**coming** 27:16 27:22 78:12 96:17
**commented** 64:9
**comments** 34:17 49:16 54:15 65:4,21 66:2 113:6
**commission** 118:24
**committee** 16:12,17,19,20 16:21,23 48:2 52:15,17,19 53:2,12,15
**committees** 53:9
**communication** 87:17 88:5 89:25 90:5,14 90:18,23
**communicati...** 32:16 55:3,6 90:10 91:7 92:7,14
**complained** 19:22 90:13,17
**complaining** 20:10 25:2
**complaint** 24:17 103:21
**complaints** 20:16,23 21:2 21:8,10 24:14 24:20 25:8 29:21 30:2,17 31:24 39:10 67:24 70:25 71:13 87:13,20 90:21,21 92:6 92:13 105:24
**complying** 11:22 59:15

**components** 18:3
**concern** 31:13 38:14 39:4,12 39:18 41:5 44:3,21 52:2 68:18 71:15,23 85:18 86:9 96:11 105:19
**concerned** 31:22 39:7
**concerning** 48:9 49:7
**concerns** 26:3 29:9,15,20 30:11,21 31:7 32:6 33:11,21 41:3 45:5 48:19 49:15,18 49:19 50:2,5 51:19 54:15,16 60:14 71:17 72:12 86:14 88:8 94:6 104:13 105:6 106:8 107:4 108:14
**concierge** 2:25 7:6 27:10,15 27:23 28:2,6 50:16,19 56:13 56:16 78:6,9 81:12,15 88:12 88:15 96:23 97:2 99:25 103:5 109:13
**concluded** 41:12
**conclusions** 99:14
**concurrent** 46:18
**conduct** 41:10 64:16 69:7,12 69:19,22 70:15 75:22 76:3,6 76:12,14
**conducted** 32:19 43:18 47:14 77:10,24 110:17
**coney** 2:15 17:6 22:3 25:12 26:7 30:15 31:15 32:12 34:15 35:2,17 37:19 39:6 40:18,24 41:7 41:21 42:12 43:4 44:17,23 45:6,12,19 46:15,25 47:24 48:15 49:23 50:8 51:12,22 53:21 54:8 55:18,25 56:6 57:7,12,24 58:5,16,22 59:10 60:3,19 61:5 62:18,25 63:20 64:13,18 65:8,10 66:3 66:12,23 68:6 68:21 69:14 70:16 71:4 72:2,14,19 76:9 77:4,13 77:20 79:4,17 79:25 80:8,21 82:20 83:4,19 84:2,10,24 85:14,22 86:12 87:23 89:13 90:7,25 91:16 94:3,16,24 96:2,18 97:21 98:21 99:8,15 100:20 101:5 101:12 102:15 104:6,16 105:9 105:23 106:11 106:20 107:13 107:21 108:17 109:2,11 111:10 117:6
**confidential** 1:20 5:1 6:1 7:1 8:1 9:1 10:1,13 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1,13 111:1 112:1 113:1 114:1

**confirm** 11:7 75:19
**conflating** 49:25
**confusing** 27:14
**connection** 5:23
**consent** 61:3
**consider** 64:15 69:11 107:10
**construed** 61:14 62:5
**contact** 49:20 110:8,10
**contacted** 103:24
**context** 32:7
**continue** 86:17 87:5 93:17
**continued** 113:11
**continues** 89:6
**continuing** 61:13 63:9 64:4,22
**convened** 16:12
**conversation** 34:7 72:20 80:11
**conversations** 34:9,13
**coordinator** 72:4,5 103:24 109:5
**copies** 91:8
**copy** 4:3 7:17 99:7,12 110:22
**copying** 81:25 89:5
**correct** 8:3 14:25 18:15 23:5,6 30:4,5,8 37:13,14 40:2 40:13,15 42:5 43:18 44:4 60:8,11 61:3 62:12,13 67:11 69:8 72:3,6,7 73:18,19 79:2 79:5,9,19 81:7 82:9 91:3,14 91:22 93:15,16 97:23 98:16 105:7 109:5,6 109:9,10,22 110:18,19,24 111:5
**correctly** 9:2
**corresponden...** 81:23 88:9 89:17
**counsel** 4:18 7:18 8:3 13:7 13:19 25:15,16 25:18,23 32:14 33:5 45:23 61:6 74:12,13 101:7,19,21,24 102:18
**count** 37:3
**counted** 37:6
**country** 118:4
**couple** 5:22 35:18,24 112:3
**course** 103:16 103:19 105:5 105:11,17 112:11 113:8
**court** 1:2 3:16 4:2,7,13 6:18 8:18 9:15
**courtesy** 8:15
**covered** 12:22
**created** 66:10 66:15,20 68:2 68:8
**creating** 34:19
**criticisms** 34:17 35:6
**criticized** 35:9
**crr** 115:24
**current** 10:23 11:5 84:6
**currently** 10:2 14:12,14
**cv** 1:4
**cycles** 65:6

**d**

**d** 4:16
**dana** 2:23 32:16 74:4 101:17
**data** 48:24 52:4 58:14,20
**date** 7:11 21:18 23:3,3 44:11 44:14 104:11 115:11 118:6
**dated** 73:15 81:6 82:4 97:16
**dates** 108:20
**david** 33:17
**day** 8:8 109:20 109:20 110:2,2 114:14 118:22
**dean** 14:24 15:4,6,12,15 16:3,13 17:19 17:25 18:14,22 20:11 30:6 36:2 52:23 97:16
**dean's** 17:10 19:23
**deans** 18:10,11
**deanship** 16:24 17:4 18:24 24:6
**decide** 61:22
**decided** 24:3 32:8,10 39:21 40:12 41:12

**decision** 41:14 44:5,8,14 45:10,15,18 73:24 74:17 75:2,9 86:16 95:10 100:23 101:8 102:8,13 102:20 110:25
**decisions** 110:20
**defendant** 5:25
**defendants** 1:15 27:7 32:4 32:14,15 50:14 54:6 73:7 88:11,19,25 96:22 97:6,6 99:24 100:5 101:2 103:4,8 111:11
**defense** 25:15
**defined** 62:3
**degree** 14:2
**delivery** 4:11
**demeaning** 68:25
**demonstrating** 46:4
**department** 18:15,21 19:6 19:9,15,20 20:2,4 21:11 21:25 24:9 26:4 29:11 35:20 36:3,19 37:5,13 39:24 40:21 41:16 44:20,22 46:20 47:7 52:25 53:4,6,10,11 78:23,23 80:18 82:25 83:10 84:6 89:5,9,11 92:19 93:2 94:19,22 97:18 99:5 102:10 107:2
**department's** 19:13
**departmental** 104:25
**departments** 19:21 21:3 37:4 53:5
**depends** 37:3
**deponent** 118:6
**deposed** 5:18 5:21 6:16
**deposition** 1:22 5:12 8:9 10:9 10:21 12:5,12 13:21 118:6
**derogatory** 35:5
**describe** 18:24 24:8
**described** 49:9 49:10
**describing** 104:7
**description** 116:5
**despite** 91:11
**detail** 29:24 44:24
**detailed** 99:21
**details** 30:10 31:6,9 50:11 54:13 58:18,19 76:20 91:10
**determination** 73:21 95:6 107:19
**determine** 46:7 46:10 72:10
**determined** 71:16
**devices** 10:20
**different** 50:6 65:11
**differential** 39:8
**difficult** 7:14 8:17,22,25 91:20
**direct** 12:16 13:3 61:16
**directly** 18:6 20:14 21:8 25:7 83:14
**director** 38:17 38:20
**disabilities** 49:10 59:19 60:12 61:20
**disagreeing** 75:9
**disagreement** 74:17,22 75:2 86:16 102:12 102:19
**disagreements** 19:18
**disciplinary** 75:23 76:17
**discovered** 91:9
**discrimination** 69:20,23 75:21 76:5
**discriminatory** 34:19
**discuss** 21:7 43:9 98:17 101:8,19,24 106:16
**discussed** 12:21 12:24 21:9,10 42:14,18,24 43:15 73:23 74:3 82:11
**discussing** 98:22 102:4 106:23
**discussion** 22:13 54:10

74:15 92:24 102:17
**discussions** 19:14 31:25 32:21 33:9 35:11,13,19,25 54:4 74:7,11 93:4,6 96:9 101:21,23 102:11
**dismissal** 77:7
**district** 1:2,3
**docs** 87:8
**document** 27:19 28:11,17 51:4,7 54:24 56:19,25 57:3 57:4,10,15 65:14 67:18,19 67:23 68:9 73:10,12 78:15 78:19 88:20,22 97:10,13 100:6 100:7,11 112:5
**documentation** 46:16,21 47:3
**documents** 12:7,11,14 13:5,8,12 28:4 50:15 113:7
**doing** 11:20 24:10 71:10 84:22 107:15
**dozen** 26:12
**dr** 4:23 5:16 6:9 7:9 16:16 16:22 17:3,9 18:14,20,25 19:8,19,25 20:9,23 21:8 21:14,20 22:7 22:16 23:4,13 23:18,21 24:8 25:2,9,15 26:3 26:17 29:11,16 29:23 30:3,11 30:20,25 31:5 31:7 32:13 33:3,12,21,22 37:17 39:19,22 40:3,9 41:2 42:2,3,5,6,8,9 42:15,18,20,24 42:25 43:9,10 43:17,23 44:2 44:19 45:3,9 45:20 46:5 48:4,6,11,16 51:20 53:17 54:6,20,23,25 55:12,12,13,16 55:22 56:18 58:24 59:24 60:16,25 63:24 64:6 66:10,20 67:5,25 68:2 68:19 69:5 71:2 73:4,15 73:22 74:4,8 74:16,18 75:3 75:10 78:14,24 79:8,15 80:10 80:11,13,19 81:24,24 82:7 82:17 83:11,17 83:24 84:16,18 84:21,23 85:4 85:5,17,19,25 86:8,10,15,17 86:23 87:4 88:2,17 89:3,7 89:18 90:11,14 90:18,22 92:8 92:14 93:11,12 93:14,18,21,22 94:6,21 95:6 95:23 96:11,16 97:4,19 98:15 98:17,24 99:6 100:3,23 101:9 101:16 102:3,5 102:8,12,13,20 104:14 105:21 106:18 107:3,5 107:8,10,19 108:5,7,9 109:18 110:25 111:2,7,17 116:7
**duly** 4:17 115:11

**e**

**e** 2:2,2 4:16 29:5 74:13 78:21 81:5,6 81:22,23 82:3 82:22,24 89:3 89:16 96:6,6 97:15 104:5,11 115:2 116:2
**earlier** 69:3
**earliest** 26:25
**early** 22:15 26:2
**earn** 14:6,9
**earned** 14:3
**ecbawm.com** 2:20
**ed** 30:3
**education** 13:24,25 14:4 34:21 52:14,16 52:20,24 53:2
**educational** 18:3
**effect** 3:15
**effective** 35:8
**einstein** 1:12 2:8,23 5:3,7,8 14:7,24 15:8 15:10,23 16:3 41:10 69:10,19 70:2,8,9,24 71:9,15 76:19

86:5 95:23 96:11 101:10 106:17
**einstein's** 69:6 93:25 94:8,13 109:8
**either** 5:25 9:6 10:15 35:7 47:19 48:23 57:13 62:19 85:24
**emery** 2:16
**employed** 14:12,15,23 115:14
**employees** 18:5 18:9
**employment** 11:5 96:10
**enacting** 101:10
**encounters** 112:11
**engage** 39:21
**engaged** 59:24 60:16
**entailed** 104:21
**entirety** 100:13
**entitled** 57:16
**environment** 34:20 66:11,14 66:18,21 68:3 68:7
**equate** 40:21
**eric** 110:3
**errata** 118:2
**especially** 61:13 62:4
**esq** 2:5,11,12 2:15,19,23
**established** 67:4 79:14
**estela** 2:19 4:3 4:5,10 12:15 12:19 13:2,14 17:11 18:16 19:2,10 20:5 20:12 22:2 23:8,14 24:5 25:11 26:6 29:6,12 30:14 30:23 31:14 33:23 34:3,25 35:16 36:15,25 37:18 38:15 39:5,20 40:7 40:14,23 41:6 41:20 42:11 43:3,13,19 44:16 45:11 46:14,24 47:15 47:18 48:14,21 49:17,22 50:9 50:21 51:13,21 52:8 53:20 54:7 55:17,24 56:5 57:6,11 58:4,12,17 59:3,9 60:4,18 61:4,16 62:17 62:24 63:19 64:12,19 65:9 65:23 66:4,13 66:22,24 67:3 67:13 68:5,20 69:13 71:3,18 72:13,18 75:12 76:8,18 77:3 77:14,25 79:3 79:18,24 80:20 82:19 83:3,12 83:18,25 84:25 85:7,13,21 86:11,25 87:15 89:14 90:6,24 91:15 94:2,15 95:25 96:13,19 97:22 98:20 99:16 100:19 101:4,13 102:24 104:15 105:8,22 106:10,21 107:7 108:12 108:18 111:12 111:15 117:7
**estimation** 62:15
**et** 55:10 62:4
**events** 22:12 81:3
**evidence** 46:2,6 46:9,11
**exact** 21:18 23:2,3 95:11
**exactly** 21:22 22:11 29:18 31:3 93:4
**examination** 3:13 4:21 108:25 111:14 117:4
**examined** 4:19
**examples** 34:23 35:3
**except** 3:9
**excerpts** 101:2 113:6
**excuse** 60:9 83:7
**executive** 14:21 15:15,19 18:10 30:6 32:25 48:2
**exhibit** 7:8 10:19 11:15 27:7,9,9,11,17 28:7 32:4 45:25 50:14,14 50:20 54:6 56:12,17,20 58:10 73:7 78:5 81:11,21 88:11,19,24,25 96:22 97:6,12

99:24 100:5 101:2 103:8 109:12 111:18 111:20 112:16 112:20 116:5,7
**exhibits** 103:9
**expectation** 94:20
**expires** 118:24
**express** 74:16 74:21,25 102:12,19
**extends** 63:7
**extent** 20:6 106:4

**f**

**f** 64:4 115:2
**fact** 38:6 93:12
**factor** 45:15,17
**factorial** 105:25
**facts** 5:16
**faculty** 24:22 26:12,14,24 28:20 29:10,15 29:21 30:12,18 30:20 34:10,23 36:18 37:12,16 37:20,24 38:3 38:12 39:3,18 41:4 46:17 52:23 63:12 69:12 74:24,25 83:10,16,22 84:13,19 87:22 88:6 89:25 90:17,22 91:7 91:8 92:13 99:5,10 105:3 106:17,23
**faculty's** 31:6 31:13 45:5
**fair** 37:11 71:12 82:16
**familiar** 84:15 96:7
**favor** 87:3
**february** 36:17 44:13 46:22 53:14
**feedback** 19:13
**feel** 68:12 100:7 104:4
**felt** 39:18 41:4
**female** 65:2,20 66:11 68:4
**females** 66:21
**fifth** 2:7
**filing** 3:6
**final** 4:8 26:22 110:22
**find** 16:12 92:18
**findings** 98:4,9 99:14,20 102:2
**finish** 8:13,15
**fink** 2:6
**first** 4:17 8:10 18:23 28:16 29:14 52:6,10 56:23 57:4,9 57:14,15 61:9 63:11 67:22 73:10 75:17 78:17 82:6 89:2 97:25 103:12 107:16 110:11 111:23 112:4,23 113:2 113:5,10
**five** 72:25 107:24
**floor** 2:3,7
**focus** 50:22 64:8
**focusing** 68:23
**folks** 29:22
**follow** 71:24
**following** 63:23 64:23 83:9 86:23 93:18 94:22 108:6
**follows** 4:20
**followup** 57:16 59:2,7 97:18 112:18
**force** 3:15
**forced** 40:10
**foregoing** 115:10,12
**form** 3:9 17:7
**former** 16:8
**forms** 59:25
**forward** 8:6 78:12 84:7,9 84:11
**frankly** 21:21 62:20
**front** 6:18
**full** 11:8 79:12 82:7 97:25 100:24 103:12 103:13 113:5
**funding** 19:16
**further** 3:8,12 32:20 68:9 87:19 108:23 111:10 114:2 115:14

**g**

**g** 4:16 96:6
**gabrielle** 2:5 4:24
**gender** 49:16 50:7 59:19,25 60:6,8,11,12,17 60:20 61:20 62:16,19,22,23 63:3,8,18,21 64:8,17 66:2 68:12,19 70:20
**genders** 66:5 66:16

**general** 34:7,20 49:11 59:5 61:23 63:6 70:7
**generally** 19:12 24:22 70:17
**generically** 112:9
**gesture** 8:24
**getting** 19:12 19:22
**gilchrist** 2:25
**give** 6:19 8:21 9:2 11:8 25:18 34:24 38:8 48:18
**given** 75:14 80:2
**giving** 8:11 42:19 64:7 80:13
**global** 53:9
**go** 8:7,9 32:20 61:7 107:25
**going** 9:11 10:12 12:16 13:2 17:21 28:10,16 42:9 43:20,24 50:25 51:3 56:23 74:6 78:10 84:12 92:3 100:9 104:8 106:18
**good** 4:23 24:10 93:7
**goodwin** 2:11
**gordon** 1:12,22 2:18 7:9 114:11 115:10 116:8 118:6
**gotten** 24:18 80:25 95:12
**graduate** 13:25 14:3 52:14,16 52:20,24 53:2 53:12 57:18
**grant** 61:25
**ground** 8:7
**grounds** 12:18 12:20
**group** 32:25 35:20 39:22 48:3 68:24 73:24 74:2
**groups** 68:24
**gvinci** 2:5

**h**

**h** 116:2
**hair** 64:2
**halfway** 59:18
**hall** 36:9,12
**halls** 36:3,4 84:5
**happen** 43:20 43:24 44:7 88:5 89:23 104:8
**happened** 13:9 89:18 106:4
**happening** 55:9 89:10 104:18
**happy** 24:2
**harassment** 70:4 75:21 76:4
**harbored** 111:7
**head** 57:22
**heading** 59:17 60:7,10 61:19
**health** 1:9,10 2:9,10 5:4 15:17 16:9 86:7 98:12
**hear** 9:4 20:19 24:25 25:4 53:22
**heard** 20:17 26:25 48:2,17 67:16
**hearing** 6:8 85:23
**hearsay** 83:20
**heart** 14:16,18
**hecker** 2:6
**heckerfink.co...** 2:11,12
**heels** 64:10
**help** 8:8
**helps** 52:23
**hereinafter** 4:18
**hereto** 3:6
**highest** 13:23 14:2
**hiring** 16:12,23
**hold** 36:5
**home** 10:5,7
**host** 68:11
**hours** 9:16
**housekeeping** 25:14
**hr** 45:3 48:3 55:8
**hugging** 62:4
**huh** 8:25
**hum** 8:25
**human** 33:4,6 38:17,19
**hurt** 85:19

**i**

**identification** 7:10,16
**identified** 71:8
**imminent** 80:25
**implicated** 71:2 71:17,22 72:12 106:9
**implicating** 105:7
**impression** 17:20 37:17

64:7
**inappropriate** 46:19 49:20 62:10 63:7,13 64:21 65:22 66:7 68:10 69:11
**inappropriately** 61:2 63:25
**incidents** 34:24
**include** 98:4
**included** 33:2 33:16 76:22
**includes** 59:22
**including** 32:18 33:3 77:7 100:15
**incorporated** 69:22
**independent** 78:3
**independently** 13:13
**index** 117:2
**indicated** 115:11
**individual** 96:5
**inform** 84:6
**information** 31:18,20 46:3 48:19 89:3 104:19
**informed** 42:6 106:13
**initial** 64:24 108:21
**initiate** 47:10
**innuendos** 62:10
**inquiries** 45:4 84:4
**instructed** 25:17
**instruction** 25:22,22
**interest** 41:14
**interesting** 60:20
**interim** 82:12 92:18 93:8,13 93:23
**interpose** 25:16
**interpret** 71:19
**interpretation** 68:16
**interviewed** 16:19 103:23
**interviews** 45:4
**intimidated** 37:22,25 38:4 38:13 39:3,18 41:4
**introduce** 7:2,3 32:14
**investigate** 31:23 45:16,18
**investigated** 32:9 98:14
109:8
**investigating** 71:9 98:2
**investigation** 31:17 32:18 39:14,16 40:11 41:12 43:2,12 43:18,22 44:4 44:6,9,15 45:10 47:10 55:10,16 71:7 71:10,23 72:11 72:21,23 73:17 74:19 75:19 77:10,17,24 78:24 79:8 83:24 84:22 85:6,18 86:10 86:17,21,24 87:11 88:2,6 89:8,18,24 91:10 92:2 94:23 95:2,7 95:13 97:19 102:2 104:9,17 104:24 105:6 105:12,14,18 106:2,7,14,14 107:12,17 108:7,9,15,21 109:20 110:16 111:25 112:7,8
**investigations** 6:10 50:2
112:13 113:9
**investigative** 100:25
**investigator** 103:16,19 106:8
**investigator's** 99:13 110:5
**investigators** 110:3
**investigatory** 39:22
**invoked** 103:25
**involve** 49:19
**involved** 72:4
**issue** 50:3 98:3
**issues** 20:3 24:19,24 25:5 89:9 93:24 105:20
**items** 69:24
**iteration** 6:6
**ix** 70:11,17 71:2,6,10,16,21 71:24 72:4,11 103:21,23 104:5,13,22 105:7,20 106:9 106:17 107:4 108:9,15 109:3 109:5,9

**j**

**jane** 1:14
**jineen** 1:23 115:6,24
**job** 10:22,23 17:24 24:11 36:12
**john** 1:14 85:25 86:2
**jokes** 62:11 65:3
**jordan** 1:13 2:9 33:17,21 53:18 54:6,23 55:12 58:25
**judge** 6:19
**junior** 26:13
**justify** 41:25

**k**

**k** 63:24
**kamran** 1:6 2:22 4:25 60:25 63:12 64:25 67:25
**kaplan** 2:13
**kaplanmartin...** 2:15
**keep** 27:12,21 91:21
**khodakhah** 1:6 2:22 5:2 6:9 16:17,22 18:14 18:20,25 19:8 19:19,25 20:9 21:8,14,20 22:7,16 23:4 23:13,21 25:2 25:9 26:17 29:11,16 30:11 31:7 33:12,22 37:17 39:19,22 41:2 42:3,6,9 42:20 43:10,17 43:23 44:2 45:9 46:5 51:20 54:20,25 55:12,13,16,22 59:24 60:16 63:24 64:6 66:10,20 68:2 68:19 69:5 71:2 73:15,22 74:18 75:3,10 78:24 79:8,15 80:11,14,19 81:24 82:7,17 83:11,17,24 84:23 85:6 86:10,18,23 87:4 88:2 89:4 89:7,19 90:11 92:8,15 94:6 94:21 95:6,23 96:11,16 97:19 98:15,18,25 99:6 100:24 101:9 102:9,13 102:20 104:14 105:21 106:19 107:5,9,10,19 108:7,10 111:2 111:7 118:5
**khodakhah's** 5:17 17:3,9 20:23 23:18 24:8 26:3 42:25 44:19 85:19 90:14,18 90:23 93:14,18 93:21
**kind** 31:9 34:19 39:9 49:3,12 68:25,25 70:6 70:18 79:11 91:20,21 93:6 104:22
**kinds** 24:19 31:21 35:10 69:24 70:19
**know** 5:15 7:21 9:6,19 10:15 11:18 16:22 21:9 23:2,7,9 23:10 28:14 34:7 36:24 37:7 38:3 39:9 47:20 51:14,14 53:25 55:2,19 55:22 56:2,3,7 57:17,21 58:6 58:18 59:6,11 60:5 61:17 72:8,15 82:21 88:20 96:5,8 97:8 104:18 109:15 113:3
**knowing** 40:25
**knowledge** 36:11 58:13 61:23 70:22 104:13
**known** 92:2
**knows** 104:20
**kohn** 33:18 93:11,12
**kohn's** 93:22

**l**

**l** 3:2 4:16,16 64:4
**lab** 65:5 87:7 87:13,18
**labeled** 110:12
**lack** 21:24
**lak** 1:4
**large** 31:9
**larger** 53:4
**law** 70:10
**le** 2:15 17:6 22:3 25:12 26:7 30:15 31:15 32:12 34:15 35:2,17 37:19 39:6 40:18,24 41:7

41:21 42:12 43:4 44:17,23 45:6,12,19 46:15,25 47:24 48:15 49:23 50:8 51:12,22 53:21 54:8 55:18,25 56:6 57:7,12,24 58:5,16,22 59:10 60:3,19 61:5 62:18,25 63:20 64:13,18 65:8,10 66:3 66:12,23 68:6 68:21 69:14 70:16 71:4 72:2,14,19 76:9 77:4,13 77:20 79:4,17 79:25 80:8,21 82:20 83:4,19 84:2,10,24 85:14,22 86:12 87:23 89:13 90:7,25 91:16 94:3,16,24 96:2,18 97:21 98:21 99:8,15 100:20 101:5 101:12 102:15 104:6,16 105:9 105:23 106:11 106:20 107:13 107:21 108:17 109:2,11 111:10 117:6

**lead** 68:17 103:20

**leader** 33:4,6 41:16

**leaders** 20:2

**leadership** 73:24 74:2 92:25 93:2 98:12

**learn** 17:9 26:9 94:5

**learned** 26:2 52:12 83:2

**learning** 54:19 83:15

**leave** 10:16 23:13

**leaving** 78:25

**lee** 2:23 32:16 32:22 45:22 74:5 81:25 101:17

**left** 27:24

**legal** 32:17,23 101:7

**letter** 26:11,23 27:4 28:14,19 28:23 29:2,8 30:13,16,22 32:3,6 33:10 33:16 35:14 37:12,16,21,22 38:4,13 39:4 41:5 43:16 44:3,21 46:12 46:23 47:9 71:14,22 73:14 84:13 105:19

**letters** 55:7,7,8

**level** 6:8 13:23 13:25 14:3 22:13 109:20 110:2

**line** 69:24 118:7

**lines** 103:14

**list** 28:3,7 103:6,8 109:14

**listed** 46:17

**litigation** 117:2

**little** 56:21 78:16 100:7

**lives** 62:11

**llc** 118:3

**llp** 2:3,6,13,17

**located** 10:3

**lodged** 39:10

**logistics** 11:24

**long** 14:17 15:18 44:13 50:25

**longer** 95:15

**look** 27:3,5 56:22 57:14 61:9 75:16 82:6 88:20,24 97:7 111:17

**looked** 13:16 13:17 58:10

**looking** 111:19

**looks** 7:20,23 52:22,23

**luz** 2:19

**m**

**m** 4:16 64:5

**m.d.** 14:5,6,10

**maazel** 2:17

**mad** 65:5

**made** 26:15 29:9,14 35:22 44:5,8,14 47:22 48:4 63:12 73:6,21 95:5 100:22 102:8 105:17 106:7

**mail** 29:5 74:13 78:21 81:5,6 81:22,23 82:3 82:22,24 89:3 89:16 97:15 104:5,11

**main** 49:12

**maintain** 70:3 70:10

**make** 31:20 45:3 46:6 62:10 65:3,3

68:12 95:3,9 104:24 110:20
**making** 20:15 49:15 63:16 65:21
**man** 111:4,8
**managed** 21:6
**managing** 109:19 110:2,4
**march** 73:15 81:6 82:4,17 82:24,25 97:17 104:12
**mark** 78:10
**marked** 7:10 10:13 27:6 50:13 73:7 81:10,21 88:18 97:5 100:4
**martin** 2:13
**maryland** 10:4
**material** 12:21
**matter** 25:15 43:22
**maximum** 9:16
**mean** 9:12 26:19 43:21 51:25 74:12 104:19 112:7
**meaning** 5:24 34:16 36:2
**meaningful** 9:9
**means** 5:13 48:17
**measures** 43:7 43:10 75:23 76:17
**medical** 1:11 2:9
**medicine** 1:9 1:12 2:8,10,24 5:4,7 14:8,25 15:8,16,24 16:9 18:4 41:11 52:21 77:8 84:20 86:6,6 93:3
**meeting** 36:14 101:15,17
**meetings** 35:21 35:23 36:9
**member** 69:12 74:24 84:19
**members** 26:12 28:20 30:20 34:24 36:18 46:17 83:10,16 91:7,8 95:23 96:4 99:4,10 104:25
**mention** 48:4 104:5
**mentioned** 47:11 58:6 75:14
**mentoring** 87:8
**merit** 1:23 115:7
**met** 33:2 38:21
**middle** 95:19
**miltenberg** 2:3
**mind** 40:16 79:20
**mine** 73:25
**mineola** 118:4
**minute** 72:25 107:24
**misbehavior** 70:18 87:17 104:20,21
**misconduct** 46:4 51:19 59:25 60:16 63:5,17 68:19 87:14,20 106:5
**mispronounce** 22:21
**mistreatment** 26:13,16 47:6
**moment** 50:17 56:14 78:7 81:13 88:13 96:24
**moments** 89:23
**montefiore** 1:9 1:10,11 2:9,9 2:10 5:4 15:16 15:20 16:9 22:18 23:12,17 86:6 118:5
**month** 38:25
**months** 14:19
**motivated** 111:3
**move** 8:6,13,16
**moving** 78:11 84:7,9,11
**multi** 56:19 105:25
**multiple** 37:4 53:10 91:11 100:6 112:11
**myles** 33:18

**n**

**n** 2:2 3:2 4:16 115:2
**name** 4:24 22:21 93:6,10 118:5,6,20
**name's** 96:7
**named** 5:24,25 96:6
**names** 35:5
**nature** 6:3 20:23 48:12
**necessarily** 63:22
**need** 4:8,12 9:18,20 11:12 11:14 25:25 51:2 67:6 76:11 78:11,16 104:4

**needed** 21:5 31:22,23
**nesenoff** 2:3
**neuroscience** 18:15 19:20 21:12 29:10 34:10 35:19 36:19 37:13 40:21 44:20,22 47:7 53:6,11 57:18 74:25 78:22 80:18 89:5 92:19 97:17 99:5,10 107:2
**never** 75:5 91:9
**new** 1:3,24 2:4 2:4,7,7,14,14 2:18,18 16:13 118:3,4,4,4
**ngso** 57:16,17 58:2,25 59:7
**nicknames** 68:11
**nmllplaw.com** 2:5
**notary** 1:24 3:14 115:9 118:24
**note** 8:23 9:2 50:23 60:25
**noted** 27:9 114:4
**notes** 36:8,13 60:7,11,15 61:10,11 108:2 115:13
**notice** 83:9 86:24 89:8
**notify** 103:22
**notifying** 73:16 78:23
**noting** 79:22
**number** 11:4 33:2 35:3 36:20 37:8 55:8 68:10 90:12,15,16,19 93:5

**o**

**o** 3:2 4:16,16 4:16 115:2
**oath** 5:14 6:18 6:20
**object** 40:6
**objecting** 32:19
**objection** 12:15 17:6,11 18:16 19:2,10 20:5 20:12 22:2,3 23:8,14 24:5 25:11,12 26:6 26:7 29:6,12 30:14,15,23 31:14,15 32:12 33:23 34:3,15 34:25 35:16,17 36:15,25 37:18 37:19 38:9,15 39:5,6,20 40:14,18,23,24 41:6,7,20,21 42:11,12 43:3 43:4,13,19 44:16,17,23 45:6,11,12,19 46:14,15,24,25 47:15,18,24 48:14,15,21 49:17,22,23 50:8,9 51:12 51:13,21,22 52:8 53:20,21 54:7,8 55:17 55:18,24,25 56:5,6 57:6,7 57:11,12,24 58:4,5,12,16,17 58:22 59:3,9 59:10 60:3,4 60:18,19 61:4 61:5 62:17,18 62:24,25 63:19 63:20 64:12,13 64:18,19 65:8 65:9,23 66:3,4 66:12,13,22,23 67:13 68:5,6 68:20,21 69:13 69:14 70:16 71:3,4,18 72:2 72:13,14,18,19 75:12 76:8,9 76:18 77:3,4 77:13,14,20,25 79:3,4,17,18,24 79:25 80:8,20 80:21 82:19,20 83:3,4,12,18,19 83:25 84:2,10 84:24,25 85:7 85:13,14,21,22 86:11,12,25 87:15,24 89:13 89:14 90:6,7 90:24,25 91:15 91:16 94:2,3 94:15,16,24 95:25 96:2,13 96:18,19 97:21 97:22 98:20,21 99:8,15,16 100:19,20 101:4,5,12,13 102:15,24 104:6,15,16 105:8,9,22,23 106:10,11,20 106:21 107:7 107:13,21 108:12,17,18
**objections** 3:9 25:16

**obviously** 8:10
**occasional** 24:16
**occasions** 112:3
**occurred** 91:13
**offended** 62:20
**office** 8:2 10:6 19:23 97:16,16
**officials** 98:2
**oftentimes** 19:14
**oh** 7:14
**okay** 4:13 5:9 6:14 7:15 9:13 9:24 28:5,12 32:24 65:15 97:11
**old** 118:4
**once** 31:23 39:21 78:14
**ones** 13:15 24:23
**open** 10:20 11:2,17 87:7
**operational** 24:19
**operations** 104:8
**opinion** 17:3,15 23:24 77:16,23 78:2 94:11
**opinions** 23:20
**opportunity** 75:15 80:14 98:25
**opposed** 82:13 87:3
**opposition** 86:20
**option** 38:8 42:20 80:2
**order** 9:15
**ordering** 4:3,6 4:11
**organization** 57:19,22,23
**orgasm** 65:21
**orgasms** 66:6
**original** 71:7 112:4,5
**outset** 72:10,22
**outside** 6:15 13:16 35:22 101:23 102:18
**overall** 49:3,6 68:22
**oversees** 52:20
**oversight** 18:2 52:21 53:12
**overview** 31:10
**overwhelmin...** 64:20
**own** 31:17 42:16 53:2
**ozuah** 22:22,23 22:24

**p**

**p** 2:2,2 3:2 63:24 96:6
**p.m.** 1:18 114:4
**pablo** 1:13 2:8 33:17 106:24
**page** 50:21 56:19 57:14 59:12,18 65:11 75:17 89:2,7 100:6 110:12 113:11 116:5 117:5,6,7 118:7
**pages** 50:23
**panels** 11:4,7
**paragraph** 75:17 79:7,10 79:11,12 82:7 97:25 103:12
**part** 10:13 34:9 34:12 35:5,11 46:4 47:2,6 49:8 54:16 61:6 67:15 68:17 74:14 95:19 102:7 104:7 112:13 113:7
**particular** 62:22 76:25 77:11,18
**parties** 3:6
**parts** 93:4
**party** 5:24 6:17 115:15
**pause** 4:15 7:5 50:18 56:15 78:8 81:14 88:14 96:25
**pavesi** 1:23 115:6,24
**pegues** 96:6,6
**pendency** 43:12 79:7 87:10,25 89:24
**pending** 9:22 40:10 43:2 74:18
**people** 8:19 18:11 20:20 33:3 37:4 49:9 61:11,23 87:18 91:9
**people's** 62:11
**performance** 24:9,15 25:9
**performed** 51:10,15
**performing** 20:11
**period** 15:21 24:13 25:3,7 66:25 87:21,24 92:10 94:9

**permanent** 91:23 92:12 93:19
**permanently** 91:14 95:15 100:23 107:9 108:8
**permission** 61:25
**person** 39:9 98:13 103:22
**perusing** 28:11 56:25 65:14 73:12 78:19 88:22 97:10 100:11
**peterson** 2:12
**physical** 49:20
**pick** 17:10
**pieces** 100:14
**place** 44:4 69:10 75:6,8
**plaintiff** 1:7 2:4 5:25
**plaintiff's** 7:4,8 27:20 81:10,21 116:4
**planning** 43:21
**plans** 84:7,9,11
**platform** 10:18 103:9
**plaza** 2:17
**pleaded** 23:13
**please** 7:7 8:12 9:2,6,19,22 11:6,18 27:5 56:12 78:5 96:22 97:7 99:24 100:6 103:4
**plenty** 10:22
**point** 9:18 15:23 53:25 67:6 104:23 106:6 110:5,8 110:10
**pointed** 54:14
**policies** 41:18 69:9,20 70:3,6 70:7 75:20,24 76:4,15,20,21 76:23 109:9
**policy** 70:10,14 71:24 76:15,25 77:6,11,18
**posed** 9:5,11,13
**position** 15:13 16:5,7 17:10
**positions** 15:13
**possible** 8:9 76:22
**post** 87:8
**potential** 69:6
**power** 39:8
**premarked** 7:3
**preparation** 12:12 13:20 26:15,21
**prepared** 59:6
**presence** 102:18
**present** 2:21 101:19,22,24
**presented** 101:15
**president** 14:21 15:15,19 16:8 22:18,20,24 23:12,17
**pretty** 5:12 20:25
**previously** 14:23 15:22 27:6 56:19 73:7 81:21 88:18 97:5 100:4,18
**primary** 37:5
**prior** 6:6 15:6 28:23 29:8 30:21 52:3 92:4,11 95:21
**privilege** 12:20 12:22 13:4 32:15,20 45:21 110:18
**privileged** 110:13
**privy** 98:9
**probably** 30:16 95:19
**problems** 27:2
**procedure** 11:25
**proceed** 10:16 12:5 32:2 77:18 88:21 97:9
**proceeding** 6:15
**proceedings** 5:6 11:9
**process** 17:16 17:18,22 92:17 103:25 104:10 105:2 112:10
**professional** 115:7
**professor** 15:22 106:25
**programs** 52:22
**prohibited** 75:22 76:6
**prominent** 93:7
**promised** 82:8 82:10
**protest** 75:15
**protocols** 8:8
**provided** 98:25 99:6
**pruzan** 110:3
**pruzan's** 110:8
**psychiatry** 86:5

**public** 1:24 3:14 115:9 118:24
**pull** 50:13 99:24 103:4,7 109:12 112:17
**pulled** 109:16 109:17
**purpose** 36:13
**pursuant** 1:23 9:15 77:11,18 109:8 110:17
**pursuing** 83:23
**put** 8:5 83:6,8

**q**

**question** 3:10 8:13,16 9:4,5,7 9:8,10,22,23 12:17 19:4 25:20,25 28:16 43:6 50:24 51:3 56:23 69:16,17 73:10 77:22 78:17 83:22 89:21 94:4 100:9 105:11
**questions** 5:13 8:11,21 9:3 11:23 25:17 54:15 108:24 111:11,13 114:3
**quickly** 4:12 103:22
**quite** 112:8
**quote** 26:20,21

**r**

**r** 2:2,15 4:16 115:2
**race** 59:19 60:12 61:20
**racist** 60:6,22
**raise** 86:8,15
**raised** 30:12 32:6 48:19 51:19 68:18 70:25 71:17 72:12 94:6 104:13 105:6 105:20 106:8 109:4
**raising** 85:18 86:13,20
**ramirez** 33:7 45:3 48:18 72:6,9 74:4,8 74:21 81:25 101:16 102:5 102:19 109:4 110:9
**ramirez's** 108:16
**rather** 7:2 64:8 77:11 79:16 80:15
**rationale** 80:16
**raw** 58:20
**read** 9:7 68:8
**reading** 61:17
**reads** 75:18
**ready** 88:21 97:8
**really** 21:21 22:5 34:8 38:7 51:2 79:12 107:14
**realtime** 1:24 115:8
**reason** 12:3 22:4 37:23 41:8 75:13 118:7
**reasons** 84:4 106:2
**recall** 5:15 16:20 19:17 20:9,17,20,22 21:18 22:11 23:3 24:16,22 25:13 26:5 29:3,4,7,18,24 29:25 30:10 33:24 34:6 36:6,20 38:2 38:24 41:22 43:14 44:10,12 44:19 45:2 47:16,19 48:8 48:16,22 49:2 49:5 50:10 51:15 52:10 53:8 54:13,22 54:24 56:10 57:2,8,13,25 58:19,23 59:4 74:20,23 75:4 75:8 76:20,25 77:5,15 80:22 81:2 83:5,13 83:15,20,21 84:3 85:2,4,11 85:15,17,23 86:13,19 87:2 87:16 90:11,12 90:15,16,19 92:9,16 93:3 94:10 95:11,16 95:18,20 96:15 98:22 99:9,18 99:21 100:12 100:18,21 101:6,15 102:4 102:23 103:2 106:22 107:6 108:5,19 111:24 112:3 112:25
**receive** 24:14 28:25 87:12,19 92:6,12 110:22
**received** 45:22 46:12 71:13,15 92:8,14 95:16

**receiving** 28:23 32:3 44:2 87:16 95:21
**recess** 73:2 108:3
**recipient** 82:3 89:2
**recognize** 28:17,18 51:3 51:6 73:11,13 78:18,20 97:12
**recollection** 13:8 45:13 49:14 50:4 53:19,24 91:4 98:11
**recommendat...** 98:5,10
**record** 7:17 9:17 11:10,14 81:22
**recruiting** 64:7
**refer** 5:6
**reference** 26:19
**referred** 70:17 76:11 108:22 109:4
**referring** 6:11 34:14 46:22 55:11 61:6 76:6,16 77:2 92:21
**reflected** 32:22
**refrain** 88:8 90:2
**refresh** 7:7 13:8 27:17 53:18,23
**refreshing** 27:21 28:9
**regard** 43:15
**regarding** 5:14 11:24 17:20 20:2 22:10 23:17 24:14 25:9 26:3 29:11,15 30:11 31:2,7 33:11 33:22 42:25 48:19 52:24 54:5,17 68:18 74:7,8 82:12 86:9 87:14,17 87:20 88:6 89:8 90:22 91:10 92:7,13 94:7 96:10 97:18 104:14 107:5 110:21 112:12
**regardless** 43:25 66:17 75:7 104:9
**registered** 1:23 115:6,7
**regular** 4:10 38:21,23
**rejected** 81:4 82:17 83:2
**relate** 11:4 49:15
**related** 6:9 12:8 24:18 69:10,20 69:23 70:3,10 89:9 93:24 108:14 115:15
**relates** 46:5 70:18
**relating** 105:20
**relation** 44:12
**relationship** 18:25 19:6,8 62:2
**relatively** 21:5 31:9
**remain** 82:13
**remarked** 65:4
**remarks** 63:13 63:17
**remember** 53:13 81:3 111:19,22 112:19,22 113:9
**reminding** 45:20
**remote** 1:22
**remotely** 4:17
**removal** 75:15 91:23 92:4,12 93:19 101:11 107:15
**remove** 85:5 95:6 100:23 101:8 102:20 107:19 111:2
**removed** 91:14 108:8
**removing** 107:8,9
**repeat** 37:7
**repeated** 91:6
**rephrase** 9:8 69:17
**report** 29:23 52:2 63:24 64:5,25 98:3 98:19 99:2,7 99:13,22 100:18,25 101:14 102:7 107:3 110:12 110:16,22 113:5
**reported** 18:6 18:12,21 38:16 38:19 62:9
**reporter** 1:23 1:24 4:2,7,13 6:19 8:18 115:7,8,8
**reporting** 18:18 66:9,19 118:3

**reports** 46:18 47:6 65:17
**represented** 93:25 94:8,13
**representing** 4:25 94:18
**reputation** 85:19
**request** 45:8,14 75:5
**requested** 43:17 44:3,6
**requesting** 43:23 80:11
**require** 56:21
**research** 14:22
**reserved** 3:10
**resign** 21:14 23:5,22 35:7
**resignation** 22:7,10,17 23:18
**resigned** 21:20 21:23
**resources** 21:3 21:3,11 33:4,6 38:17,19
**respect** 19:19 32:20 76:16 80:10
**respective** 3:6
**respond** 25:18 25:23,25 38:10
**response** 8:21 43:16 44:2,20 44:21,25 53:22 84:13 90:20 101:25
**responses** 8:24
**responsibilities** 17:25 52:22
**responsible** 109:19
**restamp** 27:11
**result** 59:8 95:7 107:12
**results** 26:22 40:11 46:13 47:12 48:25 54:5,21 55:15 55:23 56:4,9 57:16 58:25 67:12,25 68:16 71:14,22 75:18 84:14 95:12,17 95:22 105:19 112:18
**return** 94:21 96:12 102:9,13
**returning** 95:24 96:4
**review** 12:14 13:7,13 28:13 51:2 55:21,23 56:4,9 70:23 73:9 78:15 98:18 99:2 100:6
**reviewed** 12:11 12:25 13:6,15 16:18
**reviewing** 50:22 67:8
**rft** 1:4
**right** 11:12,20 42:4 69:7 71:25 79:16,23
**rmr** 115:24
**road** 118:4
**rockefeller** 2:17
**role** 14:20 15:7 15:9 20:11 78:25 79:9,21 79:23 93:13,18 93:22 94:7,12 94:18
**roles** 15:7 93:24
**room** 10:9,14 74:14
**rough** 4:8
**rpr** 115:24
**rules** 8:7
**run** 72:16
**rush** 4:8,12

**s**

**s** 2:2 3:2,2 4:16 96:6 116:2
**safyer** 16:10 22:19
**sake** 8:17
**sanction** 107:11,16
**sanctions** 76:21 77:6
**sara** 2:19 33:25 40:6
**saw** 67:5,20,22 99:19 111:22 112:4,23 113:2 113:5,10
**saying** 62:21,22 85:16
**says** 59:18 60:6 61:21 82:10
**school** 18:4 93:3
**science** 64:9
**screen** 11:3
**scroll** 59:12
**sealing** 3:7
**second** 63:9 79:12 89:6 97:24
**section** 54:14 59:22 60:10,14 60:24 103:13
**sections** 100:17
**see** 7:12 25:21 27:17,18,24 28:7 35:22 48:24 54:5

59:13,20 61:14 61:20 62:6,14 63:14 64:2,11 64:14 65:7,13 65:16 72:23 75:25 82:3,14 89:12 94:25 98:6 99:12 100:25 103:17 104:2 110:11
**seeing** 29:8 57:2 100:12,18
**seek** 35:12
**seen** 7:21,24 26:22 48:2 52:4 54:23 56:24 58:20 67:11,16,18,19 100:10,14,24 111:25 112:2 113:8
**send** 80:17
**sender** 89:2
**sending** 30:21 90:11
**senior** 30:19
**sent** 29:4
**sentence** 75:18 97:24
**separate** 13:5 30:12 39:15 58:9 69:18,24 70:3,6 103:25
**september** 1:17
**sequence** 22:12
**serve** 15:3,18 93:17 95:14
**served** 7:18 15:12 16:23
**serving** 8:2 93:7
**sestela** 2:20
**seventh** 2:3
**several** 20:20 26:16 38:25 47:11 71:8 90:9 111:25
**sex** 62:11 65:3 65:20 70:18
**sexist** 60:6,22 63:12,17
**sexual** 61:14 62:5,10 65:3
**sexuality** 70:19
**shading** 7:13
**share** 10:19 11:16 27:9 31:6
**shared** 81:20
**sheet** 118:2
**short** 21:5 50:25
**show** 8:14 95:2 111:16 112:16
**showed** 52:6,10 57:9 72:23 111:18
**showing** 88:17 97:4 100:3 112:19
**sign** 37:16,21 37:22 38:4,13 39:3
**signatories** 33:10 35:13
**signature** 115:21
**signed** 3:13,15 26:11 28:19 37:12
**signing** 41:4
**similar** 6:17 21:2
**simply** 5:7
**sir** 5:9 6:22 7:12 8:15 10:3 11:3,7 12:8 13:7 17:8 18:6 27:23 28:14 31:2 50:24 53:23 56:21 59:14 65:17 70:13 73:10 74:7 75:25 81:18 82:4 83:6 90:4 97:8 97:13 103:17 105:14 108:24
**site** 10:19
**sitting** 76:24
**situation** 84:7 103:20
**slide** 57:15
**smoothly** 8:9
**sorry** 10:24 23:9 33:25 40:6 42:13 52:9 53:23 100:21 102:25
**sort** 8:23 11:24 25:14 82:7 89:2 97:18 106:3
**sounds** 82:22
**sources** 55:8
**southern** 1:3
**speak** 17:20 30:25 33:14 37:9,15 54:20 58:24 83:10 86:22
**speaking** 59:4 83:13,16 87:3 99:9
**specific** 26:25 31:21 33:11 44:10 50:3 59:5 61:6 66:16 70:20 77:6 80:22 84:3 104:22 108:19
**specifically** 12:21 13:15

26:9 33:20 54:24 55:20 60:7,11 66:21 68:3 70:14 91:25 98:23 112:23
**specifics** 30:10 34:6 48:8,22 49:3
**spoke** 35:21 54:22
**spoken** 13:20 17:14 23:16 30:20
**spray** 33:17
**staff** 26:13 34:17 35:6,7 95:22 96:3
**stamp** 59:13
**stamped** 56:20
**standpoint** 109:24
**start** 24:6 26:18 31:16
**started** 31:25 39:14 108:9
**starting** 15:6 39:16
**starts** 82:8 103:13
**state** 1:24
**states** 1:2
**status** 42:25
**stay** 23:23,24 24:3
**stenographic** 115:13
**step** 39:23,25 40:4,8,9,10 42:3,7,21 79:8 79:15,21 80:2 80:12,14 81:4 82:18
**stepping** 40:17 40:22 43:11
**steps** 31:12 32:5
**steve** 16:9 22:19 33:17
**stipulated** 3:4,8 3:12
**straight** 91:21
**strike** 28:24 37:10 43:7 52:13 67:9 81:5 95:3 105:3
**strongly** 82:13
**structure** 18:19
**student** 26:14 26:16,18,20 46:3 47:12,12 47:23 48:3,7 51:8,17 52:13 57:18 61:10,11 62:8 63:10,23 63:24 64:22,23 65:20 68:12 71:14 84:14 105:18 113:6
**students** 25:2,4 26:13 34:18 35:4 46:5 48:10,13,20 49:10,16,21 50:6 51:20 54:17 59:24 60:17 61:2 63:23 64:4,9 65:2,16,20 66:9,11,16,19 68:4,8 70:25 86:22 87:2,8 88:7,9 90:2,13 90:22 92:7 104:12
**subject** 6:23 8:2 68:25 75:23 77:10
**subpoena** 1:23 6:23 7:9,17,22 7:25 8:2 116:7
**subscribed** 114:13 118:21
**subsequent** 49:25
**substance** 101:21
**sufficient** 41:25 46:2,6,9 47:10
**suggestion** 82:11,18
**suited** 34:21
**summaries** 67:16 112:2
**summarized** 67:24
**summarizes** 30:17 60:15
**summary** 49:4 49:6 51:25 59:7 62:9 63:10 64:5 65:17 98:4,9 99:13,19 101:14 102:7
**supply** 21:5
**support** 19:19 19:23 20:3 21:24 42:19 83:11,14,16 86:23 117:2
**supposed** 88:7 89:19 90:2 101:18
**sure** 31:3,20 43:5 46:6 47:21 51:24 53:3 57:3 67:20 69:15,21 69:23 77:21 80:9 96:8 99:17,20,21 101:18 104:24

105:10 109:25 113:4
**surprise** 17:8
**survey** 26:14 26:19,20,23 46:3,13 47:12 47:13,14,23 48:3,7,20,25 49:6 51:10,15 51:17 52:4,13 54:5,20,25 55:15,23 56:4 56:9 57:16 58:3,7,9,14,21 59:2,7 67:2,5,8 67:11,25 68:16 71:14,22 105:18 112:5 112:18
**surveys** 47:17 51:8 59:5 67:16 84:14
**suspend** 40:12 73:21 74:18 75:2,10
**suspended** 69:4 79:16,22 80:3 80:7,15,19,24 87:5 88:3 91:5 92:4,22
**suspending** 41:2,8 73:17
**suspension** 40:16,22 41:25 87:11 92:11 93:14,22 94:9 94:14
**sworn** 3:14,16 4:17 114:13 115:11 118:21
**synch** 65:6
**system** 1:10,10 2:9,10 5:4 98:13

**t**

**t** 3:2,2 4:16 115:2,2 116:2
**t&m** 71:7 95:13 110:3
**t&m's** 109:19
**tabs** 10:20 11:16
**take** 5:12 8:18 9:11,18,19,23 10:15,21 11:13 22:25 25:24 27:3,5 31:12 32:5 36:8,13 44:4 50:25 56:20 72:24 73:9 88:19 97:7 107:11,23
**taken** 43:11 73:2 101:25 108:3
**talking** 8:19 54:25 61:18 66:25 105:13
**teach** 87:6
**teleconference** 1:22
**tell** 33:21 39:2 48:6,11 54:10 56:8 85:8 99:4
**telling** 85:5 96:15
**ten** 14:19
**tender** 22:7
**tendered** 22:17
**tenure** 22:15
**terms** 49:9 53:9 64:24
**testified** 4:19 28:20 42:2 67:10,17 69:3 89:17,22
**testifying** 51:18
**testimony** 6:19 38:9 55:14 67:4,14 68:15
**text** 60:22
**thank** 4:14 11:21 34:5 40:7 45:24 108:24 114:2
**thing** 62:3 88:4 89:23
**things** 20:18 31:21 32:8 34:8,12,13 35:10 49:13 59:23 68:11 70:19 89:10
**think** 5:22 12:4 20:25 22:14 29:21 30:16 44:24 48:4 51:23 53:10 57:20 62:19 65:25 66:5,6 66:14 67:6 76:10 78:11 90:8 101:17 107:24 108:20
**third** 79:6,10 79:11
**thought** 24:10
**three** 9:16 36:6 103:13
**time** 3:11 5:20 9:18 10:17 15:21 18:13,20 21:13 22:6,10 22:16 23:4,12 23:22,24 24:4 24:12 25:5,7 26:10,23 29:17 30:7 31:5,11 33:15 39:13 41:17,22 46:12 47:4 52:12 54:2,19 55:10 56:21 66:25 67:22 69:4,10 69:18 70:2,9

71:11,13,20 73:9 78:16 80:24 81:5 87:21,23 91:25 92:3,10,18,20 92:21 100:22 107:16 111:23 112:4,23 113:2 113:5,10 114:4
**timeline** 91:3 91:19,21
**times** 34:18 38:25 47:11 91:20 112:2
**timing** 67:7,15 67:20 80:9,23 95:12 107:14
**title** 18:8 60:21 70:11,17 71:2 71:6,10,16,21 71:24 72:3,11 93:13 103:21 103:23 104:5 104:13,22 105:7,20 106:9 106:17 107:4 108:8,15 109:3 109:5,8
**today** 4:9 6:17 6:23 8:6 11:9 11:25 52:3 76:24 108:24
**today's** 7:19 12:5
**together** 13:16 13:17
**told** 56:3
**tomaselli** 1:13 1:22 2:19 4:23 5:1 6:1 7:1,9 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 25:15 26:1 27:1 28:1 29:1 30:1 31:1 32:1 32:13 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 45:20 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1,18 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1,5 68:1 69:1 70:1 71:1 72:1 73:1,4 74:1 75:1 76:1 77:1 78:1,14 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1,17 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1,4 98:1 99:1 100:1,3 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1,5 109:1 109:18 110:1 110:25 111:1 111:17 112:1 113:1 114:1,11 115:10 116:8 118:6
**took** 6:18
**top** 17:9 27:24
**topic** 74:9
**topics** 10:12 102:6
**touched** 32:17 61:2,12,24
**touching** 63:25
**towards** 49:20 111:3,7
**town** 36:3,4,9 36:12 84:5
**transcript** 1:20 4:4,8 8:17,23
**transcription** 115:13
**transmitted** 55:2,5,15,20
**treatment** 50:6
**trial** 3:11
**true** 46:8,11 115:12
**try** 106:3
**trying** 22:11 91:2
**two** 8:18 65:16 80:5
**type** 97:25 106:4
**types** 76:13

**u**

**u** 3:2 96:6
**uh** 8:25
**ultimate** 95:5
**ultimately** 22:8 23:5 24:3 91:5
**um** 8:25
**unaware** 70:5
**uncomfortable** 66:10,15,20 68:3,7,13
**uncovering** 106:15
**under** 5:14 6:20 61:19
**underlying** 5:16 6:8,10 13:9

**understand** 6:7 6:22 7:25 9:5 43:5 66:8,18 67:23 68:14 69:15 77:21 82:2 89:20 105:10
**understanding** 16:11 17:2 21:19 51:9 58:8 70:13 77:9 98:8 108:13 110:15
**understood** 9:12 19:4 112:15
**united** 1:2
**unknown** 71:20
**unprofessional** 34:16
**use** 112:8
**used** 112:6
**using** 10:21
**usually** 24:23 37:6

**v**

**v** 64:22 118:5
**various** 59:25 112:12
**verbal** 8:22 9:3 47:5
**verbally** 75:9
**veritext** 2:25 7:6 27:10,15 27:23 28:2,6 50:16,19 56:13 56:16 78:6,9 81:12,15 88:12 88:15 96:23 97:2 99:25 103:5 109:13 118:3
**version** 7:22
**vice** 14:21 15:15,19 18:10 18:11
**video** 1:22
**view** 110:5
**viewed** 34:18
**vinci** 2:5 4:22 4:24 6:25 12:18,23 27:8 27:13 50:12 56:11 61:7 65:12 67:2 72:24 73:3 78:4 81:9 88:10 96:21 99:23 103:3 107:23 108:4 111:18 112:19 114:3 117:5
**violated** 75:20
**violation** 41:9 41:18,24 76:13
**violations** 69:6 71:6
**virtually** 34:9 34:12
**vocal** 19:25
**voluntarily** 42:20

**w**

**waiting** 25:21 94:25
**waived** 3:7
**walkley** 33:18
**want** 8:7 32:13 34:2 40:5 50:22 103:11 107:25 111:16 112:16
**wanted** 31:19 104:24
**ward** 2:16
**way** 23:21 31:8 40:25 41:3,13 61:13 62:4 71:20
**we've** 79:14 81:20
**wearing** 64:10
**website** 93:25 94:8,13
**weekend** 82:11
**welcome** 73:4
**went** 29:22
**wife** 82:12
**windows** 10:20
**witness** 2:18 6:16 11:22 27:25 28:5,8 28:11 32:24 33:25 40:5 42:13 45:24 52:9 56:25 59:15 65:14 73:12 78:19 88:22 97:10 100:11 102:25 115:10 118:20
**woman** 96:5
**women** 64:7 65:4
**word** 112:6
**worked** 14:17
**working** 18:25 19:5,7
**workplace** 61:12,24
**worry** 96:16
**wrap** 107:25
**write** 79:6 80:6
**writes** 82:8
**writing** 79:20
**written** 31:24 75:5

**x**

**x** 1:5,16 116:2

**y**

**yeah** 11:20 47:2 77:5 90:8
**year** 14:9 18:23 95:19
**years** 5:22 15:3 15:11
**york** 1:3,24 2:4 2:4,7,7,14,14 2:18,18 118:3 118:4,4,4
**yvonne** 33:7 74:4 110:9

**z**

**zoom** 1:22 10:18 11:15

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.