Page 58

BURNS
again, during that conversation you can recall with Dr. Khodakhah -- did you discuss anything related to the investigation other than your suggestion that he step down as chair?
A. No, that's all I remember.
I actually don't even remember this e-mail, but I do remember speaking to him, so it makes sense.
Q. Dr. Khodakhah through this e-mail says that he will discuss that proposal with Kim, do you see that?
A. Yes, his wife.
Q. My next question; do you understand Kim to be Dr. Khodakhah's wife?
A. Yes.
Q. What can you next recall happening with respect to the investigation after your discussion with Dr. Khodakhah suggesting that he step down as chair?
MS. TENZER: Objection.
A. Can you be a little bit more pointed in your question, because you're

Page 59

BURNS
asking me to talk about months of happenings; I don't remember last week, so...
Just as a matter of perspective, and this is not showing off, this is just a matter of fact, I would get about a hundred e-mails a day from faculty and chairs, et cetera, within the whole medical school, and I responded to all of them.
Q. Why don't we show you another such e-mail.
A. Okay.
MS. VINCI: We'll mark this as Plaintiff's Exhibit 18; for the record, it is a multi-page document bearing Bates Nos. AECOM 83 through 85.
(Plaintiff's Exhibit 18, Bates Nos. AECOM 83 through 85, was marked for identification, as of this date.)
Q. Again, sir, it is a long e-mail, take as much or as little time as you need reading and reviewing it and please let me know when you're ready to

Page 60

BURNS
proceed.
A. Who is it by, who is from?
Q. Oh, sorry.
(Witness perusing document.)
A. Okay, I'll read it.
(Witness perusing document.)
A. Okay, you can continue.
(Witness perusing document.)
A. I get the gist of it -- oh, there's more.
(Witness perusing document.)
A. Scroll down a little bit more so I can see what his numbers 1 through 4 are.
(Witness perusing document.)
A. Okay, I've read relevant parts of it -- oh, and there's more, okay.
(Witness perusing document.)
Q. To be clear, sir, I am not going to ask you about the contents of the whole e-mail --
A. Yeah, yeah, it's fine.
Q. I just want to provide you time to review it to your comfort.

Page 61

BURNS
(Witness perusing document.)
A. Okay.
Q. Do you recall receiving this e-mail from Dr. Khodakhah on or about March 8, 2022?
A. I don't recall receiving it, but I assume I did because Kamran was trying to get stuff off his chest, so...
Q. And in Dr. Khodakhah's e-mail in the second paragraph, he essentially rejects the suggestion to step down as chair during the investigation, correct?
A. Right.
Q. Did you have any sort of reaction to his decision not to step down as chair?
A. I thought it was a mistake.
Q. Did you share that opinion with him, sir?
A. I don't recall, it's possible, I don't recall.
Q. When he says in his e-mail he trusts that you will update the dean, you understand that meant Dean Tomaselli,

Page 62

BURNS
correct?
A. Yes.
Q. Did you advise Dean Tomaselli that Dr. Khodakhah had rejected the suggestion to step down as chair?
A. Yes, I did.
Q. What was Dr. Tomaselli's reaction to that?
A. I don't think he had a major reaction, because temporally, I mean, this was before there was a completed investigation, this was before anything that was contemplated to be done to him.
The only thing I had suggested to him was that he step down on an interim basis and he rejected it.
So I don't think Dr. Tomaselli had a reaction to that.
Q. In light of Dr. Khodakhah's declination of your suggestion to step down, did you and Dr. Tomaselli discuss what, if any actions, would be taken during the investigation with respect to his assignment as chair?

Page 63

BURNS
A. I don't believe we had any discussions about that at this time as yell.
Q. Scrolling down in Dr. Khodakhah's e-mail, right above where he sort of makes this numbered list, he writes, "Thus, as you, Yvonne, and HR agree (based on what you told me at our last in-person meeting), the assertions made in the letter that I have been in any way mistreating the administrative staff is incorrect."
Do you see that, sir?
A. I see it.
Q. Did you say to Dr. Khodakhah that the assertions made in the letter were not correct?
MS. TENZER: Objection.
A. I wouldn't say that to him.
Q. Did you say to Dr. Khodakhah that you disagreed with any of the assertions made in the letter?
A. No, I told him exactly what I said before, that it would be a good idea

Page 64

BURNS
for him to step aside temporarily while investigations were being undertaken and he rejected that, unfortunately.
Q. Do you know if Ms. Ramirez made any statements to Dr. Khodakhah that she believed the concerns made in the letter regarding his mistreatment of staff was incorrect?
MS. TENZER: Objection.
A. I don't know what Ms. Ramirez discussed with Dr. Khodakhah.
Q. Do you have any understanding as to what Dr. Khodakhah bases this statement in his e-mail on?
A. No.
The keyword is incorrect; I don't know what he bases that on.
Q. Moving on, in this last large paragraph in the e-mail, he starts, Dr. Khodakhah starts, "It is extremely important that their complaints are paid attention to and addressed with a report back to them with an outcome."
Do you see that?

Page 65

BURNS
A. Yes.
Q. And he continues, with respect to such attention, that he hopes the process gives him an opportunity to respond to, firsthand, complaints or accusations.
Do you see that?
A. Yes.
Q. Did you also hope that whatever process Einstein undertook to look into the concerns would allow Dr. Khodakhah to respond directly to the accusations against him?
MS. TENZER: Objection.
A. Yes.
Q. He also continues, "In that context, as you mentioned, the current climate almost forces various institutions to overtly react so that they simply appear to be responsive to complaints raised by various groups."
Do you see that?
A. I see that.
Q. Did you ever make such a

Page 66

BURNS
comment to Dr. Khodakhah?
MS. TENZER: Objection.
A. I don't recall, I don't recall making the comment.
Q. Did you ever state in sum or substance to Dr. Khodakhah that you didn't believe the allegations against him, but because of the Me Too movement, the college had to look into them?
MS. TENZER: Objection.
A. No.
Q. Are you aware of Ms. Ramirez making any such statement to Dr. Khodakhah?
MS. TENZER: Objection.
A. I'm not aware of her making that -- any such statements either.
Q. Einstein ultimately hired an outside firm to conduct an investigation into the concerns raised against Dr. Khodakhah, correct?
A. Yes.
Q. And during that time Dr. Khodakhah was suspended as chair of the

Page 67

BURNS
department, right?
A. I don't actually recall, it's possible.
Q. I will share with you what's been previously marked as Plaintiff's Exhibit 7.
Again, sir, please take your time to review the document and let me know when you're ready to proceed.
A. Who is this from to Dr. Khodakhah -- okay.
(Witness perusing document.)
A. Okay.
(Witness perusing document.)
A. Okay.
Q. Have you ever seen this document before, sir?
A. Pardon me?
Q. Have you ever seen this document before?
A. Yes.
Q. Did you have any input into the drafting of the substance of this document?

Page 68

BURNS
A. No.
Q. We see here on the second paragraph towards the end Dean Tomaselli's letter writes, "Therefore, I am suspending your appointment as chair of the Neuroscience Department until the conclusions of the above-mentioned investigation and recommendations are completed."
Do you see that?
A. Yes.
Q. Did you have any discussions with Dr. Tomaselli prior to March 10, 2022, about suspending Dr. Khodakhah as chair during the investigation?
A. I don't recall them.
Q. When did you first learn that Dr. Khodakhah would be suspended as chair during the investigation?
A. Probably around March 10th.
Q. Around the same time, around March 10, 2022, did you ever discuss Dr. Khodakhah's suspension as chair with Dr. Khodakhah?

Page 69

BURNS
A. No.
Q. Did you have any opinion as to whether or not it was appropriate to suspend Dr. Khodakhah as chair?
MS. TENZER: Objection.
A. Since the decision was made by the dean, it was his decision, it would not be up to me to either agree with it or disagree with it.
Q. I understand it was not up to you to make the decision, right, that rested with Dr. Tomaselli.
But personally did you agree or disagree with the decision to suspend Dr. Khodakhah as chair?
A. If you're asking me do I agree now, I can answer now; if you're asking me if I did then, then I don't recall.
Q. My question was geared to what opinions you held at the time.
So you don't recall one way or the other whether you personally agreed or disagreed with the decision to suspend Dr. Khodakhah, is that right?

Page 70

BURNS
A. That would be correct.
Q. What we have previously marked as Plaintiff's Exhibit 8, once again, sir, please take your time to review the document.
MS. VINCI: For the record, Plaintiff's Exhibit 8 is an e-mail from Dr. Tomaselli to a large number of recipients within Einstein with the subject "message to the members of the Department of Neuroscience."
(Witness perusing document.)
A. Could you go a little slower, please.
Q. Yes.
(Witness perusing document.)
A. Okay.
(Witness perusing document.)
Q. Do you recall receiving this e-mail, sir?
A. Yes.
Q. This appears to be Dr. Tomaselli's notice of the investigation to the members of the

Page 71

BURNS
Department of Neuroscience, would you agree with that?
A. Yes.
Q. In his notice in the third paragraph, he writes, "During the pendency of this investigation Dr. Khodakhah will step down from his role as chair."
Do you see that?
A. Yes.
Q. But Kamran did not step down, he was suspended, correct?
MS. TENZER: Objection.
A. Well, he did not voluntarily step down, that would be correct.
Q. Did you discuss the verbiage of stating that Dr. Khodakhah would step down --
A. No.
Q. -- or would leave his role, or some other form of explanation --
A. I had no input into this memo.
Q. Okay.
MS. VINCI: We will mark as Plaintiff's Exhibit 19, which, for the

Page 72

BURNS
record, is another e-mail chain Bates stamped AECOM 209 through and including 210.
(Plaintiff's Exhibit 19, Bates stamped AECOM 209 through and including 210, was marked for identification, as of this date.)
Q. Again, sir, please let me know when you would like me to scroll as you review and when you're ready to answer some questions.
(Witness perusing document.)
A. Okay.
(Witness perusing document.)
A. Okay.
Q. Do you recall this e-mail exchange between yourself and Ms. Ramirez?
A. This is to the members of the Department of Neuroscience.
Q. Starting with the first in time e-mail on this chain, which appears on page 2 of the document, Bates stamped AECOM 210, you see here, sir, this is an e-mail from Yvonne Ramirez to herself

Page 73

BURNS
entitled "Final Draft of Neuro Message."
It appears to me to include a draft of the notice to the department of the investigation; would you agree with that, sir?
A. Can you go up, I would like to review -- could you scroll, please.
Q. You want to see the end or before, sorry?
MS. TENZER: He wants to see what's on top.
(Witness perusing document.)
A. Go ahead, keep going.
(Witness perusing document.)
A. Yeah, I believe that I suggested that she take out the word "temporarily," because temporarily was my suggestion for Kamran, but he didn't agree to that and the dean therefore said that he will step town as chair on an interim basis or until the investigation is complete.
It was fuzzy, the word "temporarily" was fuzzy, so I suggested

Page 74

BURNS
deleting the word.
Q. And you reference in your e-mail that you suggested small edits to the draft and you referenced "Gordon's plan to appoint an interim chair."
What was Dr. Tomaselli's plan as you're referencing here in your e-mail?
A. Well, we always like to have a chair in place of every department and he wanted -- and since he told Kamran that he was temporarily removed -- well, not temporarily -- that in the interim basis during the investigation he would step down as chair, then he wanted to have an interim chair to guide the department.
Q. And at that time, to your knowledge, did he have any idea of who he wished, he being Dr. Tomaselli, to be interim chair?
A. No, no.
For permanent chairs and interim chairs, we always have a committee that interviews prospective chairs and gives a recommendation to the dean.

Page 75

BURNS
Q. Were you part of any committee to appoint an interim chair while Dr. Khodakhah was suspended?
A. Yes.
Q. Who was chosen to act as interim chair during Dr. Khodakhah's suspension?
A. I believe it was Adam Kohn.
Q. Did you have any discussions with Dr. Kohn related to the need for him to step in as an interim chair?
MS. TENZER: Objection.
MS. VINCI: I will rephrase the question.
Q. Did you have any discussions with Dr. Kohn related to the reason for Dr. Khodakhah's suspension?
A. No, I did not have a discussion with Dr. Kohn about that, I was the chair of the committee that chose him, but we wouldn't bad-mouth anybody, any other faculty.
Q. Do you know if Dr. Tomaselli had any such discussions with Dr. Kohn?

Page 76

BURNS
A. I'm unaware --
MS. TENZER: Objection.
A. I'm unaware.
Q. Whether or not you specifically discussed Dr. Kamran's suspension with him, did Dr. Kohn ask you why there was or why Dr. Khodakhah had been suspended, sorry?
MS. TENZER: Objection.
A. I don't recall him asking me, but there were a whole bunch of e-mails which you presented which discussed why Dr. Khodakhah was being removed as chair temporarily, so it was self-evident.
MS. VINCI: Can we take another quick five-minute break, it's been about an hour.
MS. TENZER: Okay, thank you.
(Recess taken.)
BY MS. VINCI:
Q. Dr. Burns, welcome back, we just took a short break.
Having come back from a break, is there anything regarding the testimony

Page 77

BURNS
that you've given today that you would like to change or clarify?
A. No, not that I can think of now.
Q. During the break did you, as you had before, review the realtime transcript of your testimony?
A. No.
Q. We established earlier today that an outside entity, an outside firm, was retained by Einstein to conduct the investigation into the concerns regarding Dr. Khodakhah, correct?
A. Yes.
Q. What, if anything, was your involvement in that investigation?
A. Zero, I had no involvement.
Q. Were you interviewed as part of that investigation?
A. No.
Q. Did you ever speak to anyone else who was interviewed about their investigative interview?
A. I discussed what the progress

Page 78

BURNS
of the investigation was with Ms. Ramirez, but I was not given any information, I was told that they would do what they would do and they would issue their findings.
Q. Did you have any understanding of who would be privy to what those findings were at the end of the investigation?
MS. TENZER: Objection.
A. We didn't discuss it, but I assume that Dr. Tomaselli would be made aware of the results and Ms. Ramirez.
Q. Did you have any assumption as to whether or not Dr. Khodakhah would be made aware of the findings of the investigation?
MS. TENZER: Objection.
A. If you're asking the results of the investigation, I don't know.
I assumed that Dr. Khodakhah would be interviewed by the investigators.
Q. Did you ever discuss with Dr. Khodakhah his interview by the investigators?

Page 79

BURNS
A. No.
Q. Did you understand that at the end of the investigation, the investigator would render a report regarding their finding?
A. Yes.
MS. TENZER: Objection.
A. Yes, I assumed there would be a written report.
Q. Did you have any understanding as to whether or not Dr. Khodakhah would be provided an opportunity to review that report?
MS. TENZER: Objection.
A. I don't know whether he would be given an opportunity to review the final report.
I assumed that he would be able -- he would speak on his own behalf to the investigators, a slight distinction.
Q. Did Dr. Khodakhah ever express to you his desire to see any report that came out of the investigation?
A. Not to me.

Page 80

BURNS
Q. Did you ever advise Dr. Khodakhah that he would be allowed to see the report of the investigation?
MS. TENZER: Objecting.
A. I don't recall discussing that with him.
Q. I'll show you what we'll mark as Plaintiff's Exhibit 20.
(Plaintiff's Exhibit 20, Bates Nos. AECOM 73 through and including 74, was marked for identification, as of this date.)
Q. I'm showing you what we've marked as Plaintiff's Exhibit 20; for the record, it is an e-mail exchange, based on the recipients at the top, between yourself and Dr. Khodakhah, copying others, dated June 15, 2022.
Please let me know when you would like me to scroll, sir, so you can review the whole document.
(Witness perusing document.)
A. Okay, I certainly remember these two.

Page 81

BURNS
THE COURT REPORTER: Are there bates numbers?
MS. VINCI: Bates Nos. AECOM 73 through and including 74.
Q. My questions will be geared entirely towards those two initial e-mails on the first page, but to the extent you wish to review the third e-mail on this chain, please take your time to do so.
(Witness perusing document.)
A. Okay, yes.
Q. Looking at the first page of the exhibit, your e-mail to Dr. Khodakhah of June 15, 2022, you write that you're replying to him as a friend rather than a dean's office person; why did you feel the need to do that?
A. Because we are friends.
Q. Did your discussion with Dr. Khodakhah, and how you discussed the ongoing investigation with Dr. Khodakhah, differ depending on if you were speaking to him as a friend versus as a representative of the dean's office?

Page 82

BURNS

A. I would appreciate if you could make your question a little bit more pointed, because to discuss what friendship is versus responsibility as a dean is very difficult thing.

If you could somehow hone in on your question a little bit better, maybe I can answer better.

Q. I guess I'm trying to sort of ascertain why your e-mail is specifically -- you know, you categorize as you're replying as a friend; did the way that you spoke to Dr. Khodakhah change depending on whether you spoke to him as a friend versus in your official capacity as executive dean?

A. A friend is a friend, was then, is now, and I always thought -- had the best interests of Dr. Khodakhah in mind.

But if I was to give him an official -- any official information, then I would be conveying it as a representative of the dean's office.

As it turns out, I was not one

Page 83

BURNS

of the people that decided what was to happen with him, but once this was decided, I showed empathy to him.

And I don't see the two as being in opposition to each other.

Q. In your June 15th e-mail, in the third line down, you write "I think about you often and I hope there will be a satisfactory resolution to the current troubles."

Do you see that?

A. Yes.

Q. In your mind as of the time of this writing, what to you would have been a satisfactory resolution to the current trouble?

MS. TENZER: Objection.

A. To me, a satisfactory resolution would be that the investigation would show no ill behavior on his part and he would be restored as chair, that would be a satisfactory resolution.

Q. And did you hope that that would be the end result of the

Page 84

BURNS

investigation?

A. Yes.

Q. Did you share that hope with Dr. Tomaselli?

A. Well, I think Dr. Tomaselli agreed with me.

I don't think it was one against the other; one always hopes that one's faculty and leaders are cleared of things.

Q. To your knowledge, did Dr. Tomaselli ever express a desire different than that with respect to the investigation's finding?

MS. TENZER: Objection.

A. No, he never expressed it to me.

Q. You continue in your e-mail to write "as the 'investigation' is an HR-driven activity," do you see that?

A. Yes.

Q. Why did you put "investigation" in quotes?

A. It is very innocent; because

Page 85

BURNS

that's what we called it, the investigation.

Q. Did you have any reservations regarding the investigation that led you to put it in quotes?

A. No, none at all, and I would add Ms. Ramirez is a true professional and, like all of us, the administration at Einstein, we hoped that it would come out that the results would be good.

Q. Good being what you testified you believed a satisfactory result would be --

A. Yes, yes.

Q. -- that Dr. Khodakhah would be cleared and returned as chair?

A. Right.

Q. In Kamran's responsive e-mail to you, he thanks you, references your two decades of history working together, and he said "A single event, no matter how painful, cannot rewrite history."

Do you see that?

A. I see it.

BURNS
Q. During the time of the investigation, did you have any discussions with Dr. Khodakhah regarding the effect the investigation was having on him personally?
A. I don't recall.
Q. Did you ever have -- sorry, go ahead?
A. I don't recall having such a conversation, it's possible that he could have had a conversation with me about it, but I don't recall.
Q. Did you ever have any discussions during the pendency of the investigation with Dr. Khodakhah regarding how this circumstance was affecting him professionally?
MS. TENZER: Objection.
A. I didn't have any conversations, but I think he has expressed it in writing.
Q. Did you yourself observe any change in Dr. Khodakhah as a result -- strike that.



BURNS
Did you yourself observe any changes in Dr. Khodakhah during the pendency of the investigation?
MS. TENZER: Objection.
A. No, but I don't think I actually saw him during this period of time, so I couldn't have really seen changes.
Q. Did you ever see a copy of the investigative report that was created?
A. No.
Q. Did you ever have any discussions with Dr. Tomaselli -- strike that.
Do you know if Dr. Tomaselli saw a copy of the report, the investigative report?
A. I don't know for sure, but ever it's logical that he received a copy of the report from Ms. Ramirez.
Q. Did you ever have any discussions with Ms. Ramirez regarding the contents of the investigative report?
A. No.



BURNS
Q. Did you ever have any discussions with Dr. Tomaselli regarding the contents of the investigative report?
A. Not the contents.
I think just the result was that -- I want to phrase this correctly.
I was not aware of the contents, but I was aware that it didn't turn out well and therefore I did have a discussion with Dr. Tomaselli that he told me that Dr. Khodakhah could not continue on in the current state.
Q. How were you made aware that the results of the investigation did not turn out well?
MS. TENZER: Objection.
Make sure you don't disclose any privileged conversation.
A. I don't remember how I was made aware.
Q. As a result of the investigation, Dr. Khodakhah was permanently removed as chair for the department, correct?



BURNS
A. That's correct.
Q. Who made that decision?
A. Dr. Tomaselli.
Q. Did you have any input into that decision?
A. No.
Q. Did he ask you for any input into that decision?
A. No.
Q. At the time did you agree or disagree with the decision to remove Dr. Khodakhah as chair?
MS. TENZER: Objection.
A. I agreed with the action that Dr. Tomaselli proposed based upon the fact that I was told that the report, the final report, showed Dr. Khodakhah in a bad light, and therefore I agreed with his decision.
Q. To your knowledge, did Dr. Tomaselli explore any other actions, short of permanent removal of Dr. Khodakhah as chair, as a result of the investigation; meaning, did he explore any

Page 90

BURNS
other less --
A. Punitive --
Q. Sanctions?
MS. TENZER: Objection.
A. I don't believe so.
Could I add something to that?
Q. Of course.
A. Dr. Khodakhah remained on the faculty because he was a tenured professor, he was not removed as a tenured professor, he was only removed as a chair, because that chair serves at the prerogative of the dean.
Q. Understood.
To your knowledge, did the removal of Dr. Khodakhah as chair have any effect on his salary at Einstein?
A. I assume it would because a chair is paid a premium over other senior faculty.
Q. Did you have any discussions with Dr. Khodakhah regarding his removal as chair at the time the decision was made?

Page 91

BURNS
A. No.
Q. Have you had any such discussions with him since his removal as chair?
MS. TENZER: Objection.
A. I believe that I had discussions acknowledging that he no longer was the chair as it relates to his acting as chair, I think I told him at some point that he's no longer the chair, therefore he should act as a senior faculty member, not as a chair.
Q. Did you ever have any discussions with Dr. Khodakhah about how his removal as chair affected him personally?
A. No.
Q. I will show you, sir, what we'll mark as Plaintiff's Exhibit 21.
(Plaintiff's Exhibit 21, Bates stamped AECOM 199 to 201, was marked for identification, as of this date.)
Q. Once again, please review the document.

Page 92

BURNS
MS. VINCI: For the record, it is Bates stamped AECOM 199 to 201.
(Witness perusing document.)
Q. This appears to be e-mail correspondence regarding the way in which Dr. Khodakhah's title is or appears on Einstein's website.
Do you see that?
A. Yeah.
Q. You see here he writes, Dr. Khodakhah writes to yourself and Ms. Ramirez, second paragraph, regarding following up on his title and how it appears on Einstein's website, do you see that, sir?
A. I see it.
Q. Continuing up to the later e-mail, there is some back and forth with a Barbara Levy?
A. Yes.
Q. Who is Barbara Levy?
A. She was an assistant dean for faculty affairs.
Q. And who is Alexia Pakiela?

Page 93

BURNS
A. Alexia was the director of office of faculty affairs, she reported to Barbara Levy, Barbara Levy reported to me.
Q. And so they're discussing, and they bring you on as well, the unique situation regarding Dr. Khodakhah being suspended during the pendency and how that should appear.
And you write, "The dean needs to be brought into this discussion. He has a very specific viewpoint."
Do you see that?
A. Yes.
Q. What was Dean Tomaselli's specific viewpoint on this issue?
A. That he should not be referred to as a chair in any way, he should be referred to as a professor.
Q. And when did you discuss that issue with Dr. Tomaselli?
A. I would guess it was right after an inquiry from Ms. Levy.
Q. When you say you would guess, you don't have any specific recollection

BURNS

of when that discussion happened, is that fair, sir?

A. That's fair.

Q. I think that might be all the questions I have for you today, sir.

Let me just take another five minutes and then we can wrap up.

MS. TENZER: Thank you.

(Recess taken.)

BY MS. VINCI:

Q. Dr. Burns, those are all the questions that I have for you.

Your counsel, Ms. Tenzer, may have some questions, so I would ask you to please answer hers and thank you very much for being here.

A. Sure.

EXAMINATION BY

MS. TENZER:

Q. [redacted]

A. [redacted]



BURNS

Q. [redacted]

A. [redacted]

Q. Well, we're obviously glad about that.

[redacted]

A. [redacted]

(Continued on next page.)



BURNS

Q. That's all the questions that I have, thank you.

MS. VINCI: Thank you very much, Dr. Burns.

(Time noted: 4:22 p.m.)

______________________

EDWARD BURNS

Subscribed and sworn to before me this day of , 2026.



CERTIFICATION

I, Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and a Notary Public, do hereby certify that the foregoing witness, EDWARD BURNS, was duly sworn on the date indicated, and that the foregoing is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.



JINEEN PAVESI, RPR, RMR, CRR

E X H I B I T S

| Plaintiff's EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 14 | Bates stamped AECOM 222 | 34 |
| Exhibit 15 | Bates stamped 225 and then 220 through 221 | 37 |
| Exhibit 16 | Bates stamped AECOM 403 through 440 | 43 |
| Exhibit 17 | Bates stamped AECOM 80 through and including 82 | 55 |
| Exhibit 18 | Bates Nos. AECOM 83 through 85 | 59 |
| Exhibit 19 | Bates stamped AECOM 209 through and including 210 | 72 |

(Exhibits continued)



| | | |
|---|---|---|
| Exhibit 20 | Bates Nos. AECOM 73 through and including 74 | 80 |
| Exhibit 21 | Bates stamped AECOM 199 to 201 | 91 |



LITIGATION SUPPORT INDEX

EXAMINATION BY:
MS. VINCI: Page 4
MS. TENZER: Page 97



ERRATA SHEET
Veritext/New York Reporting, LLC
1-800-727-6396
330 Old Country Road 1250 Broadway
Mineola, New York 11501 New York, New York

Name of Case: Khodakhah v. Montefiore
Date of Deposition: 9/10/26
Name of Deponent: Edward Burns

| Page | Line | Change | Reason |
|---|---|---|---|
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |
| ____ | ___ | ________________ | _____ |

__________________
(NAME OF WITNESS)

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____DAY OF _____, 20__.

_______________ _________________
NOTARY PUBLIC COMMISSION EXPIRES

**&**

**&** 2:4

**0**

**00839** 1:4

**1**

**1** 51:16 60:14
**1-10** 1:14
**1-800-727-6...** 101:3
**10** 1:17 68:14 68:23
**10001** 2:5
**10118** 2:9
**10th** 68:21
**11501** 101:4
**1250** 101:4
**14** 34:6,7,13 35:5 98:7
**15** 37:2,3 80:19 81:15 98:9
**15th** 83:7
**16** 43:16,17 98:12
**17** 55:2,4,22 98:14
**18** 59:16,19 98:17
**19** 71:25 72:5 98:19
**193** 47:19
**199** 91:22 92:3 99:6
**1:24** 1:4
**1:30** 1:18

**2**

**2** 26:12 28:2 50:16 72:23
**20** 80:9,10,15 99:2 101:22
**201** 91:22 92:3 99:6
**2016** 18:21
**2022** 19:17,23 21:20,21 28:9 28:19 29:23 30:6 32:2,22 33:11 35:8,12 56:9,11,16,24 61:6 68:15,23 80:19 81:15
**2025** 15:16
**2026** 1:17 96:14
**209** 72:3,6 98:20
**21** 91:20,21 99:5
**210** 72:4,7,24 98:21
**22** 35:7
**220** 37:4,11 39:23 98:10
**221** 37:4,11 98:11
**222** 34:8,14 98:8
**225** 37:4,11 98:9
**24** 28:9
**24th** 28:19 29:23 30:6 32:2,8
**25** 16:13

**3**

**3** 27:7 28:6 46:24 56:11
**30** 6:3,5 14:9
**330** 101:4
**34** 98:7
**350** 2:8
**363** 2:4
**37** 98:9
**3rd** 56:16

**4**

**4** 56:9,24 60:14 100:5
**40** 14:9
**403** 43:18,22 98:13
**43** 98:12
**440** 43:18,22 98:13
**45** 16:5
**4:22** 96:6

**5**

**5108** 97:21
**55** 98:14
**59** 98:17
**5th** 2:4

**6**

**63rd** 2:8

**7**

**7** 67:7
**72** 98:19
**73** 80:11 81:4 99:2
**74** 80:11 81:5 99:4

**8**

**8** 61:6 70:4,8
**80** 55:5,9 98:15 99:2
**82** 55:5,10,24 98:16
**83** 59:18,20 98:17
**85** 59:18,20 98:18

**9**

**9/10/26** 101:6
**91** 99:5
**97** 100:6

**a**

**ability** 10:15,23 11:3,7,11

13:13 14:3
**able** 26:13 34:10 40:2 79:19
**above** 63:6 68:8
**absolutely** 41:15
**academic** 1:9 2:11
**accomplished** 18:10
**accurate** 97:12
**accusations** 65:7,13
**acknowledging** 91:8
**act** 24:7 75:6 91:12
**acting** 91:10
**action** 46:10,12 46:18 89:15 97:16
**actions** 57:19 62:23 89:22
**activity** 84:21
**actually** 12:2 20:14 22:17 39:11,19 41:23 58:8 67:3 87:7
**adam** 23:16 75:9
**add** 85:8 90:7
**addition** 6:21 47:25
**address** 10:22 32:16 54:10
**addressed** 34:22 55:18 64:23
**administered** 33:12
**administration** 85:9
**administrative** 49:11 63:12
**advance** 42:11 42:13
**advise** 26:2 62:4 80:2
**advises** 38:11
**advising** 40:24
**aecom** 34:8,14 39:22 43:18,22 47:19 55:5,9 55:24 59:18,20 72:3,6,24 80:11 81:4 91:22 92:3 98:7,12,14,17 98:19 99:2,5
**affairs** 92:24 93:3
**affect** 11:6,10 13:6,13
**affected** 10:16 91:16
**affecting** 11:3 13:2 86:17
**afternoon** 5:6 5:19 25:20
**ago** 6:3,5 10:2 10:12 12:2,6 14:9 20:4,6 30:11
**agree** 51:14 63:9 69:9,14 69:17 71:3 73:5,19 89:11
**agreed** 3:4,8,12 57:15 69:23 84:7 89:15,19
**agreement** 4:22
**ahead** 73:14 86:9
**albert** 1:11 2:9 5:12 14:23
**alberto** 23:8,18
**alcohol** 13:17
**alexia** 92:25 93:2
**allegations** 21:22 54:17 66:8
**alleged** 32:23
**allow** 6:22,24 65:12
**allowed** 80:3
**answer** 6:23,25 7:10,17,19 8:4 16:6 51:7
69:18 72:11 82:9 94:16
**answered** 42:4 42:5
**answers** 6:11
**anybody** 8:13 26:2 31:20 75:22
**anymore** 41:2,6
**apologize** 55:2
**appear** 50:18 65:21 93:9
**appears** 38:9 55:22 70:23 72:22 73:3 92:5,7,15
**appoint** 74:6 75:3
**appointment** 68:6
**appreciate** 9:8 82:2
**appreciated** 6:20
**appropriate** 69:4
**approximately** 16:13
**argue** 7:24
**arrested** 13:23
**articulate** 6:19
**ascertain** 82:11
**aside** 56:21 64:2

**asked** 22:15 42:2,10 53:18
**asking** 5:21 7:19 52:14 57:23 59:2 69:17,18 76:11 78:19
**asks** 7:16 35:3
**assertions** 63:10,17,23
**assessment** 48:24 49:3 52:11
**assignment** 62:25
**assistant** 92:23
**assume** 7:11 34:22 40:7 47:8 48:4 61:8 78:12 90:19
**assumed** 17:21 78:21 79:9,19
**assumption** 78:14
**attaching** 28:5
**attend** 9:3
**attention** 8:25 35:13 64:23 65:4
**attorney** 8:12 8:12
**attorneys** 2:5,9 3:5 5:10
**avenue** 2:4,8
**aware** 5:8 12:20 19:4,10 21:2,6,11 33:10,11 34:2 38:21,24 44:6 44:12 45:16 66:13,17 78:13 78:16 88:8,9 88:14,21

**b**

**b** 4:20 98:2
**bachelor's** 15:2 15:5
**bachelors** 15:8
**back** 7:8 11:13 39:5 50:15 64:24 76:22,24 92:19
**bad** 75:22 89:18
**barbara** 92:20 92:22 93:4,4
**based** 40:12 63:9 80:16 89:16
**bases** 64:14,18
**basic** 18:12
**basically** 5:20
**basis** 52:16 62:17 73:22 74:13
**bates** 34:7,14 37:3,10 39:22 43:17,21 47:18 55:4,9 59:17 59:19 72:2,5 72:23 80:10 81:3,4 91:21 92:3 98:7,9,12 98:14,17,19 99:2,5
**bearing** 59:17
**becoming** 17:25 18:22
**beginning** 2:20 6:25
**behalf** 79:20
**behavior** 21:24 33:8 36:7 83:21
**believe** 17:17 18:21 30:23 33:2 34:6 44:9 44:17 46:14 48:13 52:2 57:11 63:2 66:8 73:16 75:9 90:6 91:7
**believed** 24:8 64:7 85:13
**best** 7:17 10:7 82:20
**better** 82:8,9 95:5,7
**bit** 25:7 27:20 27:22 58:24 60:13 82:3,8
**bleed** 10:4 94:23 95:5
**bottom** 30:21 35:6 52:3
**brain** 10:4 94:24
**break** 7:25 8:6 9:5 41:14,22 42:25 43:8 76:17,23,24 77:6
**bring** 21:21 93:6
**bringing** 35:13
**broadway** 101:4
**brought** 5:11 9:10 24:23 38:12 93:11
**bryen** 1:13 2:10 35:7 38:21,24
**bunch** 76:12
**burns** 1:21 5:5 5:6 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1

30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 38:8 39:1 40:1 41:1,21,24 42:1,16 43:1,8 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 52:6 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1,22 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1,12 94:21 95:1 96:1,5,11 97:10 101:6

**c**

**c** 2:2 97:2,2
**call** 36:20,22 39:6,10,10
**called** 85:2
**candidacy** 18:6
**candidates** 18:19
**capacity** 82:16
**care** 52:23,25
**case** 1:4 5:11 12:22 42:3 101:5
**castillo** 1:13 2:10 23:7,12 23:13,22
**categorize** 82:12
**cause** 95:12
**caveat** 8:3
**cc'd** 52:4
**center** 1:11 2:11
**certain** 21:17
**certainly** 8:24 80:24
**certified** 1:23 4:23 97:8
**certify** 97:9,14
**cetera** 59:9
**chain** 37:20 55:9 72:2,22 81:10
**chains** 38:3
**chair** 17:21,25 18:4,7,15,22 19:3 20:19 21:13,24 22:12 22:20 23:24 25:4,10,14 33:8 56:22,23 57:8 58:6,22 61:13,17 62:6 62:25 66:25 68:6,16,19,24 69:5,16 71:8 73:21 74:6,10 74:15,16,20 75:3,7,12,20 76:14 83:22 85:17 88:24 89:13,24 90:12 90:13,17,20,24 91:5,9,10,11,13 91:16 93:18
**chaired** 18:3
**chairs** 17:4,6 18:12 44:22 59:9 74:22,23 74:24
**chance** 18:22 27:6
**change** 7:19 19:22 43:6 77:3 82:14 86:24 101:7
**changes** 87:3,9
**chest** 61:9
**chose** 18:4 75:21
**chosen** 75:6
**circumstance** 86:17
**circumstances** 5:23
**claims** 5:24
**clarify** 37:12 77:3
**clarifying** 42:15
**classroom** 18:23
**clear** 6:19 7:21 20:20 60:20
**cleared** 84:10 85:17
**climate** 65:19
**college** 1:12 2:9 5:12 17:5 20:10 31:12 66:10
**collegial** 25:12 25:17
**come** 33:5 76:24 85:10
**comes** 9:3
**comfort** 60:25
**coming** 23:9,11
**comment** 66:2 66:5
**comments** 36:12,16
**commission** 101:24
**committee** 18:3 74:23 75:2,21

**communicati...** 12:7 20:6
**complaints** 19:4,7,11 21:7 64:22 65:6,21
**complete** 38:2 73:23
**completed** 62:12 68:10
**completely** 54:5
**concern** 23:23 28:18 33:21 47:21 48:2 50:5,23 51:18 53:11
**concerned** 31:16
**concerning** 32:24
**concerns** 21:23 22:14 24:21,24 26:3 28:13 31:5 32:14,17 32:23 33:6 34:2 35:10,14 36:6 38:14 39:2,8,17 43:10 45:9 49:3 50:11 52:2,17 53:10 53:16 54:10,20 64:7 65:12 66:21 77:13
**concierge** 2:19
**conclusions** 68:8
**condition** 11:10
**conditions** 11:4 13:2
**conduct** 50:10 66:20 77:12
**conducted** 44:13 45:24
**conducting** 8:9
**confidential** 48:9
**congratulations** 15:17
**consider** 29:19
**considered** 19:19
**contemplated** 62:14
**content** 31:8
**contents** 30:15 30:19 46:9 47:11 55:19 60:21 87:24 88:4,5,9
**context** 65:18
**continue** 51:4 60:8 84:19 88:12
**continued** 54:6 95:15 98:23
**continues** 48:12 49:8 65:3,17
**continuing** 92:18
**conversation** 31:8 56:18 58:2 86:11,12 88:19
**conversations** 86:21
**conveying** 82:23
**convince** 25:15
**cool** 25:7
**coordinator** 40:19
**copied** 29:4 30:20
**copy** 29:9 87:10,17,20
**copying** 28:4 38:10 50:19 80:18
**correct** 15:11 16:6 17:10,22 20:10 36:23,24 38:6 40:15,16 47:16 52:17 56:21 61:13 62:2 63:18 66:22 70:2 71:12,15 77:14 88:25 89:2 94:24
**correctly** 88:7
**corresponden...** 92:6
**corrode** 28:4
**counsel** 4:22 8:12 9:4 42:7 42:13 94:14
**country** 101:4
**couple** 20:3 30:11 42:5
**course** 14:12,13 90:8
**court** 1:2 3:16 4:2,8,13,17 6:12 7:16 81:2
**courtesy** 6:24
**created** 19:13 87:11
**crr** 97:24
**current** 52:8 65:18 83:10,16 88:13
**currently** 11:5 11:9 13:4,16 15:10,21
**cut** 22:5
**cute** 13:9
**cv** 1:4

**d**

**d** 4:20,20
**daily** 4:16
**daphna** 2:14

**date** 34:9 37:6 43:19 55:7 59:21 72:8 80:13 91:23 97:11 101:6
**dated** 35:7 80:19
**dates** 20:17,21 57:4,5
**day** 12:5 17:17 42:8 56:11 59:8 96:14 101:22
**days** 11:25 12:5 30:11
**dean** 16:10,12 16:15,21,22,24 17:2,7,8 20:10 20:13,18,22 21:9 52:6,10 61:24,25 62:4 68:4 69:8 73:20 74:25 82:6,17 90:14 92:23 93:10,15
**dean's** 81:17,25 82:24
**decades** 85:21
**decided** 46:14 83:2,4
**decipher** 6:17
**decision** 61:16 69:7,8,12,15,24 89:3,6,9,12,20 90:24
**declination** 62:21
**dedicated** 9:2
**defendant** 14:8 14:10
**defendants** 1:15
**definitely** 10:17 18:8 95:14
**degree** 14:24 15:2,3,3,5
**degrees** 14:24
**deleting** 74:2
**departed** 52:8
**department** 17:22 18:2,5,7 21:24 23:3 24:5,9,14,22 26:4 27:18 28:5,12,24 32:6,9,15,24 33:13,14,22 35:16 36:7 38:14 43:11,14 44:15 45:8 46:5 50:19 51:19 52:5 54:11,21 67:2 68:7 70:12 71:2 72:20 73:4 74:10,16 88:25
**department's** 52:16
**departmental** 40:10
**departments** 17:5 18:13 33:17
**departures** 49:12
**depending** 81:23 82:14
**deponent** 101:6
**deposed** 5:25 14:11
**deposition** 1:21 2:20 5:20 6:5,9 7:22 8:10,18 8:23 9:2,11,14 10:8 12:18 14:4 42:4,11 42:12 101:6
**depositions** 12:21
**described** 19:15
**description** 98:5
**desire** 25:5 79:23 84:13
**detail** 27:12
**detailed** 27:23 30:2
**determination** 48:18
**device** 8:17
**differ** 81:23
**different** 37:18 38:5 84:14
**difficult** 6:12 6:16 7:3 82:6
**directly** 16:25 65:13
**director** 93:2
**disagree** 54:12 69:10,15 89:12
**disagreed** 63:22 69:24
**disclose** 88:18
**discuss** 30:14 30:18,25 36:15 45:18,23 46:3 48:6,17 53:8 53:14 54:20 57:25 58:4,12 62:22 68:23 71:16 78:11,23 82:4 93:20
**discussed** 8:10 24:24 30:22 39:16 42:3 46:9 64:12 76:6,13 77:25 81:21
**discussing** 43:9 80:6 93:5
**discussion** 12:16 57:6,10 58:20 75:19

81:20 88:11 93:11 94:2
**discussions** 41:2,7 46:17 54:9 63:3 68:13 75:10,16 75:25 86:4,15 87:14,23 88:3 90:22 91:4,8 91:15
**dismissed** 14:12,13
**disrespectful** 24:8
**distinction** 79:21
**district** 1:2,3
**doctors** 28:5
**document** 12:11 26:17 27:2,4,7 28:3 34:5,13,17,20 37:22,24 38:9 43:21,23 47:6 50:17 51:3,6 51:12 55:15,16 59:17 60:5,7,9 60:12,16,19 61:2 67:9,13 67:15,18,21,25 70:6,13,17,19 72:13,15,23 73:13,15 80:22 80:23 81:11 91:25 92:4
**documents** 9:10,13,16 11:22 38:5 42:6,7
**doing** 22:11,19 32:12
**doniger** 2:13 4:4,11 8:13
**doubt** 47:13
**dr** 5:6,10,24 9:24 11:16 17:10,16,20 18:16,21 19:3 19:17,25 20:7 20:16,19,21,22 20:25,25 21:3 21:3,7,8,12,13 21:23 22:11,19 23:7,7,12,15,18 23:22,23 24:3 24:6,12,17 25:2,6,10 26:8 28:4,4,8,13 30:20,25 31:6 31:11,19,24 32:8,13,24 33:7 35:7,11 35:13,14 36:5 36:9,10,15,18 36:19 38:8,10 38:11,12,18 39:5,7,14,17,20 39:24 40:4,25 41:2,7,21,24 42:16 43:8,12 44:22,22 45:9 45:15,19,25 46:16 47:21 50:3,9,18 51:16,22 52:14 54:19,23 55:25 56:8,15,25 57:7,12,13,16 57:18,20 58:3 58:11,16,21 61:5,10 62:5,8 62:18,20,22 63:5,16,21 64:6,12,14,20 65:12 66:2,7 66:14,21,24 67:11 68:14,15 68:19,23,24 69:5,13,15,24 70:9,24 71:7 71:17 74:7,19 75:3,7,11,17,18 75:20,24,25 76:6,7,8,14,22 77:14 78:12,15 78:21,23 79:12 79:22 80:2,18 81:14,20,22 82:14,20 84:5 84:6,13 85:16 86:4,16,24 87:3,14,16 88:3,11,12,23 89:4,12,16,18 89:22,23 90:9 90:17,23 91:15 92:7,11 93:7 93:21 94:12,21 96:5
**draft** 73:2,4 74:5
**drafting** 67:24
**driven** 84:21
**dspivack** 2:15
**dual** 16:16
**duly** 4:21 97:11

**e**

**e** 2:2,2,12 4:20 9:17,18,20,21 9:23 10:2,5 11:13,15,17,19 11:22,24 12:3 12:4,6,10 28:2 28:3,8,17 29:3 29:8,10 30:7 30:14 35:6,9 36:9,22 38:2,9 38:18 39:2,10 39:21 40:13 47:8,18 48:13 50:18 51:5,16 51:22 55:9,23 55:25 56:4,9 58:9,12 59:8 59:13,23 60:22

61:5,10,23 63:6 64:15,20 70:8,21 72:2 72:17,22,25 74:4,8 76:12 80:16 81:7,9 81:14 82:11 83:7 84:19 85:19 92:5,19 97:2 98:2
**earlier** 50:16 77:10 94:22
**early** 21:20
**earn** 14:21,25 15:7
**edits** 74:4
**education** 14:19
**edward** 1:21 5:5 96:11 97:10 101:6
**effect** 3:15 10:23 16:17,20 86:5 90:18
**einstein** 1:12 2:9 5:12,15 14:23 15:11,21 15:25 16:3,9 17:12 20:2 25:11 26:3 31:21 50:20 53:8 57:2 65:11 66:19 70:10 77:12 85:10 90:18
**einstein's** 92:8 92:15
**either** 14:7 17:7 17:8 29:13 66:18 69:9
**emeritus** 15:11 15:14,16
**empathy** 83:4
**employed** 97:14
**ended** 25:21
**endurance** 7:23
**english** 15:6,8
**entirely** 81:7
**entities** 5:15
**entitled** 7:24 73:2
**entity** 77:11
**environment** 19:12,13
**errata** 101:2
**especially** 6:16
**esq** 2:6,12,13 2:14
**essentially** 61:11
**established** 77:10
**et** 59:9
**event** 85:22
**events** 11:7
**evident** 76:15
**exactly** 7:18 40:6 48:25 53:22 63:24
**examination** 3:13 4:25 94:19 100:4
**examined** 4:23
**examples** 24:11
**excellent** 19:18 54:7
**except** 3:9
**exchange** 56:4 72:18 80:16
**excuse** 16:18 44:19
**executive** 16:10 16:12,15 82:17
**exhibit** 26:11 34:7 35:5 37:3 37:19 38:3 39:22 43:16,17 46:24 47:2,5 50:16 51:15 55:2,3,4,22 59:16,19 67:7 70:4,8 71:25 72:5 80:9,10 80:15 81:14 91:20,21 98:5 98:7,9,12,14,17 98:19 99:2,5
**exhibits** 98:23
**experience** 33:14 44:14
**expires** 101:24
**explanation** 71:21
**explore** 89:22 89:25
**express** 79:22 84:13
**expressed** 84:17 86:22
**extent** 81:8
**external** 53:23 54:16
**externally** 54:3
**extremely** 52:2 64:21

**f**

**f** 97:2
**face** 56:3,3
**fact** 45:18,23 47:11 48:22 59:7 89:16
**facts** 5:23 52:9
**faculty** 16:22 19:11 22:10,16 25:13 32:15 49:4 59:8 75:23 84:10 90:10,21 91:13 92:24 93:3
**fair** 39:13 94:3 94:4
**familiar** 17:9

**fateful** 27:11 28:25 29:5
**february** 28:9 28:19 29:23 30:6 32:2,7,22 33:11 35:7,12
**feel** 7:20 25:8 81:17
**fifth** 2:8
**filing** 3:6
**final** 73:2 79:18 89:17
**finally** 7:22
**finding** 79:6 84:15
**findings** 78:5,8 78:16
**fine** 60:23
**finish** 6:22,25
**fink** 2:8
**firm** 53:23 66:20 77:11
**first** 4:21 6:10 17:15 18:22 38:8 43:25 47:4,18 51:15 51:15 55:14 68:18 72:21 81:8,13
**firsthand** 65:6
**five** 41:16 76:17 94:7
**floor** 2:4,8
**following** 19:23 25:24 92:14
**follows** 4:24
**followup** 44:25
**force** 3:15
**forces** 65:19
**foregoing** 97:10,12
**forget** 23:8 95:12
**form** 3:9 71:21
**formal** 56:25
**former** 20:9
**forth** 92:19
**forwarded** 40:14,21
**forwarding** 40:23
**frank** 52:11
**freedman** 38:10,18 39:5 39:24 40:4,25 41:2,7
**friday** 22:24 25:20 27:10,11 27:19,24 28:25 29:5,15
**friend** 19:20 81:16,24 82:13 82:15,18,18
**friends** 81:19
**friendship** 82:5
**full** 5:3 8:25 17:18 37:22 51:24
**further** 3:8,12 97:14
**fuzzy** 9:25 10:20 16:18 73:24,25

**g**

**gabrielle** 2:6,12 5:9 35:25 41:12
**geared** 69:20 81:6
**generalized** 35:17
**gesture** 6:13,15
**getting** 4:15
**gist** 60:10
**give** 6:18 23:4 24:4,11 26:24 36:20 82:21
**given** 51:25 77:2 78:3 79:17
**gives** 65:5 74:25
**giving** 8:25
**glad** 95:8
**go** 6:6 22:25 31:4 43:23 53:5 70:14 73:7,14 86:8
**goes** 36:9
**going** 4:3 7:11 11:13 12:14 21:16,20 26:10 26:16 34:4 41:13 43:15 44:2 46:22 47:5 53:21 60:21 73:14
**good** 5:6 22:11 22:20 56:2 63:25 85:11,12
**gordon** 1:12 20:9
**gordon's** 74:5
**graduate** 33:17 38:13 44:10,24
**grateful** 52:5
**great** 41:17
**group** 25:12 54:16
**groups** 65:22
**gtenzer** 2:13
**guess** 82:10 93:22,24
**guide** 74:16
**guidelines** 6:7,8
**gvinci** 2:6

**h**

**h** 98:2
**hand** 6:14
**handle** 39:16
**handled** 54:3