Kaplan Martin

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
tthompson@kaplanmartin.com

September 25, 2026

**VIA ECF**

Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *Khodakhah v. Montefiore Medicine Academic Health System, Inc., et al.*, No. 24 Civ. 839 (LAK) (RFT)

Dear Judge Tarnofsky:

We write on behalf of Defendants Albert Einstein College of Medicine and Montefiore Medicine Academic Health System, Inc. ("Defendants") in accordance with the sealing provisions of Your Honor's Individual Practices ("Individual Practices") to request that the Court, pending Plaintiff's submission and the Court's ruling, (1) maintain under seal Exhibits A, B, F, G, H, and I to the declaration of Tasha N. Thompson dated September 25, 2026 in their entirety, and (2) permit the provisional filing of the proposed redacted versions of Defendants' memorandum of law and Exhibits D, E, K, and L to the same declaration, (altogether, the "Sealed Exhibits") which are being filed contemporaneously in support of Defendants' motion to exclude the testimony of Plaintiff's expert, Marc Janoson, Ph.D.

The Sealed Exhibits consist of Dr. Janoson's expert report, his deposition transcript, his testing data and interview notes produced on August 5, 2026, and Plaintiff's medical and mental-health treatment records (MONTE_0000001-MONTE_0000184; SUMMIT_000001-SUMMIT_000037; MGB_0000001-MGB_00000516). As the Individual Practices contemplate, Defendants conferred with Plaintiff regarding these documents. Plaintiff objected to the public filing of the Sealed Exhibits, except for the transcript of Dr. Janoson's August 13, 2026 deposition and the rebuttal expert reports of Madelon Baranoski, Ph.D., and Maya Prabhu, M.D., LL.B. Because the transcript discusses the other Sealed Exhibits throughout and the rebuttal reports and declarations quote the other Sealed Exhibits, Defendants are provisionally filing the transcript

under seal and the rebuttal reports and declarations in redacted form. The proposed redactions to Defendants' memorandum of law and Exhibits D, E, K, and L are limited to passages that quote or describe the other Sealed Exhibits. In addition, Defendants have redacted from all of their public filings the information covered by Federal Rule of Civil Procedure 5.2 and the information required to be redacted by Paragraph 13(d) of the Protective Order, ECF No. 114.

Defendants take no position on whether the Sealed Exhibits or the proposed redactions satisfy the governing standard for sealing judicial records, and are submitting them provisionally under seal at Plaintiff's request.

Respectfully submitted,

*/s/ Tasha N. Thompson*
Tasha N. Thompson