**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAMRAN KHODAKHAH,<br><br>*Plaintiff*,<br><br>v.<br><br>MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., ALBERT EINSTEIN COLLEGE OF MEDICINE, et al.<br><br>*Defendants*. | No. 24 Civ. 839 (LAK) (RFT) |

**CERTIFICATE OF SERVICE**

I, Tasha N. Thompson, certify that on September 26, 2026, I caused to be served a true and correct copy of the unredacted versions of (i) the Memorandum of Law in Support of Defendants' Motion to Preclude Plaintiff's Proffered Expert Testimony of Dr. Marc Janoson; and (ii) the Declaration of Tasha N. Thompson in Support of Defendants' Motion to Preclude Plaintiff's Proffered Expert Testimony of Dr. Marc Janoson (ECF 176), and all exhibits thereto that were filed under seal, via email on counsel for Plaintiff listed below.

Andrew Todd Miltenberg
Stuart Bernstein
Gabrielle Vinci
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, 5th Floor
New York, NY 10001
(212) 736-4500
Fax: (212) 736-2260
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
gvinci@nmllplaw.com

Dated: September 26, 2026
New York, New York

By: */s/ Tasha N. Thompson*

Tasha N. Thompson
KAPLAN MARTIN LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 316-9500
tthompson@kaplanmartin.com

*Counsel for Defendants Montefiore Medicine Academic Health System, Inc. and Albert Einstein College of Medicine*