**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**KAMRAN KHODAKHAH,**

***Plaintiff,***

**v.**

**MONTEFIORE HEALTH SYSTEM, INC., MONTEFIORE MEDICAL CENTER, MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., ALBERT EINSTEIN COLLEGE OF MEDICINE, GORDON TOMASELLI, PABLO CASTILLO, BRYEN JORDAN, and JOHN and JANE DOES 1-10,**

***Defendants.***

**Civil Action No. 1:24-cv-00839**

**NOTICE OF MOTION *IN LIMINE* TO PRECLUDE**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion *in Limine* to Preclude, dated October 1, 2026; the Affirmation of Gabrielle M. Vinci, Esq., dated October 1, 2026, and the exhibits annexed thereto; and all prior pleadings and proceedings had herein, Plaintiff Kamran Khodakhah ("Plaintiff"), by and through his undersigned counsel, will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at 500 Pearl Street, Room 21B, New York, New York, on a date and at a time to be designated by the Court, for an Order, pursuant to Rule 403 of the Federal Rules of Evidence and the Court's inherent authority to manage the course of trial:

(a) precluding Defendants Albert Einstein College of Medicine ("Einstein") and Montefiore Medicine Academic Health System, Inc. ("Montefiore" and, collectively with Einstein, the "Defendants") from introducing, offering, or

eliciting on cross-examination any evidence, testimony, or argument related to the external investigation conducted by Eric Prusan, Esq. (the "Investigation") and the resulting investigative report (the "Report"), including:

(i) the Report itself;

(ii) testimony from Mr. Prusan, Ms. Kirschstein, or any other witness concerning the Investigation or its findings;

(iii) witness statements, factual summaries, findings, or conclusions derived from the Investigation;

(iv) any contention that the Investigation was independent, thorough, fair, unbiased, reliable, corroborated, Title IX-compliant, or conducted in good faith;

(v) testimony or argument that any decisionmaker relied upon the Investigation or its findings as a legitimate, nondiscriminatory basis for Defendants' actions; and

(b) granting Plaintiff such other and further relief as the Court deems just and proper.

**Dated: New York, New York**
**October 1, 2026**

**Respectfully submitted,**

**NESENOFF & MILTENBERG, LLP**

**By: /s/ *Gabrielle M. Vinci***
**Andrew T. Miltenberg, Esq.**
**Stuart Bernstein, Esq.**
**Gabrielle M. Vinci, Esq.**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
**amiltenberg@nmllplaw.com**
**sbernstein@nmllplaw.com**
**gvinci@nmllplaw.com**