**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KAMRAN KHODAKHAH,

*Plaintiff*,

v.

MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., and ALBERT EINSTEIN COLLEGE OF MEDICINE,

*Defendants*.

No. 24 Civ. 839 (LAK) (RFT)

**NOTICE OF DEFENDANTS MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC. AND ALBERT EINSTEIN COLLEGE OF MEDICINE'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF EVE MARDER, FELIX SCHWEIZER, AND JOSE RODRIGUEZ ALVAREZ**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion in Limine to Exclude the Testimony of Eve Marder, Felix Schweizer, and Jose Rodriguez Alvarez, Defendants Montefiore Medicine Academic Health System, Inc. and Albert Einstein College of Medicine, by and through their counsel, will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rules 401, 402, 403, 602, 801 and 802 of the Federal Rules of Evidence precluding Plaintiff Kamran Khodakhah from offering the testimony of Eve Marder, Felix Schweizer, and Jose Rodriguez Alvarez in its entirety.

Dated: October 1, 2026
New York, New York

By: ______________________

Roberta A. Kaplan
Christopher R. Le Coney
Tasha N. Thompson
KAPLAN MARTIN LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 316-9500
rkaplan@kaplanmartin.com
cleconey@kaplanmartin.com
tthompson@kaplanmartin.com

*Counsel for Defendants Montefiore Medicine Academic Health System, Inc. and Albert Einstein College of Medicine*