**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KAMRAN KHODAKHAH,

*Plaintiff*,

v.

MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC. and ALBERT EINSTEIN COLLEGE OF MEDICINE,

*Defendants*.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 10/06/2026

No. 24 Civ. 839 (LAK) (RFT)

**JOINT PRETRIAL ORDER**

The parties having conferred among themselves and with the Court pursuant to Fed. R. Civ. P. 16, the following statements, directions and agreements are adopted as the Pretrial Order herein.

## I. NATURE OF THE CASE

Plaintiff Kamran Khodakhah, a tenured professor of neuroscience at Defendant Albert Einstein College of Medicine ("Einstein"), was Chair of Einstein's Department of Neuroscience from May 2016 until July 11, 2022, when Einstein's then-Dean, Dr. Gordon Tomaselli, removed him from that position following an investigation, conducted by an outside firm, of concerns raised by Neuroscience faculty and students about his conduct as Chair (the "Chair Investigation").

Of the eight claims asserted in the First Amended Verified Complaint (ECF 48), only Plaintiff's sex-discrimination claims under Title IX of the Education Amendments of 1972, the New York State Human Rights Law ("NYSHRL"), and the New York City Human Rights Law ("NYCHRL") against Einstein and Defendant Montefiore Medicine Academic Health System, Inc. ("Montefiore") remain, and only "to the extent that those claims arise out of the chair investigation." ECF 88 at 12; *see* ECF 79 at 29, 35.

**Plaintiff's Statement:**

Plaintiff is a renowned neuroscientist and medical researcher who is employed as a tenured professor of neuroscience, psychiatry and behavioral sciences, and neurology at Einstein, a subsidiary of Montefiore. In 2013, Plaintiff was appointed Interim Chair of Einstein's Neuroscience Department ("Department"). In 2016, Plaintiff was appointed Chair of the Department.

On February 24, 2022, Dr. Khodakhah received a Letter of Concern from a small group of 13 faculty members. All in, the department had over 100 members. The letter asserted that Dr. Khodakhah allegedly had been abusive to students, staff and faculty. Upon learning of the allegations on February 24, 2022, Plaintiff promptly sought assistance from Yvonne Ramirez ("Ramirez"), who served as both Einstein's Title IX Coordinator and Einstein's VP of Human Resources. Plaintiff further learned of alleged anonymous feedback from students which further charged Plaintiff with misconduct. The alleged feedback from students included allegations that Plaintiff inappropriately touched students without their consent, made sexual remarks to students which caused discomfort, inappropriate commented on female students sexual activity and attire, and implied the value of female students were in their appearance and not intelligence. Ramirez decided, without inquiry, that the allegations did not implicate Defendants' Title IX policies.

Both Ramirez and Einstein's Executive Dean, Dr. Edward Burns ("Burns") advised Plaintiff that they believed the allegations were baseless, but suggested that he "step down" as Chair, an option Plaintiff rejected.

On March 10, 2022, Dean Gordan Tomaselli ("Tomaselli") notified Plaintiff that he was immediately "suspending" Plaintiff from his appointment as Chair, pending the outcome of an investigation into "distressing anonymous feedback of students." Within minutes, Tomaselli emailed the Department that Plaintiff was under investigation and would "step down" as Chair,

and that he (Tomaselli) would choose an Interim Chair to replace Plaintiff. Over the course of the next several months, an investigation conducted by T&M USA LLC ensued. At no point was Dr. Khodakhah offered a detailed notice or explanation of the specific allegations against him which formed the basis of the investigation. Nor was he provided an opportunity to review any evidence gathered during the investigation, or any other protections afforded to him under Einstein's then-current Title IX policy. Over the course of the investigation, it was reported to Einstein that information included in the anonymous student surveys was false and included without students' consent. Einstein did nothing to remove this information or otherwise investigate the validity of the remaining data in the surveys.

In a letter dated July 11, 2022, Plaintiff was notified by Tomaselli that "the investigation" was concluded and that he (Plaintiff) was being dismissed from his appointment as Chair, effective "immediately," based on allegations that Tomaselli asserted had been "confirmed" by a "confidential investigation report (the "Report"). The letter listed purported "serious concerns" about Plaintiff's "behavior," including "inappropriate and unwanted physical touching, including pulling females students' ponytails, stomach touching, shoulder touching, and pushing." It was clear from Tomaselli's letter that the investigation included inquiries into allegations under Title IX's scope and jurisdiction. Yet, Plaintiff was not afforded any of the procedural safeguards and rights he was entitled to under Title IX.

Einstein's actions have had devasting consequences on Dr. Khodakhah, both personally and professionally. Dr. Khodakhah has suffered reputational harm, emotional damage, as well as financial harm. As a direct consequence of Defendant's biased mishandling of the Chair Investigation, Plaintiff was demoted from his chairmanship resulting in financial harm and a reduction in his compensation. In addition, the domino effect of this decision directly impacted later sanctions levied against Plaintiff which resulted in his inability to work with students and the

disruption of his research in the lab, all resulting in a complete depletion of his three R01 grants and degradation of his lab.

**Defendants' Statement:**

In May 2016, Einstein appointed Plaintiff Chair of its Department of Neuroscience "for an indefinite term," expressly providing that, "[a]s with all Department Chair appointments, continuation is subject to performance as determined by the Dean."

By early 2022, serious concerns had emerged about Plaintiff's performance as Chair. Two graduate-student surveys reported that many students were uncomfortable raising concerns with Plaintiff and feared retaliation, and that he "calls people names insulting their intelligence and uses offensive nicknames for students"; anonymous student comments submitted with the second survey reported that he would "call students idiots and morons in class." On February 24, 2022, thirteen Neuroscience faculty members sent Plaintiff a letter of concern, copying Dean Tomaselli and then-Executive Dean Edward Burns. The letter described the recent departure of three experienced administrators, reported that office staff had identified their interactions with Plaintiff as "a primary concern," described staff "crying in their offices and in the hallways," and reported "recurring accounts from faculty and students of autocratic and inappropriate behaviors."

In response to these concerns, Plaintiff himself called for a "full enquiry conducted by an independent outside firm." Before proceeding, Dr. Burns consulted Einstein's Vice President for Human Resources and Title IX Coordinator, Yvonne Ramirez, about whether the reported conduct implicated Title IX. On February 27, 2022, Ms. Ramirez concluded that the allegations described "obvious inappropriate conduct which needs to be addressed," but "nothing that rises to the level of sexual misconduct or assault." Einstein then retained T&M USA, LLC ("T&M") on March 3, 2022, to conduct an independent investigation. On March 10, Dean Tomaselli suspended Plaintiff from his role as Chair pending that investigation, citing concerns about retaliation and "the power

differential." Plaintiff remained a tenured professor, continued operating his laboratory, and continued to receive his faculty salary. He also stated that he "wholeheartedly agree[d]" with the decision to appoint an outside investigator. The Department was advised that any potential Title IX matters uncovered during the investigation would be referred to the Title IX Coordinator through "a separate process"—as later occurred with two matters involving Plaintiff. In April 2022, the Dean appointed another man, Dr. Adam Kohn, interim Chair of the Department.

T&M interviewed fifty-nine witnesses, including Plaintiff, who was represented by counsel and spent more than four hours responding to specific allegations. Plaintiff admitted much of the conduct at issue, including calling a student who used crutches "Hobble," calling another student "Barely Legal," calling students "morons," and drinking alcohol with students in class and in his laboratory. After reviewing T&M's summary, the Dean removed Plaintiff as Chair on July 11, 2022, finding that it had "confirmed" that Plaintiff's "leadership methods have contributed to a toxic environment." Plaintiff nevertheless remained a tenured professor.

The surviving question for trial is a narrow one: whether Plaintiff's sex motivated Einstein's decision to address the complaints about his leadership outside the Title IX process and the Dean's subsequent decision to remove him as Chair.[1] Defendants contend that the answer is no. The record contains no evidence that either decision was made because Plaintiff is a man. Plaintiff himself testified that he has no reason to believe the faculty members who raised concerns about him did so because of his sex, and he identified no anti-male bias on the part of the outside investigator, the Executive Dean, or the Title IX Coordinator. The Dean's decision, moreover,

[1] Defendants have moved for summary judgment on all remaining claims, and that motion remains pending. ECF 167. Defendants' *Daubert* motion to preclude the testimony of Plaintiff's proffered expert (ECF 172) and their motions in limine concerning damages (ECF 192), testimony from Dr. Shireen Rizvi (ECF 187), and testimony from Eve Marder, Felix Schweizer, and Jose Rodriguez Alvarez (ECF 190) are also pending. Plaintiff's motion in limine concerning the investigative report and chair investigation remains pending (ECF 183). This Order is submitted subject to those motions, and the parties reserve the right to seek leave to amend it following the Court's rulings.

followed an external investigation and rested on conduct much of which Plaintiff admitted. Montefiore, a separate entity, played no role in either the investigation or the decision to remove Plaintiff as Chair.

Plaintiff seeks back pay, front pay, emotional-distress damages, punitive damages under the NYSHRL and NYCHRL, attorneys' fees, and injunctive relief that would, among other things, expunge disciplinary records and reinstate him as Chair. ECF 48 at 98–100. He has disclaimed emotional-distress damages under Title IX. *Id.* at 75 n.7. As set forth in Defendants' motion in limine filed October 1, 2026, ECF 192, Defendants contend that Plaintiff cannot recover monetary damages on the surviving theory because he has no evidence that the allegedly discriminatory choice of procedures caused Plaintiff's suspension, removal, or the particular losses attributed to those decisions, and because he has produced no information in discovery to support his claimed damages. At most, any available remedy would therefore be equitable: a new Chair Investigation conducted under whatever procedures the Court determines should have applied. If the Court so limits the available relief, the case should be tried to the Court rather than a jury. *See* Section II *infra*. Defendants request judgment in Defendants' favor on all remaining claims together with costs, disbursements, and all other relief this Court deems just and proper.

## II. JURY / NON-JURY

Plaintiff has demanded a jury trial. Defendants request that the Court resolve the pending motions and determine the available remedies before trial. If those rulings leave only equitable relief and no claim or issue for which there is a right to a jury trial, Defendants contend that the case should be tried to the Court. Defendants preserve their objections to the jury demand, subject to the Court's rulings.

If issues remain for a jury, Defendants request instructions and separate findings, as appropriate under each surviving statute, distinguishing liability for the challenged discriminatory

conduct from whether that conduct caused each loss for which compensation is sought. The causal issues include whether the alleged denial of required procedures affected the occurrence, timing, or duration of Plaintiff's suspension or removal, and whether any separately identified injury was caused directly by discriminatory treatment. However, any equitable relief is for the Court, consistent with any jury findings on common factual issues.

The parties estimate that trial will require approximately five to seven days.

## III. STIPULATED FACTS

1. Defendant Einstein is a private medical school located in the Bronx, New York.
2. Defendant Montefiore is a not-for-profit corporation.
3. Plaintiff was appointed as Assistant Professor in the Neuroscience Department at Einstein effective April 1, 2001.
4. Plaintiff was promoted to the rank of Professor of Neuroscience at Einstein on July 1, 2007.
5. Plaintiff was granted tenure at Einstein effective September 11, 2012.
6. Plaintiff served as the Interim Chair of Einstein's Neuroscience Department beginning in 2013.
7. Plaintiff accepted an appointment as Chair of Einstein's Neuroscience Department on May 6, 2016.

## IV. EXHIBITS

Plaintiff's and Defendants' exhibit lists are enclosed at Appendix A. No exhibit not listed on Appendix A may be used at trial except (a) for cross-examination purposes, (b) by plaintiff on rebuttal, or (c) if good cause for its exclusion from the pretrial order is shown. A party may offer any exhibit listed by the other even if the listing party later withdraws it.

## V. GENERAL PROVISIONS, STIPULATIONS AND OBJECTIONS WITH RESPECT TO EXHIBITS

Any objections not set forth herein will be considered waived absent good cause shown.

On September 25, 2026, Defendants filed a *Daubert* motion seeking to preclude the testimony of Plaintiff's proffered expert, Dr. Marc Janoson, ECF 172, and on October 1, 2026, Defendants filed three motions in limine seeking to preclude (i) all evidence of monetary damages, ECF 192; (ii) testimony from Dr. Shireen Rizvi, ECF 187; and (iii) testimony from Eve Marder, Felix Schweizer, and Jose Rodriguez Alvarez, ECF 190. All four motions are incorporated by reference herein.

On October 1, 2026, Plaintiff filed a motion in limine seeking to preclude all evidence of the investigation conducted by T&M USA LLC, ECF 183. Plaintiff incorporates by reference that motion herein.

For all other stipulations and objections with respect to exhibits, refer to the charts enclosed in Appendix A.

The parties stipulate that all documents produced in this action bearing AECOM_, PLTF_, PLTF-ESI_, MGB, MONTE, or SUMMIT Bates numbers are authentic for purposes of Fed. R. Evid. 901, without waiver of any other objection to admissibility.

Either party may offer any exhibit listed by the other, subject to the objections set forth herein.

## VI. PLAINTIFF'S WITNESS LIST

The witnesses listed below may be called at trial. No witness not identified herein shall be permitted to testify on either party's case in chief absent good cause shown.

Plaintiff may call at trial the following:

- Kamran Khodakhah
- Edward Burns

- Yvonne Ramirez
- Gordon Tomaselli
- Bryen Jordan
- Pablo Castillo
- Victoria Freedman
- Eric Prusan[2]
- Dr. Marc Janoson (expert witness)[3]
- Dr. Shireen Rizvi
- Joanna Krzyspiak
- Johnathan Alpert
- Jean Hebert
- Saleem Nicola
- Aviv Bergman
- Jelena Radulovic
- Eve Marder
- Felix Schweizer
- Yaron Tomer
- Steven Porceli
- Renata Batista-Brito
- Jose Rodriguez Alvarez

[2] Subject to the Court's ruling on Plaintiff's motion in limine to preclude all evidence of the investigation conducted by T&M USA LLC.

[3] Subject to the Court's ruling on Defendants' *Daubert* motion, ECF 172.

Plaintiff presently intends to present live testimony from any of the foregoing witnesses he calls at trial and does not presently anticipate offering testimony by deposition. Plaintiff reserves the right to offer deposition testimony as permitted by the Federal Rules of Civil Procedure and the Court's rulings, to call any witness identified on Defendants' witness list, and to call rebuttal or surrebuttal witnesses as permitted by the Court.

## VII. DEFENDANTS' WITNESS LIST

The witnesses listed below may be called at trial. No witness not identified herein shall be permitted to testify on either party's case in chief absent good cause shown.

Defendants may call at trial the following:

- Kamran Khodakhah
- Edward Burns
- Bryen Jordan
- Yvonne Ramirez
- Gordon Tomaselli
- Eric Prusan
- Dr. Maya Prabhu (expert witness)
- Dr. Madelon Baranoski (expert witness)
- Keeper of Records for Summit Health
- Keeper of Records for Spaulding Rehabilitation Hospital / Mass General Brigham
- Keeper of Records for Montefiore Psychiatry Private Practice

Defendants presently intend to present live testimony from any of the foregoing witnesses they call at trial and do not presently anticipate offering testimony by deposition. Defendants reserve the right to offer deposition testimony as permitted by the Federal Rules of Civil Procedure

Case 1:24-cv-00839-LAK-RFT Document 195 Filed 10/01/26 Page 11 of 30

and the Court's rulings, to call any witness identified on Plaintiff's witness list, and to call rebuttal or surrebuttal witnesses as permitted by the Court.

## VIII. RELIEF SOUGHT

**Plaintiff's Statement:** Plaintiff seeks a judgment in Plaintiff's favor on all remaining claims and seeks the following categories of damages, the sum total of which remains in the sole discretion of the jury: backpay damages for loss of compensation stemming from Plaintiff's suspension and dismissal as Chair, non-compensatory damages for emotional distress and reputational harm, punitive damages where available, and attorneys' fees and costs, together with all other relief the Court deems just and proper.

**Defendants' Relief Sought:** Defendants respectfully request judgment in Defendants' favor on all remaining claims together with costs, disbursements, and all other relief this Court deems just and proper.

Dated: 10/5/26

[signature]
U.S.D.J.

Dated: October 1, 2026
New York, New York

/s/ Andrew T. Miltenberg (with permission)
Andrew T. Miltenberg
Stuart Bernstein
Gabrielle Vinci
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, NY 10001
Tel. (212) 736-4500
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
gvinci@nmllplaw.com

*Attorneys for Plaintiff*
*Kamran Khodakhah*

/s/ Roberta A. Kaplan
Roberta A. Kaplan
Christopher R. Le Coney
Tasha N. Thompson
KAPLAN MARTIN LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 316-9500
rkaplan@kaplanmartin.com
cleconey@kaplanmartin.com
tthompson@kaplanmartin.com

*Counsel for Defendants Montefiore Medicine Academic Health System, Inc. and Albert Einstein College of Medicine*

## APPENDIX A – EXHIBIT LISTS

### A. PLAINTIFF'S EXHIBITS

The following is a list of exhibits that Plaintiff intends to offer in his case in chief:

| Trial Exhibit Designation | Date | Description | Bates Number/ Deposition Exhibit Designation | Defendants' Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| PX-1 | September 11, 2001 | Letter from D. Purpura to K. Khodakhah | AECOM_00145534 | None | Yes | Yes |
| PX-2 | September 12, 2012 | Letter from R. Joel to K. Khodakhah | AECOM_00145347 | None | Yes | Yes |
| PX-3 | May 3, 2016 | Chair appointment letter from A. Spiegel to K. Khodakhah | AECOM_00000531-AECOM_00000532 | None | Yes | Yes |
| PX-4 | February 24, 2022 | Letter from Einstein's Department of Neuroscience faculty to K. Khodakhah | PLTF_000141<br><br>Marked Defendants' 10 at deposition of K. Khodakhah | None | Yes | Yes |
| PX-5 | February 25, 2022 | Email thread ending in an email from V. Freedman to Y. Ramirez, together with its attachment | AECOM_00000398-AECOM_00000442<br><br>Marked Plaintiff's 1 at deposition of Y. Ramirez | None | Yes | Yes |

| Trial Exhibit Designation | Date | Description | Bates Number/ Deposition Exhibit Designation | Defendants' Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| PX-6 | N/A | NGSO follow up survey results summary | AECOM_00000400-AECOM_00000442<br><br>Marked Defendants' 13 at deposition of K. Khodakhah<br><br>Marked Plaintiff's 16 at deposition of E. Burns | None | Yes | Yes |
| PX-7 | January 21, 2022 | Default Report of GEC survey | AECOM_00145597-AECOM_00145620<br><br>Marked Defendants' 9 at deposition of K. Khodakhah | None | Yes | Yes |
| PX-8 | January 24, 2022 | Email communication from B. Jordan to K. Khodakhah, together with its attachment | AECOM_00007988-AECOM_00007990 | None | Yes | Yes |
| PX-9 | February 22, 2022 | Email thread ending in email from E. Burns to V. Freedman | AECOM_00000225 | FRE 401, 403, 801, 802 | No | Yes |
| PX-10 | February 25, 2022 | Email thread ending in email from E. Burns to V. Freedman | AECOM_00000220-AECOM_00000221 | FRE 401, 403, 801, 802 | No | Yes |
| PX-11 | February 22, 2022 | Email thread ending in email from E. Burns to B. Jordan | AECOM_00000222<br><br>Marked Plaintiff's 14 at deposition of E. Burns | FRE 401, 403, 801, 802 | No | Yes |

| Trial Exhibit Designation | Date | Description | Bates Number/ Deposition Exhibit Designation | Defendants' Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| PX-12 | February 25, 2022 | Email thread ending in email from K. Khodakhah to Members of Neuroscience Department | AECOM_00000130-AECOM_00000131<br><br>Marked Defendants' 11 at deposition of K. Khodakhah | FRE 401, 403, 801, 802 | No | Yes |
| PX-13 | February 27, 2022 | Email thread ending in email from K. Khodakhah to E. Burns and Y. Ramirez | AECOM_00000133-AECOM_00000135 | FRE 401, 403, 801, 802 | No | Yes |
| PX-14 | February 28, 2022 | Email thread ending in email from K. Khodakhah to E. Burns and Y. Ramirez | AECOM_00000136-AECOM_00000137 | FRE 401, 403, 801, 802 | No | Yes |
| PX-15 | February 27, 2022 | Email thread ending in email from Y. Ramirez to E. Burns | AECOM_00000193-AECOM_00000195<br><br>Marked Plaintiff's 3 at deposition of Y. Ramirez | FRE 401, 403, 801, 802 | No | Yes |
| PX-16 | March 1, 2022 | Email thread ending in email between Y. Ramirez and E. Burns, with its attachment | AECOM_00000165-AECOM_00000192<br><br>Marked Plaintiff's 5 at deposition of Y. Ramirez | None | Yes | Yes |
| PX-17 | March 4, 2022 | Email thread ending in email from K. Khodakhah to E. Burns | AECOM_00000080-AECOM_00000082<br><br>Marked Plaintiff's 17 at deposition of E. Burns | FRE 401, 403, 404, 801, 802 | No | Yes |

| Trial Exhibit Designation | Date | Description | Bates Number/ Deposition Exhibit Designation | Defendants' Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| PX-18 | March 8, 2022 | Email from K. Khodakhah to E. Burns | AECOM_00000083-AECOM_00000085<br><br>Marked Plaintiff's 18 at deposition of E. Burns | FRE 401, 403, 404, 801, 802 | No | Yes |
| PX-19 | March 10, 2022 | Email from G. Tomaselli to K. Khodakhah, including its attachments | AECOM_00000002-AECOM_00000004 | None | Yes | Yes |
| PX-20 | March 10, 2022 | Email thread ending in email from K. Khodakhah to G. Tomaselli | AECOM_00027093-AECOM_00027094<br><br>Marked Defendants' 16 at deposition of K. Khodakhah | FRE 401, 403, 801, 802 | No | Yes |
| PX-21 | March 10, 2022 | Email from G. Tomaselli to Members of the Neuroscience Department | AECOM_00000141-AECOM_00000144<br><br>Marked Plaintiff's 8 at deposition of Y. Ramirez<br><br>Marked Defendants' 17 at deposition of K. Khodakhah | None | Yes | Yes |
| PX-22 | March 2, 2022 | Email thread ending in email from K. Khodakhah to Y. Ramirez | AECOM_00000790-AECOM_00000791<br><br>Marked Plaintiff's 6 at deposition of Y. Ramirez | FRE 401, 403, 801, 802 | No | Yes |

| Trial Exhibit Designation | Date | Description | Bates Number/ Deposition Exhibit Designation | Defendants' Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| PX-23 | March 16, 2022 | Email from G. Tomaselli to Members of the Neuroscience Department | AECOM_00000157-AECOM_00000160<br><br>Marked Defendants' 19 at deposition of K. Khodakhah | None | Yes | Yes |
| PX-24 | March 8, 2022 | Email thread ending in email from Y. Ramirez to E. Burns | AECOM_00000163-AECOM_00000164<br><br>Marked Plaintiff's 9 at deposition of Y. Ramirez | FRE 401, 403, 801, 802 | No | Yes |
| PX-25 | March 15, 2022 | Email thread ending in email from Y. Ramirez to P. Castillo | AECOM_00000138-AECOM_00000140 | FRE 401, 403, 801, 802 | No | Yes |
| PX-26 | March 4, 2022 | Email thread ending in email from A. Pereda to Y. Ramirez | AECOM_00000145-AECOM_00000147 | FRE 401, 403, 801, 802 | No | Yes |
| PX-27 | May 2, 2022 | Email thread ending in email from E. Burns to A. Spiegel | AECOM_00000205-AECOM_00000206 | FRE 401, 403, 801, 802 | No | Yes |
| PX-28 | February 27, 2022 | Email thread ending in email from E. Burns to Y. Ramirez | AECOM_00000211-AECOM_00000214 | FRE 401, 403, 801, 802 | No | Yes |
| PX-29 | February 25, 2022 | Email thread ending in email from E. Burns to Y. Ramirez | AECOM_00000218 | FRE 401, 403, 801, 802 | No | Yes |
| PX-30 | March 10, 2022 | Email thread ending in email from Y. Ramirez to B. Jordan | AECOM_00000307-AECOM_00000308 | FRE 401, 403, 801, 802 | No | Yes |

| Trial Exhibit Designation | Date | Description | Bates Number/ Deposition Exhibit Designation | Defendants' Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| PX-31 | March 14, 2022 | Email thread ending in email from Y. Ramirez to M. Akabas | AECOM_00000340-AECOM_00000341 | FRE 401, 403, 801, 802 | No | Yes |
| PX-32 | March 17, 2022 | Email thread ending in email from Y. Ramirez to J. Ben-Ari | AECOM_00000342-AECOM_00000344 | FRE 401, 403, 801, 802 | No | Yes |
| PX-33 | March 15, 2022 | Email thread ending in email from P. Castillo to Y. Ramirez | AECOM_00000357-AECOM_00000359 | FRE 401, 403, 801, 802 | No | Yes |
| PX-34 | March 4, 2022 | Email thread ending in email from B. Jordan to Y. Ramirez | AECOM_00000397 | FRE 401, 403, 801, 802 | No | Yes |
| PX-35 | February 27, 2022 | Email thread ending in email from Y. Ramirez to K. Khodakhah | AECOM_00000443-AECOM_00000444 | FRE 401, 403, 404, 801, 802 | No | Yes |
| PX-36 | March 2, 2022 | Email thread ending in email from Y. Ramirez to E. Burns | AECOM_00000448-AECOM_00000449 | FRE 401, 403, 801, 802 | No | Yes |
| PX-37 | March 14, 2022 | Email from y. Ramirez to Y. Ramirez, with attachments | AECOM_00000514-AECOM_00000519 | None | Yes | Yes |
| PX-38 | February 26, 2022 | Email from K. Khodakhah to Y. Ramirez and E. Burns | AECOM_00000860-AECOM_00000861 | FRE 401, 403, 404, 801, 802 | No | Yes |
| PX-39 | June 15, 2022 | Email thread ending in an email from K. Khodakhah to Y. Ramirez | AECOM_00000075-AECOM_00000076 | FRE 401, 403, 404, 801, 802 | No | Yes |

| Trial Exhibit Designation | Date | Description | Bates Number/ Deposition Exhibit Designation | Defendants' Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| PX-40 | June 15, 2022 | Email thread ending in an email from K. Khodakhah to E. Burns | AECOM_00000073-AECOM_00000074<br><br>Marked Plaintiff's 20 at deposition of E. Burns | FRE 401, 403, 404, 801, 802 | No | Yes |
| PX-41 | June 5, 2022 | Email from K. Khodakhah to E. Burns and Y. Ramirez | AECOM_00000154 | FRE 401, 403, 404, 801, 802 | Yes | Yes |
| PX-42 | July 4, 2022 | Investigative Summary from T&M USA, LLC together with its exhibits | AECOM_00001002-AECOM_00001023<br><br>Marked Defendants' 21 at deposition of K. Khodakhah<br><br>Marked Plaintiff's 11 at deposition of Y. Ramirez | None | Yes | Yes |
| PX-43 | July 11, 2022 | Letter from G. Tomaselli to K Khodakhah | PLTF_000145-PLTF_000146<br><br>Marked Defendants' 22 at deposition of K. Khodakhah | None | Yes | Yes |

| Trial Exhibit Designation | Date | Description | Bates Number/ Deposition Exhibit Designation | Defendants' Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| PX-44 | March 18, 2022 | Einstein's "Title IX Gender-Based Misconduct, Discrimination and Harassment Policy and Complaint Procedures for Employees and Non-Students" | PLTF_000096-PLTF_000140 | None | Yes | Yes |
| PX-45 | October 26, 2018 | Einstein's "Title IX: Non-Discrimination and Anti-Harassment Policy and Complaint Procedures" | PLTF_000051-PLTF_000095 | None | Yes | Yes |
| PX-46 | August 14, 2020 | Einstein's "Title IX Gender-Based Misconduct, Discrimination and Harassment Policy and Complaint Procedures for Students" | AECOM_00144922-AECOM_00144972 | None | Yes | Yes |
| PX-47 | August 14, 2020 | Einstein's "Title IX Gender-Based Misconduct, Discrimination and Harassment Policy and Complaint Procedures for Employees and Non-Students" | AECOM_00144973-AECOM_00145018 | None | Yes | Yes |
| PX-48 | January 27, 2021 | Einstein's Employee Handbook | AECOM_00145019-AECOM_00145051 | None | Yes | Yes |

| Trial Exhibit Designation | Date | Description | Bates Number/ Deposition Exhibit Designation | Defendants' Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| PX-49 | November 2019 | Einstein's "Code of Conduct" | AECOM_00145052-AECOM_00145057 | None | Yes | Yes |
| PX-50 | March 18, 2022 | Einstein's "Title IX Gender-Based Misconduct, Discrimination and Harassment Policy and Complaint Procedures for Students" | PLTF_000001-PLTF_000050<br><br>Marked Plaintiff's 4 at deposition of Y. Ramirez | None | Yes | Yes |
| PX-51 | August 16, 2022 | Handwritten notes | AECOM_00145701-AECOM_00145702<br><br>Marked Plaintiff's 12 at deposition of Y. Ramirez | FRE 401, 403, 801, 802 | No | Yes |
| PX-52 | August 26, 2022 | Email thread ending in email from E. Burns to K. Khodakhah | PLTF_000275-PLTF_000279<br><br>Marked Plaintiff's 10 at deposition of Y. Ramirez | FRE 401, 403, 404, 801, 802 | No | Yes |
| PX-53 | | Expert Report of Dr. Marc Janoson, with exhibits | | FRE 401, 403, 701, 702, 801, 802; *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) | No | Yes |

| Trial Exhibit Designation | Date | Description | Bates Number/ Deposition Exhibit Designation | Defendants' Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| PX-54 | | Medical records of Dr. Shireen Rizvi | MONTE_0000001- MONTE_0000184 | FRE 401, 403, 701, 702, 801, 802; *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) | No | Yes |
| PX-55 | July 12, 2022 | Email thread ending in email from Y. Ramirez to K. Khodakhah, with attachments | AECOM_00000010- AECOM_00000069<br><br>Marked Defendants' 23 at deposition of K. Khodakhah | None | Yes | Yes |
| PX-56 | March 16, 2022 | Email thread ending in email from K. Khodakhah to E. Prusan | PLTF_000176- PLTF_000200<br><br>Marked Defendants' 14 at deposition of K. Khodakhah | FRE 401, 403, 404, 801, 802 | No | Yes |
| PX-57 | April 15, 2022 | Email from J. Krzyspiak to E. Prusan and Y. Ramirez | PLTF-ESI_00000066 | FRE 401, 403, 404, 801, 802 | No | Yes |
| PX-58 | July 11, 2022 | Email thread ending in email from K. Khodakhah to Y. Ramirez | AECOM_00000072 | FRE 401, 403, 801, 802 | No | Yes |
| PX-59 | June 24, 2022 | Email thread ending in email from K. Khodakhah to Y. Ramirez | AECOM_00000077- AECOM_00000078 | FRE 401, 403, 801, 802 | No | Yes |

| Trial Exhibit Designation | Date | Description | Bates Number/ Deposition Exhibit Designation | Defendants' Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| PX-60 | December 1, 2021 | Email thread ending in email from J. Geraghty to K. Khodakhah | AECOM_00000086-AECOM_00000087 | FRE 401, 403, 801, 802 | No | Yes |
| PX-61 | September 3, 2021 | Email thread ending in email from Y. Ramirez to K. Khodakhah | AECOM_00000088-AECOM_00000096 | FRE 401, 403, 801, 802 | No | Yes |
| PX-62 | December 16, 2020 | Email thread ending in email from K. Khodakhah to G. Tomaselli | AECOM_00000097-AECOM_00000099 | FRE 401, 403, 801, 802 | No | Yes |
| PX-63 | February 10, 2022 | Email thread ending in email from K. Khodakhah to L. Allen | AECOM_00000100 | FRE 401, 403, 801, 802 | No | Yes |
| PX-64 | January 20, 2022 | Email thread ending in email from K. Khodakhah to L. Allen and Y. Ramirez | AECOM_00000101 | FRE 401, 403, 801, 802 | No | Yes |
| PX-65 | October 17, 2021 | Email thread ending in email from Y. Ramirez to K. Khodakhah | AECOM_00000102-AECOM_00000103 | FRE 401, 403, 801, 802 | No | Yes |
| PX-66 | October 20, 2021 | Email thread ending in email from J. Geraghty to K. Khodakhah | AECOM_00000104-AECOM_00000107 | FRE 401, 403, 801, 802 | No | Yes |
| PX-67 | March 24, 2020 | Email thread ending in email from G. Tomaselli to K. Khodakhah | AECOM_00000108-AECOM_00000110 | FRE 401, 403, 801, 802 | No | Yes |
| PX-68 | February 12, 2022 | Email thread ending in email from K. Khodakhah to L. Allen | AECOM_00000111-AECOM_00000115 | FRE 401, 403, 801, 802 | No | Yes |

| Trial Exhibit Designation | Date | Description | Bates Number/ Deposition Exhibit Designation | Defendants' Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| PX-69 | January 31, 2022 | Email thread ending in email from K. Khodakhah to Y. Ramirez | AECOM_00000116-AECOM_00000119 | FRE 401, 403, 801, 802 | No | Yes |
| PX-70 | October 19, 2021 | Email thread ending in email from K. Khodakhah to J. Geraghty | AECOM_00000120-AECOM_00000121 | FRE 401, 403, 801, 802 | No | Yes |
| PX-71 | February 25, 2021 | Email thread ending in email from K. Khodakhah to G. Tomaselli and others | AECOM_00000122-AECOM_00000125 | FRE 401, 403, 801, 802 | No | Yes |
| PX-72 | March 11, 2022 | Email thread ending in email from K. Khodakhah to E. Burns | AECOM_00000128-AECOM_00000129 | FRE 401, 403, 404, 801, 802 | No | Yes |
| PX-73 | February 9, 2022 | Email thread ending in email from A. Kohn to E. Burns | AECOM_00000148-AECOM_00000149 | FRE 401, 403, 801, 802 | No | Yes |
| PX-74 | February 8, 2022 | Email from A. Kohn to E. Burns, with attachment | AECOM_00000151-AECOM_00000152 | FRE 401, 403, 801, 802 | No | Yes |
| PX-75 | June 15, 2022 | Email thread ending in email from E. Burns to B. Levy | AECOM_00000199-AECOM_00000201 | FRE 401, 403, 801, 802 | No | Yes |
| PX-76 | March 8, 2022 | Email thread ending in email from E. Burns to Y. Ramirez | AECOM_00000209-AECOM_00000210<br><br>Marked Plaintiff's 19 at deposition of E. Burns | FRE 401, 403, 801, 802 | No | Yes |

| Trial Exhibit Designation | Date | Description | Bates Number/ Deposition Exhibit Designation | Defendants' Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| PX-77 | July 12, 2022 | Email from J. Backer to the Einstein Basic Science Chairs | AECOM_00000232 | FRE 401, 403, 801, 802 | No | Yes |
| PX-78 | March 10, 2022 | Email thread ending in email from A. Bergman to G. Tomaselli | AECOM_00000240-AECOM_00000244 | FRE 401, 403, 801, 802 | No | Yes |
| PX-79 | July 14, 2022 | Email thread ending in email from G. Tomaselli to J. Lai | AECOM_00000258-AECOM_00000259 | FRE 401, 403, 801, 802 | No | Yes |
| PX-80 | July 11, 2022 | Email thread ending in email from G. Tomaselli to P. Ozuah | AECOM_00000261-AECOM_00000262 | FRE 401, 403, 801, 802 | No | Yes |
| PX-81 | March 10, 2022 | Email from G. Tomaselli to P. Ozuah | AECOM_00000267 | FRE 401, 403, 801, 802 | No | Yes |
| PX-82 | August 11, 2017 | Letter from A. Spiegel to K. Khodakhah | AECOM_00000527 | None | Yes | Yes |
| PX-83 | June 29, 2016 | Letter from R. Joel to K. Khodakhah | AECOM_00000533 | None | Yes | Yes |
| PX-84 | | K. Khodakhah Curriculum Vitae | AECOM_00145362-AECOM_00145373 | FRE 401, 403, 801, 802 | No | Yes |

**B. DEFENDANTS' EXHIBITS**

| Exhibit No. | Date | Title | Bates Numbers | Plaintiff's Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| DX-A | September 23, 2024 | K. Khodakhah's First Amended Verified Complaint (ECF 48) | | Pleadings are not evidence | No | Yes |
| DX-B | August 12, 2026 | Plaintiff's Responses and Objections to Defendants' First Set of Requests for Admission | | Pleadings are not evidence | No | Yes |
| DX-C | August 24, 2026 | Plaintiff's Amended Responses and Objections to Defendants' First Set of Interrogatories | | Pleadings are not evidence | No | Yes |
| DX-D | September 1, 2026 | Plaintiff's Responses and Objections to Defendants' Second Set of Requests for Admission | | Pleadings are not evidence | No | Yes |
| DX-E | February 14, 2022 | Email thread ending in an email from B. Jordan to M. Akabas | AECOM_00015779-83 | FRE 801, 802 | No | Yes |
| DX-F | February 22, 2022 | Email thread ending in an email from M. Akabas to B. Jordan | AECOM_00019245-49 | FRE 801, 802 | No | Yes |
| DX-G | February 27, 2022 | Email thread ending in an email from A. Flournoy to K. Khodakhah | AECOM_00021759-60 | FRE 404, 801, 802 | No | Yes |
| DX-H | February 28, 2022 | Email thread ending in an email from J. Hebert to K. Khodakhah | AECOM_00022331-32 | None | Yes | Yes |

| Exhibit No. | Date | Title | Bates Numbers | Plaintiff's Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| DX-I | March 1, 2022 | Email thread ending in an email from K. Khodakhah to M. Akabas | PLTF_000169-171 | None | Yes | Yes |
| DX-J | March 1, 2022 | Email thread ending in an email from K. Khodakhah to M. Akabas | AECOM_00022467-73 | FRE 801, 802 | No | Yes |
| DX-K | March 2, 2022 | Email thread ending in an email from K. Khodakhah to Y. Ramirez | AECOM_00023583-85 | None | Yes | Yes |
| DX-L | March 3, 2022 | Email thread ending in an email from K. Khodakhah to E. Burns | AECOM_00024103-04 | None | Yes | Yes |
| DX-M | March 10, 2022 | Email thread ending in an email from G. Tomaselli to K. Khodakhah | PLTF_000205-206 | None | Yes | Yes |
| DX-N | March 10, 2022 | Email thread ending in an email from Y. Ramirez to a student and E. Prusan | AECOM_00000993-94 | None | Yes | Yes |
| DX-O | March 11, 2022 | Email thread ending in an email from L. Herbst to E. Burns | AECOM_00000161-62 | FRE 801, 802 | No | Yes |
| DX-P | March 15, 2022 | Email from K. Khodakhah to distribution list of Einstein Science Chairs | AECOM_00027793 | None | Yes | Yes |
| DX-Q | March 16, 2022 | Email thread ending in an email from G. Tomaselli to B. Jordan and Y. Ramirez | AECOM_00000265-266 | FRE 801, 802 | No | Yes |
| DX-R | March 16, 2022 | Email thread ending in an email from K. Khodakhah to E. Prusan | AECOM_00027906-907 | None | Yes | Yes |

| Exhibit No. | Date | Title | Bates Numbers | Plaintiff's Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| DX-S | March 16, 2022 | Email thread ending in an email from D. Lee to K. Khodakhah, together with its attachments | AECOM_00000005-7 | None | Yes | Yes |
| DX-T | March 16, 2022 | Email thread ending in an email from D. Lee to K. Khodakhah | AECOM_00028102-03 | None | Yes | Yes |
| DX-U | March 17, 2022 | Email thread ending in an email from K. Khodakhah to E. Prusan and L. Kirschstein, together with its attachments | AECOM_00028261-303 | None | Yes | Yes |
| DX-V | April 14, 2022 | Email thread ending in an email from A. Kohn to K. Khodakhah | PLTF_000227-230 | None | Yes | Yes |
| DX-W | April 14, 2022 | Email thread ending in an email from Y. Ramirez to a student | AECOM_00145173 | None | Yes | Yes |
| DX-X | May 7, 2022 | Email thread ending in an email from A. Miltenberg to E. Prusan | AECOM_00041731-35 | None | Yes | Yes |
| DX-Y | May 18, 2022 | Email thread ending in an email from K. Khodakhah to E. Prusan | AECOM_00044710-712 | None | Yes | Yes |
| DX-Z | May 23, 2022 | Email from K. Khodakhah to E. Prusan and L. Kirschstein, together with its attachments | AECOM_00045894-6001 | None | Yes | Yes |
| DX-AA | May 23, 2022 | Emails from K. Khodakhah to E. Prusan | PLTF-ESI_00000112-117 | None | Yes | Yes |

| Exhibit No. | Date | Title | Bates Numbers | Plaintiff's Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| DX-BB | May 23, 2022 | Email from K. Khodakhah to M. Mehler | AECOM_00046008 | None | Yes | Yes |
| DX-CC | May 26, 2022 | Email thread ending in an email from E. Prusan to K. Khodakhah | PLTF_000245-251 | None | Yes | Yes |
| DX-DD | June 5, 2022 | Email thread ending in an email from K. Khodakhah to Y. Ramirez | AECOM_00000154-55 | None | Yes | Yes |
| DX-EE | June 9, 2022 | Email thread ending in an email from Y. Ramirez to K. Khodakhah and E. Burns | AECOM_00052063 | None | Yes | Yes |
| DX-FF | July 14, 2022 | Email from Einstein-Office of the Dean to members of Einstein's Department of Neuroscience | AECOM_00145284 | None | Yes | Yes |
| DX-GG | July 21, 2022 | Email from Einstein-Office of the Dean to members of Einstein's Department of Neuroscience | AECOM_00145277-78 | None | Yes | Yes |
| DX-HH | December 21, 2023 | Letter from Y. Ramirez to K. Khodakhah | AECOM_00145596 | None | Yes | Yes |
| DX-II | August 14, 2020 | Einstein's "Discrimination and Harassment Policy (Non-Title IX)" | AECOM_00145062-86 | None | Yes | Yes |

| Exhibit No. | Date | Title | Bates Numbers | Plaintiff's Objection(s) | Admissibility Stip. | Authenticity Stip. |
|---|---|---|---|---|---|---|
| DX-JJ | August 11, 2026 | HIPAA authorizations signed by Dr. Khodakhah for the release of his records (to Roberta Kaplan)* | | FRE 401, 403 | No | Yes |
| DX-KK | | Spaulding Rehabilitation Hospital / Mass General Brigham records of Kamran Khodakhah* | MGB_00000001-516 | None | Yes | Yes |
| DX-LL | | Summit Health medical records for Kamran Khodakhah* | SUMMIT_000001-37 | None | Yes | Yes |
| DX-MM | July 29, 2026 | Expert Report of Dr. Madelon Baranoski, Ph.D.* | | FRE 401, 403, 801, 802 | No | Yes |
| DX-NN | July 29, 2026 | Expert Report of Dr. Maya Prabhu, M.D., LL.B.* | | FRE 401, 403, 801, 802 | No | Yes |
| DX-OO | September 25, 2026 | Supplemental declaration of Dr. Madelon Baranoski* | | FRE 401, 403, 801, 802 | No | Yes |
| DX-PP | September 25, 2026 | Supplemental declaration of Dr. Maya Prabhu* | | FRE 401, 403, 801, 802 | No | Yes |

* Subject to Defendants' pending motion in limine to exclude damages evidence.