**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAMRAN KHODAKHAH,<br>*Plaintiff*,<br>v.<br>MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC. and ALBERT EINSTEIN COLLEGE OF MEDICINE,<br>*Defendants*. | No. 24 Civ. 839 (LAK) (RFT) |

**STIPULATION AND ~~[PROPOSED]~~ ORDER**

WHEREAS, on October 1, 2026, Plaintiff Kamran Khodakhah filed a motion in limine seeking to preclude evidence related to the external investigation conducted by Eric Prusan (the "Motion in Limine," ECF No. 183);

WHEREAS, the parties have agreed to address the issues raised in the Motion in Limine by conducting an additional deposition of Mr. Prusan; and

WHEREAS, fact discovery closed on September 23, 2026 (ECF No. 158);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that:

1. Plaintiff will withdraw the Motion in Limine (ECF No. 183);

2. Plaintiff will be able to take an additional deposition of Mr. Prusan, notwithstanding that the period for fact discovery has now closed;

3. Counsel for Defendants will cooperate with counsel for Plaintiff to schedule that deposition;

4. At that deposition, Defendants will not assert any privilege-based objections similar to those asserted during Mr. Prusan's September 9, 2026 deposition, with the exception of questions concerning direct communications between Mr. Prusan and Defendants' Office of General Counsel (if any);

5. Defendants will make a supplemental production of documents sent to or from Mr. Prusan previously withheld on grounds of privilege, other than any communications directly between Mr. Prusan and Defendants' Office of General Counsel, no later than five (5) business days prior to the date of the additional deposition; and

6. The Parties reserve their rights and shall be permitted to submit supplemental briefing in connection with Defendants' motion for summary judgment, and Plaintiff's opposition thereto, relating solely to information gathered during Mr. Prusan's continued deposition and Defendants' subsequent document production.

Dated: October 13, 2026
New York, New York

*/s/ Stuart Bernstein (with permission)*
Andrew T. Miltenberg
Stuart Bernstein
Gabrielle Vinci
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, NY 10001
Tel. (212) 736-4500
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
gvinci@nmllplaw.com

*Attorneys for Plaintiff*
*Kamran Khodakhah*

*/s/ Roberta A. Kaplan*
Roberta A. Kaplan
Christopher R. Le Coney
Tasha N. Thompson
KAPLAN MARTIN LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 316-9500
rkaplan@kaplanmartin.com
cleconey@kaplanmartin.com
tthompson@kaplanmartin.com

*Counsel for Defendants Montefiore*
*Medicine Academic Health System, Inc.*
*and Albert Einstein College of Medicine*

The Clerk of Court is respectfully requested to terminate ECF 183.

**IT IS SO ORDERED.**

Hon. Robyn F. Tarnofsky

Dated: October 14, 2026