UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KAMRAN KHODAKHAH,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MONTEFIORE HEALTH SYSTEM, INC., MONTEFIORE MEDICAL CENTER, MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., ALBERT EINSTEIN COLLEGE OF MEDICINE, GORDON TOMASELLI, PABLO CASTILLO, BRYEN JORDAN, and JOHN and JANE DOES 1-10,**<br><br>*Defendants.* | **Civil Action No. 1:24-cv-00839** |

**DECLARATION OF ANDREW T. MILTENBERG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE THE TESTIMONY OF DR. MARC JANOSON**

**ANDREW T. MILTENBERG** declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at Nesenoff & Miltenberg, LLP, attorneys for Plaintiff Dr. Kamran Khodakhah ("Plaintiff") in this action, and a member in good standing of the bar of this Court. I submit this declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Preclude the Testimony of Dr. Marc Janoson (ECF 172). I have personal knowledge of the facts stated in this declaration based on my involvement in this action and my review of the files maintained by my firm.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff, taken on September 10, 2026, consisting of the cover page, pages 207-208, 265-268, 331, 335, and 340-342, and the reporter's certification.

3. Attached as **Exhibit 2** is a true and correct copy of Plaintiff's Amended Responses and Objections to Defendants' First Set of Interrogatories, dated August 24, 2026.

4. Attached as **Exhibit 3** is a true and correct copy of the Declaration of Dr. [redacted], dated October 8, 2026.

5. Dr. [redacted] is Plaintiff's treating psychologist and was identified in Plaintiff's Initial Disclosures, served December 12, 2025, as a witness with knowledge of Plaintiff's claim of emotional distress and Plaintiff's treatment for that distress.

6. On July 21, 2026, counsel for Defendants requested that Plaintiff produce the test data underlying the report of Plaintiff's expert, Dr. Marc Janoson. Counsel for Defendants followed up on that request on July 28, 2026.

7. On August 5, 2026, I received from Dr. Janoson's office Dr. Janoson's test data, Dr. Janoson's notes, Dr. Janoson's list of prior testimony, and Dr. Janoson's statement that he has no publications in the preceding ten years. That same day, I served those materials on counsel for Defendants as a supplemental disclosure under Federal Rule of Civil Procedure 26(e).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**October 14, 2026**
**New York, New York**

*/s/ Andrew T. Miltenberg*
**Andrew T. Miltenberg**