**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**KAMRAN KHODAKHAH**

***Plaintiff,***

**v.**

**MONTEFIORE HEALTH SYSTEM, INC., MONTEFIORE MEDICAL CENTER, MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., ALBERT EINSTEIN COLLEGE OF MEDICINE, GORDON TOMASELLI, PABLO CASTILLO, BRYEN JORDAN, and JOHN and JANE DOES 1-10,**

***Defendants.***

**Civil Action No. 1:24-cv-00839**

**DECLARATION OF ANDREW T. MILTENBERG, ESQ. IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Andrew T. Miltenberg, Esq., hereby declare subject to the penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Nesenoff & Miltenberg, LLP and am counsel for Plaintiff Kamran Khodakhah ("Dr. Khodakhah" or "Plaintiff").

2. I respectfully submit this Declaration in opposition to Defendants' Motion for Summary Judgment and for the purpose of introducing certain exhibits referenced and relied upon in Plaintiff's memorandum of law and counter-statement of material facts in opposition to summary judgment, filed herewith.

3. Attached hereto as **Exhibit 1** is a true and accurate copy of an e-mail thread ending in a February 22, 2022 e-mail from Edward Burns to Victoria Freedman, copying Bryen Jordan, Bates-stamped AECOM_00000225.

4. Attached hereto as **Exhibit 2** is a true and accurate copy of an e-mail thread ending in a March 2, 2022 e-mail from Kamran Khodakhah to Yvonne Ramirez, Bates-stamped AECOM_00000790 through AECOM_00000791.

5. Attached hereto as **Exhibit 3** is a true and accurate copy of an e-mail thread ending in a March 4, 2022 e-mail from Kamran Khodakhah to Edward Burns, Bates-stamped AECOM_00000080 through AECOM_00000082.

6. Attached hereto as **Exhibit 4** is a true and accurate copy of a March 2, 2022 e-mail from Yvonne Ramirez to Edward Burns, Bates-stamped AECOM_00000448 through AECOM_00000449.

7. Attached hereto as **Exhibit 5** is a true and accurate copy of an e-mail thread ending in a March 3, 2022 e-mail from Bryen Jordan to Yvonne Ramirez, Bates-stamped AECOM_00000397.

8. Attached hereto as **Exhibit 6** is a true and accurate copy of an e-mail thread ending in an April 15, 2022 e-mail from Kamran Khodakhah forwarding an April 14, 2022 e-mail from Joanna Krzyspiak to Eric Prusan, copying Yvonne Ramirez, Bates-stamped PLTF-ESI_00000066.

9. Attached hereto as **Exhibit 7** is a true and accurate copy of an e-mail thread ending in a May 23, 2022 e-mail from Kamran Khodakhah to Eric Prusan and Laura Kirschstein, together with its attachment, Bates-stamped PLTF-ESI_00000112 through PLTF-ESI_00000118.

10. Attached hereto as **Exhibit 8** is a true and accurate copy of a June 5, 2022 e-mail from Kamran Khodakhah to Yvonne Ramirez, Edward Burns, Dana Lee, Gordon Tomaselli, and Philip Ozuah, Bates-stamped AECOM_00000154.

11. Attached hereto as **Exhibit 9** is a true and accurate copy of an e-mail thread ending in a July 11, 2022 e-mail from Kamran Khodakhah to Yvonne Ramirez, Edward Burns, and others, Bates-stamped AECOM_00000072.

12. Attached hereto as **Exhibit 10** is a true and accurate copy of an e-mail thread ending in a June 24, 2022 e-mail from Kamran Khodakhah to Yvonne Ramirez, Bates-stamped AECOM_00000077 through AECOM_00000078.

13. Attached hereto as **Exhibit 11** is a true and accurate copy of the Declaration of Dr. Jonathan E. Alpert, MD, PhD, dated October 7, 2026.

14. Attached hereto as **Exhibit 12** is a true and accurate copy of an e-mail thread ending in a July 11, 2022 e-mail from Gordon Tomaselli to Philip Ozuah, Bates-stamped AECOM_00000261 through AECOM_00000262.

15. Attached hereto as **Exhibit 13** is a true and accurate copy of an e-mail thread ending in a March 11, 2022 e-mail from Yvonne Ramirez to Gloria Kenny, together with its attachments, Bates-stamped AECOM_00000364 through AECOM_00000392.

16. Attached hereto as **Exhibit 14** is a true and accurate copy of a March 10, 2022 e-mail from Gordon Tomaselli to Philip Ozuah, Bates-stamped AECOM_00000267.

17. Attached hereto as **Exhibit 15** is a true and accurate copy of the Declaration of Dr. Jean M. Hébert, PhD, dated October 8, 2026.

18. Attached hereto as **Exhibit 16** is a true and accurate copy of the Declaration of Dr. Joanna Krzyspiak, dated October 12, 2026.

19. Attached hereto as **Exhibit 17** is a true and accurate copy of the Declaration of Dr. Jelena Radulovic, MD, PhD, dated October 12, 2026.

20. Attached hereto as **Exhibit 18** is a true and accurate copy of email correspondence from Dr. Saleem Nicola.

**Dated: October 14, 2026**

**Respectfully submitted,**

**By: _/s/ Andrew T. Miltenberg_**
**Andrew T. Miltenberg, Esq.**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
**amiltenberg@nmllplaw.com**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026 a true and correct copy of the foregoing was served by CM/ECF on all counsel of record.

*/s/ Andrew T. Miltenberg*