# EXHIBIT 10

Message

| | |
|---|---|
| **From**: | Kamran Khodakhah [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=08E9433E58234769BEFB97C6693D8040-KAMRAN KHOD] |
| **Sent**: | 6/24/2022 4:57:51 PM |
| **To**: | Yvonne Ramirez [yvonne.ramirez@einsteinmed.edu] |
| **CC**: | Edward Burns [ed.burns@einsteinmed.edu]; Andrew T. Miltenberg [AMiltenberg@nmllplaw.com]; Gabrielle E. Tenzer [gtenzer@kaplanhecker.com] |
| **Subject**: | RE: |

Dear Yvonne,

Thank you, I appreciate the reply, and my apologies for my persistence – I'm sure my attorney will forward the communication to me, although given how busy everyone is, it might be useful if I'm cc'd on the correspondence anyway.

Just so that I do not need to write another email if the information is not included in the prior communication, do we know what the reason for the delay is and exactly when we expect to receive the report?

Thank you and have a great weekend.
Kamran

---

**From:** Yvonne Ramirez <yvonne.ramirez@einsteinmed.edu>
**Sent:** Friday, June 24, 2022 12:47 PM
**To:** Kamran Khodakhah <k.khodakhah@einsteinmed.edu>
**Cc:** Edward Burns <ed.burns@einsteinmed.edu>; Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>; Gabrielle E. Tenzer <gtenzer@kaplanhecker.com>
**Subject:** Re:

Kamran,

I believe this question was answered and communicated to your attorney.

The quick answer is we are still waiting.

Thanks, Yvonne

*Yvonne M. Ramirez*
*Vice President, Human Resources & Title IX Coordinator*
*Albert Einstein College of Medicine*
*1300 Morris Park Avenue*
*Bronx, NY. 10461*
*Office:* *718-430-2541*
*Email: Yvonne.ramirez@einsteinmed.org*

On Jun 24, 2022, at 12:26 PM, Kamran Khodakhah <k.khodakhah@einsteinmed.edu> wrote:

Dear Yvonne,

With all due respect, I'm not asking a difficult question, or one that I'm not entitled to the answer in a timely manner. Has Einstein already received the report, and if so, why it is not shared with me yet? If Einstein does not have the report, exactly when is it expected to be delivered.

Every day that this process lingers it is adversely affecting my life and career. I'm in the midst of grant review at an in-person panel at the Simons Foundation and have had to explain to four different people who have looked up my profile online as to why I'm "on leave".

I would appreciate a response by return email.

Thank you,
Kamran

---

**From:** Kamran Khodakhah
**Sent:** Wednesday, June 22, 2022 9:36 AM
**To:** Yvonne Ramirez <yvonne.ramirez@einsteinmed.edu>; Edward Burns <ed.burns@einsteinmed.edu>
**Cc:** Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>; "Gabrielle E. Tenzer" <gtenzer@kaplanhecker.com>
**Subject:** FW:

Dear Yvonne,

Since I have not heard a response from Mr. Prusan to my email below, I guess this may be making its rounds through the attorneys!

At our last faculty meeting (Tuesday, May 31st) Adam reported to everyone that HR (you?) had indicated that the report should be in by mid-June, and that a "decision" will be made "very quickly within two weeks and before the end of the month". As you know, I also had my meeting with Mr. Prusan on May 19th, when he told me [redacted] - it is over a month now. Ms. Tenzer's email to my attorney earlier this month was quite vague, talking about several more weeks, a statement that does not jive with the timelines communicated above.

Since the HR commissioned the report and the report will be given to you, can you please tell me whether the report has already been provided to Einstein, and if not, exactly when it is expected to be released?

Thank you,
Kamran

---

**From:** Kamran Khodakhah
**Sent:** Tuesday, June 21, 2022 10:40 AM
**To:** Eric Prusan <eprusan@tmusallc.com>; Laura Kirschstein <lkirschstein@tmusallc.com>
**Cc:** Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>
**Subject:**

Dear Mr. Prusan,

Hope that you are well.

Could you kindly advise as to when you plan to release your full report to Einstein?

Thank you for the courtesy.

Regards,
Kamran