# EXHIBIT 11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KAMRAN KHODAKHAH,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**MONTEFIORE HEALTH SYSTEM, INC., MONTEFIORE MEDICAL CENTER, MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., ALBERT EINSTEIN COLLEGE OF MEDICINE, GORDON TOMASELLI, PABLO CASTILLO, BRYEN JORDAN, and JOHN and JANE DOES 1-10,**<br><br>***Defendants.*** | **Civil Action No. 1:24-cv-00839** |

**DECLARATION OF DR. JONATHAN ALPERT, MD, PhD**

I, Dr. Jonathan Alpert, MD, PhD, pursuant to 28 U.S.C. 1746, hereby declare as follows under penalty of perjury:

1. I have served as Chair of the Department of Psychiatry & Behavioral Sciences at Montefiore Einstein ("Einstein") since April 2017. I had previously served at the Massachusetts General Hospital and Harvard Medical School for 24 years.

2. I have been gratified by my work at Einstein and am proud of our institutional mission. Nevertheless, the actions taken by Einstein against Kamran Khodakhah ("Dr. Khodakhah") are deeply troubling to me and egregious by any standards I have known in my 34 -year career in academic medicine.

3. From my perspective, these actions have caused irreparable harm to Dr. Khodakhah locally at our medical center and nationally/internationally in our field while jeopardizing the integrity and reputation of an academic medical center I care deeply about.

4. I first met Dr. Khodakhah in 2016 in the final stages of interviews before being recruited to Einstein as Psychiatry Chair. Given the interconnections between the disciplines of Neuroscience and Psychiatry, I worked very closely with Dr. Khodakhah over the following years. . I also hold a faculty appointment in the Department of Neuroscience. Conversely, Dr. Khodakhah was appointed Vice Chair for Research in the Department of Psychiatry & Behavioral Sciences by my predecessor several years before I arrived, a role Dr. Khodakhah continued to fill with distinction during my tenure.

5. I estimate that I have spent several hundred hours with Dr. Khodakhah across numerous meetings. I have witnessed his activities in wide-ranging settings including individual 1:1 meetings, research presentations, committee meetings in our respective departments and across departments, administrative leadership meetings, meetings with trainees, faculty recruitment dinners, celebratory events, and departmental retreats.

6. On no occasion have I ever witnessed Dr. Khodakhah acting in ways that reflected racism, sexism, bullying, harassment, intimidation, retaliation, or unprofessional or unethical behavior of any other kind.

7. Indeed, on the contrary, I considered Dr. Khodakhah a role model chair. I have personally gained from the examples he has set such as creating and supporting processes that value diversity and transparency and developing sturdy mentorship structures that advance the success and well-being of his trainees and faculty including individuals from groups traditionally

underrepresented in science and medicine (e.g., women, BiPOC individuals, LGBTQIA+ individuals, international and first-generation students, and others).

8. Dr. Khodakhah is an individual who has a deep sense of fairness, and of creating opportunity for others. In part a reflection of the trust he has earned, he served as Chair of the Basic Science Committee for several years, consulted with the former Dean, Allen Spiegel, and other senior Einstein leaders on a regular basis, and was appointed to the Einstein Search Committee for a new dean when Dean Spiegel stepped down.

9. In committee meetings and research presentations I have seen Dr. Khodakhah express himself in spirited ways. He has invariably done so in the long-honored tradition of respectful intellectual inquiry. I have seen him question assumptions, offer alternative hypotheses and suggest alternate solutions.

10. I have never seen him humiliate or threaten a speaker, colleague or trainee, nor have I ever seen him act in any other ways that were demeaning to staff, faculty, graduate or medical students or post-doctoral fellows.

11. In our many individual meetings, I have never heard him utter any statements or beliefs that made me question his integrity or sincerity or his ethical compass.

12. Like most department heads, the professionalism of my colleagues is of utmost importance to me. I have considered Dr. Khodakhah an exemplar.

13. In this context, I was shocked and saddened to learn from former Dean, Gordan Tomaselli (Dean Tomaselli), in an individual call on March 10, 2022 that he would be asking Dr. Khodakhah to step down from his role as Neuroscience Chair while launching an independent investigation to follow up on allegations of misconduct.

14. I indicated to Dean Tomaselli that I supported an investigation of any potentially concerning behavior on the part of any Einstein leader, of course, but that nothing in my experience with Dr. Khodakhah would have led me to suspect he would be the subject of such an investigation.

15. Over the ensuing weeks I heard rumors from trusted colleagues in the Department of Neuroscience that they had needed to resist persistent lobbying from a senior faculty member to sign a letter of complaint he was spearheading against Dr. Khodakhah.

16. Out of natural concern about the representativeness of data reaching the investigator, Eric Prusan, Esq. ("attorney Prusan"), I accepted the invitation extended to all members of the Einstein community with relevant knowledge to meet with him.

17. I met with Attorney Prusan on April 20, 2022 and shared much of what is written above.

18. He indicated that the information and impressions I contributed were fully consistent with the reports he had collated over the prior weeks.

19. He indicated that he had so far found from his many interviews "no there there" and was, himself, quite puzzled, having conducted numerous investigations of this kind previously, by the draconian actions taken by Einstein toward Dr. Khodakhah based on so little substance.

20. Given my knowledge of Dr. Khodakhah and the congruence of the information I received from Attorney Prusan during this meeting, I felt quite secure that Dr. Khodakhah would soon be reinstated as Chair.

21. However, after several more months, I received a call from Dean Tomaselli on July 14, 2022 advising me that based on "very troubling findings", he would be announcing shortly to

the Einstein community that he had no choice but to fire Dr. Khodakhah from his role as Chair and to initiate a Title IX investigation.

22. When I expressed concern that these actions seemed remarkably discrepant from the impressions I had received in April from Attorney Prusan, Dean Tomaselli informed me that "additional information" had surfaced.

23. Over the next week I heard again from colleagues in the Department of Neuroscience that they believed the faculty member who circulated the letter against Dr. Khodakhah had actively encouraged or perhaps even pressured individuals to come forward with complaints related to sexual harassment.

24. I met with Einstein leadership on August 17, 2022. The meeting involved Einstein's then- Executive Dean Edward Burns ("Dean Burns"), Yvonne Ramirez ("Ms. Ramirez"), Einstein Vice President of Human Resources, and Jelena Radulovic MD PhD ("Dr. Radulovic"), the then-Olin Chair Professor of Neuroscience and Professor of Psychiatry.

25. During this meeting I shared with Dean Burns and Ms. Ramirez what I felt to be glaring incongruities between my observations about Dr. Khodakhah and what I gleaned about the first investigation compared with the actions that were taken subsequently. We also discussed the possibility of appointing an interim chair from a department outside Neuroscience who might be in a stronger position than Dr. Kohn to resist any jockeying by some of his faculty while the Title IX investigation and integration of its findings were underway.

26. Dr. Radulovic and I were assured that our concerns would be considered seriously. However, Dean Burns also suggested we, as his close colleagues, persuade Dr. Khodakhah that it would be in his best interests to resign.

27. In summary, I have had the opportunity to get to know Dr. Khodakhah very well over the past years across multiple contexts. I have come to know him as an ethical and respectful professional and, indeed, a role model for me as a department chair.

28. I believe he cares deeply about equity, transparency and the support of individuals who have been underrepresented in science, medicine and society. I believe he is guided by high personal and professional standards of conduct. I was shocked that he was the subject of two investigations and was fired from his role as Department Chair despite his distinguished service, outstanding national/international reputation and professionalism.

29. I am extremely troubled that his firing followed an investigation that, to the best of my knowledge, uncovered no evidence of wrongdoing that would justify these actions.

30. Unfortunately, most assume "where there's smoke there's fire" and I fear this facile assumption will greatly harm Dr. Khodakhah throughout the remainder of his professional life.

31. In my intermittent interactions with Dr. Khodakhah over the past four years, as a colleague and friend, I have been struck by the profound impact of the allegations, removal from his position as Department Chair, and protracted legal actions on his emotional state. His once characteristically confident, gregarious, and optimistic demeanor have been supplanted by the more somber and cynical demeanor of a person who has lost trust in the institution whose mission he had worked to advance and in the fairness of organizational processes.

32. From everything I know of Dr. Khodakhah, I believe his greatest hopes had been to have his reputation restored and return to a life devoted to science and education. At this time, however, I believe his options have become severely limited due to the indelible personal and reputational harm arising from the actions of the institution

33. The behavior of my institution toward Dr. Khodakhah is deeply unsettling to me. Based on what I believe to be Dr. Khodakhah's activities and values, the actions of the institution veered far from anything I believe to have been justified and have severely damaged the career of an outstanding scientist who has brought much good into the world through his research, teaching and mentorship and was poised to continue contributing meaningfully for years to come.

**Dated: New York, New York**
**October 7, 2026**

Jonathan E. Alpert

**Jonathan E. Alpert, MD, PhD**