# EXHIBIT 12

Message

**From**: Gordon Tomaselli [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=74EE8A04CDC24569B599750A629CB0B4-GTOMASEL]
**Sent**: 7/11/2022 6:20:37 PM
**To**: Philip Ozuah [POZUAH@montefiore.org]
**Subject**: RE: letter

Phil,
I want to keep you up to date, the Neuroscience investigation is complete and a letter, **Redacted - Privilege** will be forwarded this evening or tomorrow to Kamran notifying him of the decision to permanently remove him as chair. In addition, notification of two title IX investigations will be forwarded to him.
Best,
Gordon

**Gordon F. Tomaselli, M.D.**
*The Marilyn & Stanley M. Katz Dean*
*Albert Einstein College of Medicine*
*Executive Vice President and Chief Academic Officer*
*Montefiore Medicine*

**Albert Einstein College of Medicine**
*1300 Morris Park Avenue*
*Bronx, New York 10461*
*718.430.2801 Office*
*718.430.8705 Fax*
gordon.tomaselli@einsteinmed.org

EINSTEIN Albert Einstein College of Medicine Montefiore

---

**From:** Philip Ozuah <POZUAH@montefiore.org>
**Sent:** Wednesday, July 6, 2022 1:45 PM
**To:** Gordon Tomaselli <gordon.tomaselli@einsteinmed.edu>
**Subject:** RE: letter

Hi Gordon,

I too appreciated the transparency and cordiality of our conversation.

**Redacted - NR**

Speak soon,
Phil

---

**From:** Gordon Tomaselli <gordon.tomaselli@einsteinmed.edu>
**Sent:** Tuesday, July 5, 2022 2:54 PM
**To:** Philip Ozuah <POZUAH@montefiore.org>
**Subject:** letter

Phil
Thanks for speaking last week. Redacted - Privilege
Redacted - Privilege
Redacted - NR

Best,
Gordon

**Gordon F. Tomaselli, M.D.**
*The Marilyn & Stanley M. Katz Dean*
*Albert Einstein College of Medicine*
*Executive Vice President and Chief Academic Officer*
*Montefiore Medicine*

**Albert Einstein College of Medicine**
*1300 Morris Park Avenue*
*Bronx, New York 10461*
*718.430.2801 Office*
*718.430.8705 Fax*
gordon.tomaselli@einsteinmed.org

EINSTEIN Albert Einstein College of Medicine    Montefiore