# EXHIBIT 15

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KAMRAN KHODAKHAH,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**MONTEFIORE HEALTH SYSTEM, INC., MONTEFIORE MEDICAL CENTER, MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., ALBERT EINSTEIN COLLEGE OF MEDICINE, GORDON TOMASELLI, PABLO CASTILLO, BRYEN JORDAN, and JOHN and JANE DOES 1-10,**<br><br>***Defendants.*** | **Civil Action No. 1:24-cv-00839** |

**DECLARATION OF DR. JEAN M. HÉBERT, PhD**

I, Dr. Jean M. Hébert, PhD, pursuant to 28 U.S.C. 1746, hereby declare as follows under penalty of perjury:

1. I have known Kamran since I joined the faculty of Neuroscience at Einstein in 2003. I have not always agreed with him, and the two of us even resorted to mediation over differing opinions regarding authorship on a publication.

2. Nevertheless, these differences had zero impact on our ability to effectively work together moving forward, as we continued to have fruitful collaborations on new projects. I

mention this because even though I dis not always see eye to eye with Dr. Khodakhah, I have the utmost respect for him as a person and for his professional integrity.

3. I think it's also worth mentioning that Dr. Khodakhah was hands-down the hardest working chair I have come across in my 40 years in academia. He took a department with a low morale, a declining number of faculty, a lack of critical infrastructure, with limited financial support, and he turned the department around to make it a vibrant and growing community with a very bright future.

4. Turning a department around in hard times and making it a pre-eminent place to work is not accomplished without ruffling the feathers of those who are content with the status quo. Significant positive change is also not accomplished without a leader with strong character and vision who does not shy away from making the necessary difficult decisions. This is who Dr. Khodakhah is and is why he was able to accomplish what he did for the department.

5. Dr. Khodakhah is also gregarious and speaks his mind, sometimes bluntly. His greatest "offense" might be that he can at times lack tact in pushing others to join him in raising standards. For some individuals, his direct approach did not have the desired positive outcome. It is in this context that I joined other senior faculty in signing a letter addressed to Dr. Khodakhah, with the expressed intent of meeting with him to discuss how he might more gently approach certain members of our departmental community.

6. However, we never had the opportunity to meet with Dr. Khodakhah and discuss the matter with him because the letter was also shared with the Dean and Human Resources, who imposed a gag on Dr. Khodakhah.

7. I very much regret signing that letter because it was only afterwards that I came to learn the extent of the malevolent feelings of some of the senior male faculty involved in pushing this letter, and the subsequent allegations, forward.

8. Through direct conversations with some of them, it became clear to me that their goal all along was to get rid of Dr. Khodakhah as the Chair of the department, if not altogether as a faculty member.

9. I was puzzled by the extremeness of their sentiments, and when I asked them why they felt this way, their answers did not in my mind come close to justifying their position.

10. In one case, one of the senior faculty admitted to me that Dr. Khodakhah's *most* egregious offense toward them was to hold back one of their students from graduating. I remember this student's case clearly, as I and a half dozen other senior faculty were recruited by the head of the Neuroscience's Graduate Academic Committee (not Dr. Khodakhah) to review the student's thesis work and judge for ourselves (without the input, influence, or presence of Dr. Khodakhah) whether it met our standards for a PhD. All on the committee agreed that it did not meet our standards, and that further work was required before the student could graduate. Nonetheless, a deep grudge toward Dr. Khodakhah was clearly being held by this student's mentor.

11. For another senior faculty member who in their words "hates" Dr. Khodakhah, their stated reason was that Dr. Khodakhah had apparently lied to them (I do not remember the details of the alleged lie or lies, but I do remember that I was stunned by the pettiness of this senior faculty's motives). I now suspect that other senior members in the department and at

Einstein who felt pushed by Dr. Khodakhah to do better also held grudges against him for similarly petty reasons.

12. I feel betrayed by some of these senior colleagues who I originally thought were acting in good faith to improve the department rather than being motivated by what now appears to me to be, at least in part, personal vendettas.

13. In my 20 years knowing and working closely with Dr. Khodakhah, I never witnessed him behave in an inappropriate manner toward women (or men for that matter).

14. On the contrary, he bent over backwards to promote the growth and career development of all those he interacted with, especially members of underrepresented minorities in the department, and especially women, which are now much less underrepresented, directly due of his efforts.

**Dated: Bronx, New York**
**October 8, 2026**

Jean Hébert

**Dr. Jean M. Hébert, PhD**