# EXHIBIT 17

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KAMRAN KHODAKHAH,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**MONTEFIORE HEALTH SYSTEM, INC., MONTEFIORE MEDICAL CENTER, MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., ALBERT EINSTEIN COLLEGE OF MEDICINE, GORDON TOMASELLI, PABLO CASTILLO, BRYEN JORDAN, and JOHN and JANE DOES 1-10,**<br><br>*Defendants.* | **Civil Action No. 1:24-cv-00839** |

**DECLARATION OF DR. JELENA RADULOVIC, MD, PhD**

Dr. Jelena Radulovic, MD, PhD affirms the following under penalty of perjury:

1. I joined the Albert Einstein College of Medicine (the “College” or “Einstein”) in 2020 as a senior faculty member along with a wonderful group of junior faculty. I did not know Kamran Khodakhah (“Professor Khodakhah”) before coming to Einstein, but I was aware of his outstanding research and reputation. Many of us joined Einstein because of his vision and energy, which had brought the Neuroscience Department to a top ranking among neuroscience departments in the country.

2. Even during the Covid pandemic, Professor Khodakhah managed to recruit outstanding junior faculty, renovate the animal facility, acquire state-of-the-art equipment, and form an excellent new administrative team. Although some may have occasionally questioned his

leadership style, he was always fighting for the faculty and cared deeply about the mentorship of junior faculty and students.

3. I submit this statement primarily to report my perception of the response of the College to various aspects of the case concerning Professor Khodakhah.

4. My general perception is that a small group (3-5) of faculty members, including Pablo Castillo, from the Department of Neuroscience, of which I was and remain a member, engaged in a systematic attempt not only to remove Professor Khodakhah as the Chair of the Department, but to remove him from the College altogether, to the detriment of Professor Khodakhah, the Department, and indeed the College itself.

5. It pains me to say that the College appears to have ignored the very real possibility that the accusations against Professor Khodakhah were not made in good faith.

6. For many months I watched what I saw as a systematic concerted effort by the aforementioned faculty members to persuade me and others in the hope that we would join them in what they presented to us as an attempt to internally address some departmental problems.

7. The group tried to persuade me to sign a letter of complaint to be sent directly to Professor Khodakhah, which they said would eventually be discussed at a faculty meeting. However, as things progressed, I grew increasingly uncomfortable with the pressure, inconsistencies, and the general animus they showed toward Professor Khodakhah.

8. Because I had never experienced or witnessed any inappropriate or unprofessional behavior by Professor Khodakhah, I refused to sign.

9. Pablo Castillo and his collaborators assured me and others that they would not pressure junior faculty to sign the letter so as to protect them. However, several junior faculty reported that several hours before the letter was submitted, they had indeed been pressured to sign.

Many of them told me that this was a horrible experience that they perceived as threatening, unjust, and immoral. However, most of them felt very vulnerable, given their non-tenured status, and were thus reluctant to formalize their concerns as the investigation progressed.

10. When this supposed letter to Professor Khodakhah inexplicably became an official letter of complaint to Gordon Tomaselli ("Dean Tomaselli"), leading to a formal independent investigation, I and even some of those who had signed the letter were astounded.

11. At a faculty meeting to discuss the issue, Dean Tomaselli publicly declared that he would release the findings of the investigator's report. However, upon completion of the investigation Dean Tomaselli merely made a vague remark to the effect that the allegations against Professor Khodakhah had been confirmed, and that neither the report nor a summary would be released to the faculty so as to "protect the victims". He also stated that the report *had* been released to Professor Khodakhah, who he was relieving as Chair of the Department.

12. The failure to release even a summary of the report coincided with what appeared to me to be the conveniently timed emergence of new, Title IX allegations. In fact, these "new" allegations were part of the same, preconceived conspiracy.

13. I know this because Pablo Castillo directly shared with me that he was trying to find incriminating evidence against Professor Khodakhah while acknowledging that the Title IX allegations would be weak. Similar information was conveyed to Dr. Saleem Nicole by Bryen Jordan. This happened months before the letter for the initial investigation by Dean Tomaselli had been submitted.

14. In response to my direct question, Pablo Castillo acknowledged that Professor Khodakhah certainly is "not a sexual predator". However weak the case or not, from Dr. Castillo,

Dr. Jordan, and Dean Tomaselli's perspective, they achieved their goal: the College launched the Title IX investigation against Professor Khodakhah.

15. Particularly as a female, I was disappointed by the possibility that Title IX, which was meant to protect women, was being cynically used as a tool for men to attain their own political goals. My perception was that this was an even more damaging attempt to do what the previous investigation had failed to do.

16. During the investigation, many letters were sent to the Dean's office warning him that many of us in the Department believed that what was going on was an unfair, conspiratorial campaign. We never received a response, and no action was taken by the Dean in response.

17. Concerned about what looked like a conspiracy to oust Professor Khodakhah, I met with Executive Dean Ed Burns and Yvonne Ramirez from Human Resources and shared my concerns with them that the complaints against Professor Khodakhah had not been made in good faith.

18. They seemed surprised and supportive of Professor Khodakhah, but as far as I am aware, in the end the conversation had no effect even though Ms. Ramirez acknowledged that many other faculty and students had reached out to her with concerns similar to mine. I was particularly surprised that Ed Burns seemed unaware of the situation because Dr. Castillo and others had explicitly told me that he advised them to collect signatures for the letter.

19. I was unaware that, to be taken seriously, our concerns raised with Yvonne Ramirez, Ed Burn, and Dena Tomaselli had to be addressed in a formal way, and I was very disappointed to learn that there was no action taken on my behalf and the behalf of many of my other colleagues.

20. What followed, however, was a string of draconian measures by the College that prevented Professor Khodakhah from performing his professional duties, isolated him from his colleagues and more importantly from his students, and led to his professional ruin.

21. I and most of my colleagues are still struggling to comprehend why the College did not respond to our voices as efficiently and enthusiastically as it did to the voices of those putting forward what many of us view as trumped up charges.

22. Even if ruining Professor Khodakhah's reputation and scientific career was not the goal of the College's actions, it was surely easy to foresee. It was also easy to anticipate the distress this would cause his lab members (over 15 students and fellows), many of the faculty, the Psychiatry Research Institute Montefiore Einstein PRIME (PRIME) community, and probably many College members who have entrusted him with years of leadership.

23. My perception is that Dean Tomaselli's conduct with respect to the entire investigation was unfair and biased.

**Dated: October 12, 2026**



**Dr. Jelena Radulovic, MD, PhD**