# EXHIBIT 18

**From:** Saleem Nicola
**To:** Gabrielle Vinci
**Subject:** lawsuit
**Date:** Thursday, October 8, 2026 9:01:12 PM

After going through my emails trying to jog my memory as to events that occurred years ago, I came across an email, which I had long since forgotten about, from my department chair forwarding instructions from the Einstein General Counsel to all Neuroscience faculty not to talk to or engage with Kamran (or, presumably, his lawyers) about "any lawsuit". I am sorry that I am therefore not able to provide the letter you request.

Best wishes,

Saleem Nicola