Kaplan Martin

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

October 22, 2026

Application GRANTED. Defendants shall file their reply by **October 30, 2026**. The Clerk of Court is respectfully requested to terminate ECF 220.

Dated: October 23, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

**BY CM/ECF**

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re:* *Khodakhah v. Montefiore Health System, Inc., et al.*, No. 24 Civ. 0839 (LAK) (RFT)

Dear Judge Tarnofsky:

Pursuant to Rule I(E) of Your Honor's Individual Practices, Defendants Montefiore Medicine Academic Health System, Inc. and Albert Einstein College of Medicine respectfully request a three-day extension of the deadline to file their reply in support of their motion for summary judgment (ECF No. 167), from October 27 to October 30, 2026. Plaintiff consents to this request.

The requested extension would accommodate scheduling constraints on counsel's end, including certain travel obligations this week, without affecting any of the other briefing deadlines.

The Court has granted two prior requests to modify the summary judgment and *Daubert* briefing schedule, both on consent (ECF Nos. 161, 163, 201, 202). No other deadline would change: Defendants' *Daubert* reply would remain due October 27 (ECF No. 202), and Defendants' three motion *in limine* replies would remain due October 28 (ECF No. 165).

We thank the Court for its consideration.

Respectfully submitted,

Roberta A. Kaplan

cc: Counsel of Record (via CM/ECF)